1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

--------------------------------x
JANELL WINFIELD, TRACEY STEWART
and SHAUNA NOEL,

                    Plaintiffs,

        -against-                    Civil Action No.:
                                     15-CV-5236 (LTS)(KHP)

CITY OF NEW YORK,

                    Defendant.
--------------------------------x

DEPOSITION OF

VICKI BEEN

New York, New York

August 2, 2017

8:58 a.m.

Reported by:
JUDITH CASTORE, CLR
Job No.51317

```
 1                    BEEN

 2     fair?  You know, in a world with no

 3     administrative costs, in a world where

 4     people couldn't game the system, in a

 5     world where we had perfect information,

 6     maybe you would have that kind of a

 7     need basis.  But that's not the world

 8     that we live in, so I think it's as

 9     fair as it can be.

10          Q    So you're saying currently we

11     don't have a need-based system except

12     for the fact that income stands as the

13     proxy for need?

14          A    Right.

15               MS. SADOK:  Objection.

16          Q    And one other thing.  There

17     is a decision that the city makes about

18     limited resources, right, to prioritize

19     half of those apartments to people who

20     live in the community district

21     preference area?

22          A    I'm sorry.  Say that again.

23               MS. SADOK:  Objection.

24          Q    The city makes -- you have

25     said the city has limited resources,
```

30

1                       BEEN

2      right?

3           A    Right.

4           Q    It's not going to be able to

5      meet the need of everyone for

6      affordable housing?

7           A    Unfortunately not.

8           Q    And sadly, despite the

9      extensive efforts of the current

10     administration, it's likely that there

11     is going to remain a big gap between

12     the need for affordable housing and

13     what is available, correct?

14          A    Yes.

15               MS. SADOK:  Objection.

16          Q    And you said that the only

17     kind of need that's assessed is

18     financial need as evidenced by income,

19     and now also by an asset test?

20               MS. SADOK:  Objection.

21          A    There has always been an

22     asset test or, to my knowledge, as long

23     as I have known the city's practices,

24     there was an asset test.  So it's not a

25     new thing.

```
                            BEEN
 1
 2     be -- that the community preference
 3     helps assuage the opposition, yes.
 4          Q    That wasn't my question.  You
 5     described a series of beneficial
 6     effects.  And I asked you:  But for
 7     community preference, those actions,
 8     whether it's increase supply or a
 9     rezoning, but for community preference
10     those would not occur?
11               MS. SADOK:  Objection.
12          A    I don't know what you mean by
13     "but for"Defendant's.  I don't have an
14     alternate to universe where I have
15     tested out the community preference
16     versus the -- not having a community
17     preference on actual disputes.
18          Q    So you're saying that in your
19     view community preference has an
20     influence but you can't say whether
21     it's a decisive influence?
22          A    I'm not sure what you mean.
23     What do you mean by "but for"?
24               MS. SADOK:  Objection.
25          A    It's the primary?  I'm having
```

```
                          BEEN
1
2      trouble figuring out what you mean.
3           Q    If community preference were
4      not in place, the housing would not be
5      built or if community preference were
6      in place the zoning change would not be
7      made.
8               MS. SADOK:  Objection.
9           A    I don't have any way of
10     assessing "but for".
11          Q    Now, the city was making an
12     argument about displacement and
13     community preference even before it
14     knew just how much secondary
15     displacement was occurring, right?
16              MS. SADOK:  Objection.
17          A    I'm sorry. I don't understand
18     the question.
19          Q    The city put out an argument
20     that community preference helps prevent
21     displacement.  And then subsequent to
22     that went out looking for evidence that
23     that was the case, right?
24              MS. SADOK:  Objection.
25          A    No.
```

1                        BEEN

2      it's different today.

3              I often talk about the

4      housing crisis when I was growing up in

5      the seventies and eighties which was a

6      crisis of disinvestment and shrinking

7      neighborhoods, and the discussion

8      around whether or not we should do

9      massive urban renewal and clearing out.

10     The issue there was less about

11     affordability and more about housing

12     stock in neighborhoods.

13             We sort of have the opposite

14     problem now which is that New York City

15     simply does not have enough housing.

16     And there is a growing disconnect

17     between rents and incomes.  So that's

18     like a double whammy, right?

