UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

JANELL WINFIELD, TRACEY STEWART,
SHAUNA NOEL, and EMMANUELLA
SENAT,

       Plaintiffs,

  -v-                                          No. 15 CV 5236-LTS-KHP

CITY OF NEW YORK,

       Defendant.

-------------------------------------------------------x

ORDER

LAURA TAYLOR SWAIN, United States District Judge

**ORDER ADOPTING REPORT & RECOMMENDATION**

       The Court has reviewed Magistrate Judge Katharine H. Parker's May 30, 2018 Report and Recommendation (the "Report") (docket entry no. 430) which recommends that plaintiff Tracey Stewart be dismissed for failure to prosecute. No objections to the Report have been received.

       In reviewing a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge]." 28 U.S.C.A. § 636(b)(1)(C) (LexisNexis 2017). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." Johnson v. New York University School of Education, No. 00 Civ. 8117, at *1, 2003 WL 21433443 (S.D.N.Y. June 16, 2003).

The Court has reviewed carefully Magistrate Judge Parker's thorough and well-reasoned Report and finds no clear error. The Court therefore adopts the Report in its entirety for the reasons stated therein. Accordingly, Stewart is dismissed from this action and the Clerk of Court is directed to amend the caption accordingly.

This Order resolves docket entry no. 381.

SO ORDERED.

Dated: New York, New York
July 18, 2018

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge