Redacted per

Protective Order (ECF 82)