| | | |
|---|---|---|
| **From:** | Press, Jordan (HPD)  [Redacted] | [Redacted] |
| **Sent:** | February 10, 2016 12:59 PM | |
| **To:** | Breines, Jenna (HPD);Katz, Jessica (HPD) | |
| **Subject:** | FW: Coretta Scott King Houses (HUD Denial of Marketing Preferences) | |
| **Attachments:** | CSK - HUD Denial of Marketing Preferences 4-29-15.pdf | |

I spoke to the State Senator's office so we're all set.

But this is interesting just as a preview of how HUD considers this issue. Do you happen to know if Vicki ever saw this letter?

---

**From:** Rhinehart, Vivian (HPD)
**Sent:** Thursday, February 04, 2016 1:37 PM
**To:** Breines, Jenna (HPD); Press, Jordan (HPD)
**Subject:** RE: Coretta Scott King Houses (HUD Denial of Marketing Preferences)

HUD's Fair Marketing Office requires all groups to submit a request for 50% community preference for their review and approval based on specific HUD data sets.

While Ridgewood Bushwick/Community Partners did apply they were denied by HUD because the agency believes that the community preference will create more segregation of ethnicities in the area. Attached is HUD's denial letter.

If this in regard to State Senator Hamilton's office and the issue with [Redacted]..it's Programming's understanding that Ridgewood Bushwick/Community Partners did send her a letter requesting documentation based on her application and noted that she must submit the information to them within a specified time period...they disqualified [Redacted] from the prospective applicant list because she did not respond within the allotted time limits for providing documentation to Ridgewood Bushwick/Community Partners..the organization subsequently moved to the next person on the list.

It's also Programming's understanding that [Redacted] reported that she never received a letter or phone call.


Vivian Rhinehart
New York City Department of Housing Preservation & Development
Division of Special Needs Housing * Supportive Housing Loan Program
100 Gold Street * 9th Floor * Room 9C4
New York, New York 10038
[Redacted]

---

**From:** Breines, Jenna (HPD)
**Sent:** Wednesday, February 03, 2016 5:26 PM
**To:** Press, Jordan (HPD)
**Cc:** Rhinehart, Vivian (HPD)
**Subject:** Re: Coretta Scott King Houses

It's a HUD 202. + Vivian (PM) I can also ask developer RBSCC.

Confidential

Jenna Breines
Deputy Director SARA
NYCHPD
[Redacted]

On Feb 3, 2016, at 4:57 PM, Press, Jordan (HPD) [Redacted] wrote:

Are you familiar with it?  The Senator is asking about whether it has a 50% community pref.

Jordan Press
Director of State and Federal Affairs
Office of Governmental Affairs and Regulatory Compliance
NYC Department of Housing Preservation & Development
100 Gold Street, New York, NY 10038
[Redacted]



U.S. Department of Housing and Urban Development
New York State Office
Jacob K. Javits Federal Building
26 Federal Plaza
New York, New York 10278-0068
http://www.hud.gov/local/nyn/

April 29, 2015

**EMAIL & CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Dedra Wade
President, CSK HDFC
3227 Mickle Avenue
Bronx, NY 10469

SUBJECT:   Residency Preference Request
Project Name: Coretta Scott-King Senior Housing
Contract Number: NY36-S071-002
FHA Number: 012-EE356
Locality: Brooklyn, New York

Dear Ms. Wade:

The Office of Fair Housing and Equal Opportunity ("FHEO") of the U.S. Department of Housing and Urban Development ("HUD" or the "Department") has reviewed your request to approve a residency preference for Coretta Scott-King Senior Housing of Brooklyn, New York.

When completed, Coretta Scott-King Senior Housing is to consist of 50 subsidized units - 46 one bedrooms and 4 studios, of which 5 units will be accessible. Tenancy will be restricted to eligible senior households (ages 62 and older).

A 15% residency preference has been requested for eligible senior households currently living within Community District 5 ("CD5" or "District") or who resided in CD5 from 2005 – 2014. The preference would only apply during the initial marketing and rent up of the property.

It was explained that, between 2000 and 2009, while considerable redevelopment took place within CD5, it included little, if any, additional affordable housing for seniors. As a result, many District seniors were forced to leave their homes. Coretta Scott-King Senior Housing was requested by and for many of these displaced seniors.

According to the U.S. Census, approximately 8% of all housing structures within the District were built between 2000 and 2009.[1] This compares with 6% built during the same period within the Housing Market Area ("HMA")[2] and 5% built within Kings County. (See Chart A)

---

[1] US Census Bureau, 2008-2012 ACS 5-Year Estimates, Table DP04
[2] HMA consists of Kings County, the Bronx, Manhattan, Queens, and Staten Island.