19             And then it continues with

20     the part that I had read to you.You

21     have all of these people like you and

22     my kids who can't live in the

23     neighborhoods they grew up in.  Is that

24     so terrible?  I am not so sure that it

25     is.  My grandparents didn't live in the

```
 1                        BEEN
 2    neighborhood they grew up in either.
 3    Change isn't, per se, bad.  The biggest
 4    issue is not that you guys can't live
 5    in the village anymore.  It's that you
 6    may not be able to live anywhere.  So
 7    that, to me, is a big differentiating
 8    factor.
 9         A    Okay.
10              MS. SADOK:  Objection.
11         A    Tell me your question about
12    that again.
13         Q    My question about that is
14    whether you agree with Deputy Mayor
15    Glen when she said the biggest issue is
16    not that you guys can't live in the
17    village anymore.  It's that you may not
18    be able to live anywhere.
19         A    I would agree that having
20    housing is -- period -- is more
21    important than where the housing may
22    be.
23         Q    Where the city is siting or
24    facilitating the siting of affordable
25    housing and making complimentary
```

121

```
 1                    BEEN

 2     change in the racial composition of

 3     neighborhoods are largely absent in

 4     New York?

 5             MS. SADOK:  Objection.

 6        A    You are combining two things

 7     that I can't disentangle. Do I -- are

 8     you asking -- I don't know what you are

 9     asking frankly.  I just don't know how

10     I can answer those two questions.

11     There are two questions in there and

12     you are combining them.  I don't know

13     how -- I don't know what you are

14     asking.

15        Q    Okay.

16             A big concern of the

17     administration was opposition to land

18     use actions that would be necessary to

19     facilitate affordable housing, correct?

20             MS. SADOK:  Objection.  You

21        can answer.

22        A    The administration was

23     concerned that there would be

24     opposition, yes.

25        Q    Was it very concerned about
```

122

1                              BEEN

2     that?

3          A    Yes.

4          Q    And the opposition that we're

5     talking about is opposition from

6     members of the community and elected

7     officials, right?

8               MS. SADOK:  Objection.

9          A    Those were among the groups

10    whose opposition we were concerned

11    about; not the only groups.

12         Q    Advocacy groups concerned

13    about them as well?

14         A    Advocacy groups, yes.

15         Q    Community-based

16    not-for-profits?

17         A    Yes, um-hum.

18         Q    What other categories of

19    opposers were you thinking about?

20         A    Labor unions -- I'm sorry.  I

21    have lost track what all you listed.

22    Community members; their

23    representatives; community groups;

24    nonprofit groups of various kinds;

25    advocacy groups, whether they were from

123

```
 1                         BEEN
 2      the community or not from the
 3      community; labor unions; media; land
 4      use -- urban planning professionals;
 5      municipal arts society.  You name it.
 6           Q    And you wanted to figure out
 7      ways to counter that opposition,
 8      correct?
 9           A    Yes.
10           Q    And when you were figuring
11      out those ways, you had to figure out,
12      as best you could, what was motivating
13      the individuals or groups or officials,
14      yes?
15                MS. SADOK:  Objection.
16           A    I had to try to assess what
17      their concerns were, yes.
18           Q    And when you made this
19      assessment about opposition, was it
20      your assessment that, except to a very
21      limited extent, the opposition was not
22      based on racial or ethnic concerns?
23           A    Okay.  So, I'm sorry.  Repeat
24      that again.  That's a number of
25      questions.
```

```
                              BEEN

1

2    gentrified neighborhoods, they're

3    younger; they're better educated; they

4    may be of different races or

5    ethnicities; they may be of different

6    incomes.  That's hard.

7         Q    The use of the term

8    demographics here was intended to

9    include race and ethnicity?

10              MS. COURT REPORTER:  I am

11        sorry?

12        A    Yes.

13              THE WITNESS:  I am sorry.

14        Q    So the -- so the fear is not

15   of people who are planning to stay in

16   the neighborhood?

17              MS. SADOK:  Objection.

18        A    I don't know who's planning

19   to stay in the neighborhood.

20        Q    The fear that -- the fear --

21   and this you are referring to the fear

22   of displacement --

23        A    Right.

24        Q    -- is real and raw regardless

25   of what the research shows, correct?
```

```
 1                        BEEN
 2            MS. SADOK:  Objection.
 3       A    I'm sorry.  Is your
 4    question -- what is your question?  By
 5    demographics do I include race an
 6    ethnicity?  Yes.
 7       Q    And what else were including
 8    in it when you said that?
 9            MS. SADOK:  Objection.
10       Q    May have different
11    demographics?
12       A    Can be age; education;
13    poverty status; household composition;
14    family status. Demographics is a pretty
15    broad category.
16       Q    And you were just talking
17    about each of those possibilities
18    equally?
19            MS. SADOK:  Objection.
20       A    I lumped them all together.
21       Q    Well, you didn't lump income
22    together.  You put income out in the
23    wealthier category, correct?
24       A    That's correct.
25       Q    And you're saying that race
```

141

1                         BEEN

2      and ethnicity were not prime among the

3      different demographics that we're

4      talking about?