Residency Preference Request - Coretta Scott-King Senior Housing; Contract No.: NY36-S071-002; FHA No.: 012-EE356

Further, no HUD funded senior developments were built within the District during this period.[3]

Chart A[4]
New Housing Structures by District, County, HMA
1990-2009

| Housing Structures Built | HMA New York City | | Kings County | | CD5 | |
|---|---|---|---|---|---|---|
| Total | 3,371,464 | | 998,773 | | 46,592 | |
| 2000-2009 | 187,711 | 6% | 51,304 | 5% | 3,566 | 8% |
| 1990-1999 | 119,208 | 4% | 27,118 | 3% | 2,784 | 6% |

According to the 2010 U.S. Census, the demographic breakdown for the HMA is as follows: 33.3% White; 22.8% Black/African American; 0.2% American Indian/Alaska Native; 12.6% Asian; 0.03% Native Hawaiian/Pacific Islander; and 28.6% Hispanic/Latino. Persons with disabilities comprise 10.4% of the population.[5]

The demographic breakdown of seniors, age 62 and over, within the HMA, is as follows: 46.2% White; 21.7% Black/African American; 0.2% American Indian/Alaska Native; 10.1% Asian; 0.02% Native Hawaiian/Pacific Islander; and 20.3% Hispanic/Latino. Persons with disabilities, ages 65 and over, comprise 37.9% of the population.[6] In the absence of any residency preference, this would comprise the potential applicant pool for tenancy at the subject development.[7]

HUD's regulations allow owners to adopt residency preferences that are in accordance with the non-discrimination and equal opportunity requirements at 24 C.F.R. §§ 5.105(a) and 5.655 (c)(1). The use of a residency preference may not have the purpose or effect of delaying or otherwise denying admission on the basis of race, color, national origin, religion, disability or familial status.

In evaluating the likely effect of the proposed residency preference on the protected classes, FHEO compared the demographic groups considered least likely to apply for housing at Coretta Scott-King in the HMA to the demographics in both Brooklyn and CD5. Based on the HUD approved Affirmative Fair Housing Marketing Plan dated May 21, 2014, the least likely to apply groups include Whites, Asians, Hispanics/Latinos, and Persons with Disabilities.[8]

The requested preference would appear to impact the least likely to apply groups differently. While Hispanic/Latino seniors, ages 62 and older, and persons with disabilities would benefit, Whites and Asians would be negatively affected. (see Chart B below)

---

[3] HUD Affordable Apartment Search for zip codes 11207, 11208 and 11239 which encompass CD5.
[4] US Census Bureau, 2008-2012 ACS 5-Year Estimates, Table DP04
[5] 2008-2012 ACS 5-Year Estimates. Disability data was not collected in the 2010 US Census.
[6] Data was not available for ages 62 and above.
[7] This does not take into account income eligibility requirements.
[8] Least likely to apply groups were determined by comparing the demographic characteristics of the census tract to the HMA.

2

Confidential
NYC_0106448

Residency Preference Request – Coretta Scott-King Senior Housing; Contract No.: NY36-S071-002; FHA No.: 012-EE356

Chart B[9]
Senior Population by District, County, HMA
2010 US Census

|  | HMA (NYC) # | HMA (NYC) % | County (Kings) # | County (Kings) % | BK CD 5 # | BK CD 5 % |
|---|---|---|---|---|---|---|
| Total Population 62 and Over | 1,228,851 |  | 357,665 |  | 22,280 |  |
| White | 567,856 | 46.2% | 162,128 | 45.3% | 2,590 | 11.6% |
| Black/African American | 266,426 | 21.7% | 111,303 | 31.1% | 11,372 | 51% |
| Hispanic/ Latino | 249,393 | 20.3% | 51,259 | 14.3% | 6,915 | 31% |
| Asian | 124,398 | 10.1% | 28,087 | 7.9% | 825 | 3.7% |
| American Indian/Alaska Native | 1,874 | 0.15% | 500 | 0.14% | 54 | 0.2% |
| Native Hawaiian/ Other Pacific Islander | 305 | 0.02% | 38 | 0.02% | 5 | 0.02% |
| Persons with Disabilities* | 367,695 | 37.9% | 117,220 | 41% | 6570 | 42.6% |

*Persons with disabilities data is from the 2008-2012 5-year ACS. Disability data was not collected in the 2010 Census. Persons with disability data only includes those ages 65 and over.

Further, Black/African Americans comprise over half of the 62 and over population of the District. This is a much larger percentage of the total 62 and over population than that of the County at 31.1% or the HMA at 21.7%.[10]

As such, the requested preference would serve to diminish housing opportunities for two of the least likely to apply populations, i.e., the White and Asian populations, as their populations are greatly diminished within the preference area. If applied, the requested preference would serve to heighten the current segregative housing patterns and diminish housing opportunities for those least likely to apply.

For this reason, FHEO cannot approve the requested residency preference.

Should you require further assistance in this regard, please contact Amy Apple of this Office at 212-542-7515 or Amy.B.Apple@hud.gov.

Sincerely,

Jay Golden
Region II Director
Office of Fair Housing and Equal Opportunity

---

[9] Data based on US Census Bureau, 2010 Census Summary File 2, Table DP-1 and CD5 data from nyc.gov based on 2010 Census, Tables SF1-P7.1 - .1C.
[10] Blacks/African Americans, American Indians, Alaskan Natives, Native Hawaiians and other Pacific Islanders were not least likely to apply in the May 20, 2014 AFHMP.

3

Confidential    NYC_0106449