5              MS. SADOK:  Objection.

6          A    They are -- race and

7      ethnicity are part of demographics.

8          Q    When you were making the

9      reference, different racial and ethnic

10     demographics was not a central part of

11     what were you talking about?

12             MS. SADOK:  Objection.

13         A    I didn't parse it in that

14     way, Mr. Gurian.  I'm talking about

15     demographics.  I didn't parse it out.

16         Q    Well, from what you know

17     either as a planner or as head of HPD,

18     is race or ethnicity a characteristic

19     that may be picked out or discerned

20     more easily than education level, say?

21             MS. SADOK:  Objection.

22         A    I just want to be clear, I'm

23     not a planner. But I assume you mean in

24     my work as -- on land use certainly

25     race and ethnicity may be easier to --

```
 1                    BEEN
 2    I think your words were pick out --
 3    than education levels, yes.
 4        Q    And in your spoken version of
 5    it, you specifically referenced that
 6    the people who are coming in may look
 7    different.
 8        A    Um-hum.
 9        Q    Look different how?
10        A    They could be older; they
11    could be younger; they could be -- have
12    more purple or green hair than the
13    existing residents; they may be
14    different races.  All of those things.
15    I didn't specify.
16        Q    I'm asking you what you were
17    thinking about.
18        A    All of those things.
19        Q    Equally?
20             MS. SADOK:  Objection.
21        Q    Let me put it this way:
22             You were thinking about
23    purple hair and -- strike that.
24             Let's talk about a
25    neighborhood that's disproportionately
```

```
                          BEEN
 1
 2     African American.Have you been in any

 3     such neighborhoods where there is real

 4     and raw fear of displacement?

 5          A    Yes.

 6          Q    And the concern in those

 7     neighborhoods about the people who were

 8     coming in may look different might be

 9     that they have green hair or white skin

10     with equal likelihood as between them?

11               MS. SADOK:  Objection.

12          A    I don't know what people in a

13     community are thinking. That's not -- I

14     don't have that capacity.

15          Q    Well, your whole presentation

16     was trying to -- this portion of your

17     presentation was trying to explain what

18     people's concerns were about

19     neighborhood change. And --

20          A    -- about displacement.

21          Q    Well, I think we've been over

22     this. There is a worry that even if

23     they stay -- my words now -- there is a

24     problem -- your words -- the

25     demographics, the look and feel of
```

144

```
                          BEEN
1
2    their neighborhood, the sense of the
3    neighborhood may change.So you are
4    trying to characterize what is driving
5    the worries of people in a
6    neighborhood. Aren't you doing that
7    here?
8             MS. SADOK:  Objection.
9         A    I'm trying to explain why
10   there -- why the fear of displacement
11   is real and raw. That was the purpose
12   of that slide.
13        Q    But what you did was
14   talked -- in part was talk about people
15   who, even if they stay, the
16   demographics, the look and feel of
17   their neighborhood, sense of the
18   neighborhood, may change.
19        A    Yes.
20        Q    And that's because, in part,
21   the people who are coming in may look
22   different.And so my question now is .
23   When presenting that you considered the
24   green or purple hair at an equivalent
25   level of worry as someone being of a
```

1                    BEEN

2     different racial or ethnic background?

3              MS. SADOK:  Objection. Asked

4         and answered.

5         Q    Please answer.

6         A    I do not know which is a

7     greater fear. I do not know. I know

8     that people fear displacement because

9     they see differences.

10        Q    Did you have a view during

11    your time as HPD commissioner as to

12    whether the green or purple hair on the

13    one hand or a different race or

14    ethnicity from a dominant race or

15    ethnicity in the neighborhood was more

16    of a worry or fear?

17             MS. SADOK:  Objection.

18        A    I don't know.

19             MS. SADOK:  Asked and

20        answered.

21        A    As I have said, I don't know

22    what is in the heads of the people in

23    the neighborhood. I know what they say.

24        Q    I understand that. But I'm

25    asking you how you have thought about

146

1                           BEEN

2      it as HPD commissioner.

3              Did you think that there was

4      the same level of concern in a minority

5      community about the newcomer having

6      green or purple hair or whether the

7      newcomer was of a different race or

8      ethnicity?

9              MS. SADOK:  Objection.

10     A    To go back to the beginning

11     of this discussion, Mr. Gurian, people

12     fear displacement.  And one of the

13     reasons they fear displacement is that

14     they see a neighborhood changing around

15     them. And when they see people who look

16     different, whether it's green hair or

17     race or age or whatever, they think

18     those are not the people who used to be

19     here.  Therefore, they think to

20     themselves, There must be displacement.

21     People who were here are not here now.

22     The people who are here now were not

23     here before, therefore, there must be

24     displacement.

25             Q    I'm afraid that wasn't the

147

1                           BEEN

2     answer to my question.I will redirect

3     your attention back to the people who

4     were staying who you have explained in

5     the slide have worries based on people

6     looking different.  Are you with me?

7          A    I'm with you.  I'm not sure

8     you are with me.

9          Q    That's fine.  Let me ask the

10    question. So those worriers who were

11    staying because people were coming in

12    looked different, all I'm asking is:

13             At your role as HPD when you

14    thought about these worries, did you

15    think that the worry about green or

16    purple hair color was as much of a

17    worry as race or ethnicity of the

18    newcomer?

19             MS. SADOK:  Objection.  Asked

20        and answered multiple times

21        already.

22         A    As I said before, I don't

23    know.

24         Q    If I were -- perhaps this

25    would help.  If I were asking the

148

```
 1                      BEEN
 2   question, Do you know?  A responsive
 3   answer would be, I don't know. That
 4   wasn't my question.
 5           MS. SADOK:  Please don't
 6       direct the witness on how to
 7       answer your questions.
 8           MR. GURIAN:  I'm sorry.
 9       Unfortunately, the record will
10       reflect that the witness has
11       repeatedly been unresponsive.  So
12       I'm trying to wrap up this line of
13       questioning.
14       Q   So I'm just asking you when
15   you thought about it, the worries of
16   the stayers during your time as HPD
17   commissioner, did you believe that the
18   level of worry about green or purple
19   hair was as much or more than the worry
20   about the newcomers' race or ethnicity?
21           MS. SADOK:  Objection. Asked
22       and answered.
23       A   So I think the problem that
24   we're having is that you seem to assume
25   that the people who stay don't fear
```

1                        BEEN

2     displacement.And the point that I am

3     making in this discussion is that the

4     people who stay have a real and raw

5     fear of displacement. And one of the

6     reasons that they have a real and raw

7     fear of displacement is that they see

8     the neighborhood is changing and the

9     people in the neighborhood are

10    changing.  And they worry that they may

11    be one of the ones who leaves, right?

12              And I don't think that it

13    matters to them whether it's a person

14    who looks different because of race or

15    a person looks different because of

16    their hair is different.  They are

17    different than what was there before.

18    Which signals to people that there has

19    been displacement.  That's what I was

20    concerned about.  So -- all right?

21    That's what I was concerned about.

22         Q    So you just said that it --

23              MR. GURIAN:  Read back the

24         answer.

25              (Whereupon, the record was

154

                        BEEN

1

2       Q    No, just above that. I don't

3   know how to pronounce the name after

4   Peter.

5       A    Beats me. I don't remember.

6   Sorry.

7       Q    Could you just read that

8   sentence that follows after

9   Peter/Pierina right above higher-cost

10  neighborhoods.

11      A    Who is Peter?  Okay.  So that

12  question was directed to Peter Pierina.

13  Or Peter and Pierina.The threats to the

14  ethnic identity of neighborhoods is one

15  of the key issues that comes up in

16  debates around gentrification including

17  around Chinatown and East Harlem.

18      Q    That's what I wanted you to

19  read.And were you aware of that prior

20  to the moderator writing this question?

21          MS. SADOK:  Objection.

22      A    Was I aware --

23      Q    That the threats to the

24  ethnic identity of neighborhoods is one

25  of the key issues that comes up in

```
1                         BEEN
2       debates around gentrification including
3       around Chinatown and East Harlem.
4            A    Was I aware of that?  I was
5       aware that some people think that, yes.
6            Q    Now it's my turn to
7       distinguish.So some people think that
8       the threats to ethnic identity is one
9       of the key issues?  Is that what you're
10      saying by some people think that?
11           A    Yes.  And that some people
12      think that that's what marks Chinatown
13      and East Harlem.  It's a compound
14      sentence so --
15           Q    So do you agree that threats
16      to the ethnic identity of neighborhoods
17      is one of the key issues that comes up
18      in debates around gentrification?
19                MS. SADOK:  Objection.
20           A    That really depends. I mean,
21      are you asking me about the debates
22      around gentrification that pertain to
23      the housing policy or are you asking me
24      in general?
25           Q    Ms. Yager made an assertion
```

```
 1                    BEEN
 2     here. Her assertion was that the
 3     threats to the ethnic identity of
 4     neighborhoods is one of the key issues
 5     that comes up in debates around
 6     gentrification.Number one, I think you
 7     have said that you have heard others
 8     express that view; is that right?
 9          A    Yes.
10          Q    Number two, do you agree with
11     that view?
12               MS. SADOK:  Objection.
13          A    No.
14          Q    Would you agree that threats
15     to the ethnic identity of neighborhoods
16     is an issue that comes up in some
17     debates about gentrification?
18          A    I would agree that threats --
19     I'm not sure what was meant by that. I
20     would agree that questions about
21     changes in the ethnic identity of
22     neighborhoods is an issue that comes up
23     sometimes in debates around
24     gentrification.
25          Q    Where has that come up?
```

157

BEEN

1

2      A     For example, this was a

3      different -- this was at Scandinavia

4      House.

5      Q     I'm just asking you for a

6      list, to the extent you know it, of

7      different gentrification debates where

8      threats to the ethnic identity of

9      neighborhoods has come up as an issue.

10     A     And I'm answering precisely

11     that question.There was another APA

12     panel that I was on.  And I wanted to

13     make sure that it wasn't this one.

14     There was another APA conference that I

15     was on where there was a member of the

16     panel -- whose name I forgot -- who

17     framed it in those terms.

18     Q     And you are not aware of this

19     issue of threat to ethnic identity

20     coming up at any other circumstance?

21          MS. SADOK:  Objection. You

22     can answer.

23     A     I have been at dozens of

24     conferences, and I'm trying to separate

25     out in my mind. I'm sure there have

```
                        BEEN
 1
 2     been other conferences but I can't
 3     recall.  I can't separate out.
 4          Q    My question was not limited
 5     to conferences.
 6          A    Okay.
 7          Q    So --
 8          A    Other discussion?
 9          Q    Other debates about
10     gentrification.  I don't mean formal
11     debates.
12          A    Right.
13          Q    Just discussions about
14     gentrification in different communities
15     or neighborhoods.
16          A    Yes.  I am sure that there
17     are others. I don't recall the details.
18     I'm sure that there are others in which
19     questions of changes in the ethnic
20     identity of the community have been
21     raised as part of the discussion about
22     gentrification. I gave you one where I
23     have a very definite recollection.  I
24     can't remember the specifics of others.
25          Q    I understand that but would
```

1

2      you say that there are several others?

3           A    Yes.

4                (Document, Bates stamped

5           NYC_0071014 through 71017, was

6           marked Plaintiff's Exhibit 36, for

7           identification, as of this date.)

8           Q    So you are looking at what's

9      been marked as 36. This is, as far as

10     it appears, a meeting that you

11     participated in.Do you know Ron

12     Shiffman?

13          A    I do.

14          Q    Who is he?

15          A    He is professor at Pratt. He

16     is an activist. He is a very well

17     regarded urban planning professor,

18     beloved in many circles.

19          Q    Has he during your period at

20     HPD either provided you guidance or

21     subjected you to advocacy?

22               MS. SADOK:  Objection.

23          A    He has shared his opinions

24     with me, yes.

25          Q    Regarding what sorts of

160

1                              CONFIDENTIAL

2        [Redacted]

161

1                                    CONFIDENTIAL

2          [Redacted]

162

1                      BEEN

2      mind when you asked me about cultural

3      identity is a building that we financed

4      in South Bronx, I think, where the

5      attempt was to reinforce cultural

6      identity by having a music space within

7      the building because it had been the

8      home of hip hop. That's what I take to

9      mean cultural identity.  Some

10     neighborhoods are known for being the

11     birthplace of hip hop; some

12     neighborhoods are known for being

13     museum mile. Different -- it can mean

14     race and ethnicity but doesn't need to,

15     doesn't always.

16          Q    Just to return to my

17     question.  Doesn't reinforcing cultural

18     identity often have something to do

19     with reinforcing the presence of people

20     who share the culture?

21               MS. SADOK:  Objection.

22               Please speak your answer.

23          A    No.

24               MR. GURIAN:  May I have

25          those?

                        BEEN

1
2        Q     The difficulty that you are

3    talking about in this last part here

4    the last two words or next to the last

5    line of that paragraph, the difficulty

6    you are talking about here is

7    difficulty in having thoughtful

8    discussions about these issues?

9        A     Right.

10       Q     And that which you place it

11   in conversation with is the backdrop of

12   local politics.  So how does the

13   backdrop of local politics make it

14   difficult to have thoughtful

15   discussions?

16           MS. SADOK:  Objection.

17       A     So if we're stuck on was

18   the -- I'm trying to make this more

19   concrete so that we're not talking

20   passed each other.The assessment of

21   fair housing requires you, as you know,

22   to identify impediments to fair

23   housing, right?  And then -- and the

24   objection that we were drawing was that

25   at that time it asked you to draw

206

BEEN

1                               BEEN

2    conclusions about what had caused

3    those, right?

4          And in my view, it's very

5    difficult to nail down a cause of a

6    particular pattern or whatever that

7    we're talking about today. When you are

8    having that against the backdrop of

9    local politics of a group saying, This

10   caused it and this is the solution that

11   you should have, as opposed to another

12   group saying, This is what caused it

13   and this is the solution you should

14   have, or another group saying, No,

15   it -- that wasn't it at all, it was

16   completely something else, that makes

17   it very difficult.

18     Q   How is that different from

19   any public policy issue over which

20   various people disagree?

21     A   Because when you are talking

22   about racism and racial biases, it's a

23   hard conversation.  People don't tend

24   do all that well in those conversations

25   in my experience.

207

1                              BEEN

2          Q     It has a special salience or

3      charge, is that --

4          A     Right.

5          Q     Is that --

6          A     It does have salience.

7          Q     Could I just refer you back

8      to that other exhibit.  I'll take 24

9      back from you.

10               On the first page of 39, you

11     see in your e-mail, Item 2, We should

12     not be playing into arguments that we

13     don't believe in.

14         A     Um-hum.

15         Q     And then in No. 4 you say, It

16     is always better to talk about our

17     commitment to diverse communities and

18     our goal of ensuring that affordable

19     housing is available in neighborhoods

20     than to go the legal route and talk

21     about fair housing.

22         A     Um-hum.

23         Q     Why?

24         A     Because I think fair housing

25     shuts people's -- shuts people down.

208

BEEN

1

2      Q     Any other reason?

3      A     No. I just -- in my

4   experience, it doesn't lead to the best

5   of conversations.  When you invoke fair

6   housing, it shuts people down.

7      Q     Do you have any sense of why

8   it shuts people down?

9      A     Mr. Gurian, not to get

10  personal, I can only -- I can

11  respond -- I'm not a psychiatrist.  I

12  am not a sociologist. I was lucky to

13  spend Sunday at the African American

14  Museum.  It's the first time I had

15  gotten to go. And it's an amazing

16  museum. People feel -- it's an

17  incredibly emotional museum.  The

18  people feel any range of emotions,

19  right?  And I think the tragedies of

20  our country's racial history are hard

21  for people to talk about.

22      Q     Part of why you say it's best

23  to just avoid references to fair

24  housing isn't part of the reason that

25  fair housing is not universally

```
 1                          BEEN

 2      supported here in New York City?

 3              MS. SADOK:  Objection.

 4        A    I assume fair housing is not

 5      universally supported. I certainly

 6      would assume that, yes.  I would assume

 7      that fair housing is not universally

 8      supported.  I unfortunately read a lot

 9      of the comments about the AFFH rule

10      Affirmatively Furthering Fair Housing

11      rule.  It's hard to read those comments

12      and not understand that many people

13      oppose fair housing.

14              I don't know in New York how

15      many but I don't know how many -- I

16      can't quantify how many anywhere but

17      certainly it is part of our society.

18        Q    So isn't part of not speaking

19      about segregation and the terms of

20      segregation and fair housing part of

21      trying to accommodate oneself to the

22      reality that some people in your

23      audience may not be ready to hear that?

24              MS. SADOK:  Objection.

25        A    I guess I would describe it
```

```
                          BEEN
1
2       as the difference between a positive

3       approach and a negative approach,

4       right?  When you talk -- what I was

5       trying to say here is, it's better to

6       talk about the positive.  We want

7       diverse neighborhoods.  Diversity is

8       what makes New York City so great.

9       Diversity is what we celebrate in

10      New York.  And that makes New York the

11      world's -- the best city in the world

12      as far as I am concerned.

13             So I'm saying, Let's be

14      positive.  Let's talk about diversity.

15      Let's not be accusing people of

16      violating the Fair Housing Act.

17         Q    Is identifying the city as --

18      characterized as racially segregated

19      negative?

20             MS. SADOK:  Objection.

21         A    It can be in certain

22      circumstances.

23         Q    What circumstances?

24         A    If I was trying to convince a

25      community that they should do whatever
```

211

1                           BEEN

2      it is, I would at least begin with -- I

3      would try to focus them on, Here are

4      the advantages. We want diverse

5      communities.  Diverse communities are

6      important to the city.  Who -- what the

7      city is.  It's important to the city's

8      competitive advantage.  It's important

9      to what makes the city great.  I would

10     go there before I would say, You're

11     racially segregated.  It's just a

12     tactic, a question of tactics.

13               (Document headed,

14          Consolidated Plan, 2014, Volume 3,

15          was previously marked Plaintiff's

16          Exhibit 22, for identification, as

17          of this date.)

18          Q    So this may relate to what

19     tactics.  You tell me.  I am showing

20     you what's previously been marked 22,

21     Volume 23 of the 2014 Con Plan.

22               As part of that, as you know,

23     there is an affirmatively furthering

24     fair housing section?

25          A    Um-hum.

288

BEEN

1

2          MS. SADOK:  Objection.

3     A    I'm trying to remember.  I

4   don't think that -- I might have been

5   asked about community preference in one

6   of the hearings.  So that might have

7   made people more generally aware.

8   Otherwise, it may be but -- "I don't

9   know" is the right answer.

10         Q    So unlike the presentation

11   that HPD made to council members and

12   staff about what -- how the lottery

13   system works, there wasn't a

14   council-wide communication that this

15   challenge exists?

16         MS. SADOK:  Objection.

17    A    Not from me. I can't speak to

18   what intergovernmental or the mayor may

19   have done.  I don't know of any such

20   communication.

21         Q    But you are not aware of

22   that?

23    A    No.

24         Q    So did you ever suggest to

25   any council member that the community

289

BEEN

1

2       preference should be eliminated or

3       reduced?

4              MS. SADOK:  Objection.

5         A    The community preference

6       policy?

7         Q    That the community preference

8       policy should either be eliminated or

9       the percentage of apartments given over

10      to community preference reduced?

11             MS. SADOK:  Objection.

12        A    Not to my recollection.

13        Q    Aware of anyone in the

14      administration who has done so?

15             MS. SADOK:  Objection.

16        A    Not to my recollection.

17        Q    Did the city, as far as you

18      know, consider doing so?

19             MS. SADOK:  Objection.

20        A    I don't -- I don't recall. I

21      don't recall any such discussion.

22        Q    Are you aware of any council

23      member saying to you or to anybody else

24      words to the effect of, No affordable

25      housing in my district until we're sure

```
                              BEEN
 1
 2     that the challenge to community
 3     preference has been defeated?
 4              MS. SADOK:  Objection.
 5         A    No.
 6         Q    I want you to imagine for a
 7     moment a world in which community
 8     preference has been disallowed by the
 9     court.  I know that's not your desired
10     outcome but just imagine that for a
11     moment.
12              Under those circumstances, do
13     you know for a fact if any council
14     members would reject the necessary
15     actions to permit any affordable
16     housing in their districts?
17              MS. SADOK:  Objection.
18         A    I don't know for a fact what
19     council members would do in that
20     hypothetical.
21         Q    What about the hypothetical
22     in which the city, in the absence of
23     court action, said that it was getting
24     rid of community preference?  Do you
25     know for a fact if any council members
```

BEEN

1

2    would reject the necessary actions to

3    permit any affordable housing in their

4    districts?

5         MS. SADOK:  Objection.

6    A    I don't know for a fact what

7    would happen in a hypothetical.

8    Q    If the city were not

9    permitted to use community preference,

10    then I believe that the choice for a

11    council member would be affordable

12    housing without community preference or

13    no affordable housing.  Does that make

14    sense?

15         MS. SADOK:  Objection.

16    A    Depends. It depends on the

17    issue.  The issue could be a rezoning;

18    it could be a tax extension; could be

19    any number of things.  So it depends on

20    the context.

21    Q    I'm not sure I understand. If

22    we're talking about the actions needed

23    to permit or facilitate the

24    construction of affordable housing,

25    whether it's zoning or any -- whether

294

```
                        BEEN
 1
 2    buildings that have gone up without
 3    community preference, if you know?
 4         A    I'm not aware of -- during my
 5    time as commissioner when -- during my
 6    time as commissioner, if a 421a
 7    building went up as a 80/20, it used
 8    the community preference.
 9         Q    So let's say in my
10    hypothetical where the city didn't have
11    community preference but wanted to
12    proceed with affordable housing, an
13    affordable housing development that did
14    not have it, that is an affordable
15    housing development that under current
16    rules would have -- do you know what I
17    am describing?
18              Imagine a circumstance where
19    under current rules there would be a
20    community preference.  But now the
21    community preference has been taken
22    away and the council member uses his or
23    her influence to turn down that
24    housing, would that turndown by the
25    council member be in the interest of
```

295

                              BEEN

1

2    the city?

3            MS. SADOK:  Objection.

4        A    I don't think so.

5        Q    Would the turndown of that

6    affordable housing be in the interest

7    of the residents of the council members

8    district?

9            MS. SADOK:  Objection.

10       A    That depends on the context.

11       Q    If the variable was the

12   variable that we've been talking about,

13   community preference, there are all

14   these other reasons for opposition,

15   right?  Density; increased burden on

16   schools; increased services.

17            You have to speak your

18   answer.  Correct?  There are all these

19   other reasons for opposition, correct?

20       A    There are other --

21            MS. SADOK:  Objection.

22       A    There are other reasons for

23   opposition.

24       Q    So but if it we're just -- it

25   if just came down to the fact that the

299

1                        BEEN

2      from getting you back into your seat as

3      the commissioner of HPD, you have

4      proposed the project, already

5      identified it as a project that's in

6      the interest of the city.Regardless of

7      what particular members of the

8      council -- particular constituents of

9      the council member might think, is it

10     your judgment that the turndown would

11     or would not be in the interest of

12     residents of the council member's

13     district?

14              MS. SADOK:  Objection.

15       A    Okay.  If I thought it was in

16     the interest of the city to have the

17     affordable housing and the council

18     member turned it down solely because

19     there was no community preference, I

20     would not think that that was in the

21     interest of the community.

22       Q    You haven't asked council

23     members what they would do about future

24     affordable housing proposals in their

25     districts if the administration decided

300

1                          BEEN

2      to cut back on the percent of units

3      subject to community preference, have

4      you?

5                MS. SADOK:  Objection.

6           A    No.

7           Q    Has HPD gone around the city

8      making the argument that all of us

9      deserve equal access to affordable

10     housing wherever it is?

11               MS. SADOK:  Objection.

12          A    Has HPD gone around the city

13     making the arguments that everyone

14     should have equal access?

15          Q    To affordable housing

16     wherever the housing is and wherever

17     the New York City residents live?

18               MS. SADOK:  Objection.

19          A    HPD has certainly -- I have

20     made the argument that people should

21     have equal access to our housing.

22          Q    Equal access to all of the

23     housing?

24          A    Yes.

25          Q    Regardless of where the

302

1                          BEEN

2      city's chosen policy that people

3      outside the community district,

4      outsiders as I described this morning,

5      are not eligible for 50 percent of the

6      units, correct?

7              MS. SADOK:  Objection.

8          A    No.

9          Q    So is that incorrect for a

10     reason other than the fact that it's a

11     priority to given to insiders?

12             MS. SADOK:  Objection.

13         A    The community preference is a

14     preference for people -- for people

15     living in the community district in

16     which the housing is built.

17         Q    So you have not -- HPD has

18     not gone around the city explaining

19     that as one New York all of us should

20     have access to all affordable housing

21     without preference being given to

22     members of the community district?

23             MS. SADOK:  Objection.

24         A    No. HPD has not gone around

25     to the -- around the city saying that

303

```
1                     BEEN

2      we should not have a community

3      preference, no.  We believe we should

4      have a community preference.  We

5      believe we should have a community

6      preference because for several reasons.

7            Q    Okay.  I am going to

8      interrupt you because that wasn't my

9      question.  And this isn't a time for a

10     lecture.

11            Let me ask you about the

12     homeless preference that's -- at least

13     in October was decided to be embedded

14     in some buildings.Is it the case that

15     that was only for 421a buildings?

16            A    By the homeless preference,

17     do you mean specifying that homeless

18     could qualify for the community

19     preference units?  Is that what you

20     mean?

21            Q    Yes.

22            A    Right. That determination is

23     for 421a buildings only.

24            Q    What's the new 421a called?

25            A    Affordable New York?
```

312

1

2      STATE OF  New York        )

3                                ) :ss

4      COUNTY OF  New York        )

5

6

7            I, VICKI BEEN, the witness

8      herein, having read the foregoing

9      testimony of the pages of this deposition,

10     do hereby certify it to be a true and

11     correct transcript, subject to the

12     corrections, if any, shown on the attached

13     page.

14

15                    _____

16                    VICKI BEEN

17

18

19

20     Sworn and subscribed to before me,

21     this  18th  day of  September, 2017.

22

23     _____

24       Notary Public

25

KRISTIN E SILBERMAN
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01SI6137116
COMM. EXP. Feb. 22, 2018

# ERRATA

I wish to make the following changes, for the following reasons:

PAGE    LINE

242      12       CHANGE: "aiming" to "a main"

REASON: deponent stated "a main" but reporter transcribed incorrectly


291      18       CHANGE: "extension" to "exemption"

REASON: deponent stated exemption but reporter transcribed incorrectly


292      15-16   CHANGE: "would get" to "would not get"

REASON: deponent stated "not" and statement would not make sense without "not"


_____          _____
WITNESS' SIGNATURE                              DATE

9/14/17


KRISTIN E SILBERMAN
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01SI6137116
COMM. EXP. Feb. 22, 2018