1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------x
JANELL WINFIELD, TRACEY STEWART
and SHAUNA NOEL,

                    Plaintiffs,

        -against-                    Civil Action No.:
                                     15-CV-5236 (LTS)(KHP)

CITY OF NEW YORK,

                    Defendant.
-------------------------------x


                 VIDEOTAPED

        DEPOSITION OF ALICIA GLEN

             New York, New York

             November 3, 2017

                 9:26 a.m.




Reported by:
JUDITH CASTORE, CLR
Job No. 52429

1                        GLEN

2          Q    Actually, I was asking you --

3     it was a combo.  It was as a human

4     being and principally as the Deputy

5     Mayor for housing and economic

6     development, which is a very specific

7     subset of human being.

8               So are you aware that

9     New York City's housing patterns were

10    shaped by forces of discrimination and

11    segregation?

12              MS. SADOK:  Objection.

13         A    When I became Deputy Mayor

14    for housing and economic development,

15    which I think is what you are trying to

16    get at, racial patterns was not -- or

17    race discrimination issues were not

18    front and center at all with what we

19    were deeming to be the challenges

20    facing the housing market.

21              And so that -- I actually --

22    I don't know -- again -- and I haven't

23    seen data and maps on this, as to what

24    you are describing as past practices,

25    how those are correlated -- our focus,

111

1                           GLEN

2    when they came into office, was how to

3    build -- we were facing an

4    affordability crisis, right, you know,

5    which was a very different crisis than

6    what's addressed in the Koch

7    Administration or in other periods.  We

8    were focusing on, you know, rent to

9    income ratios and affordable housing.

10              So I can't say that I was

11   aware of exactly what you are, I think,

12   describing as a -- how the historical

13   discrimination may have resulted.  And

14   that wasn't my focus.  It was really

15   affordability.

16        Q    So at any point as Deputy

17   Mayor, have you become aware that

18   New York City is still characterized by

19   residential racial segregation?

20              MS. SADOK:  Objection.

21        A    I'm aware that -- I'm aware

22   that there have been -- I have read in

23   the paper -- and, like, these are

24   compared to Chicago or other cities --

25   I'm aware that New York City is still a

                              GLEN

1

2      city that is deemed to be quite

3      racially segregated.  I have read, you

4      know, enough.  Like Chicago, da, da,

5      da.  Or Boston.  We're not as bad as

6      Boston, I think.  Again, I am not an

7      expert on what the definition is, but I

8      am aware that there are patterns of

9      racial segregation in New York City.

10         Q    And are you -- does that help

11     you be aware that where people are

12     situated in New York or where groups of

13     people are situated in New York may not

14     reflect a full and voluntary choice in

15     an open marketplace?

16             MS. SADOK:  Objection.

17         A    What's the question?

18         Q    Okay.  Like, you don't think

19     that African Americans in New York,

20     sometime in the 1950s, had a big

21     meeting where a motion was made and

22     carried that said, Let's all of us move

23     into Central Brooklyn, Harlem, and

24     Jamaica, right?  There were forces

25     acting on people that -- race-based

332

1

2                    A C K N O W L E D G E M E N T

3

4       STATE OF NEW YORK   )
                            ) ss.:
5       COUNTY OF NEW YORK )

6            I, ALICIA GLEN, certify, I have read the

7       transcript of my testimony taken under

8       oath in my deposition of November 3, 2017;

9       that the transcript is a true, complete

10      and correct record of what was asked,

11      answered and said during this deposition,

12      and that the answers on the record as

13      given by me are true and correct.

14

15      - - - - - - - - - - - - - - -

16                       ALICIA GLEN

17

18      Sworn and subscribed to before me

19      this  11   day of December 2017.

20

21      (  Notary Public

22              KATHERINE P. COCKLIN
23        NOTARY PUBLIC-STATE OF NEW YORK
              No. 02CO6326584
24         Qualified in New York County
        My Commission Expires August 03, 201'
25

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue · Ste 500, New York, NY 10123  1.800.642.1099

333

1

2                     C E R T I F I C A T I O N

3

    STATE OF NEW YORK  )
4                      )  ss.:
    COUNTY OF NEW YORK )
5

6              I, JUDITH CASTORE, Shorthand Reporter

7          and Notary Public within and for the State

8          of New York, do hereby certify:

9              That ALICIA GLEN, the witness whose

10         deposition is hereinbefore set forth, was

11         duly sworn by me and that this transcript

12         of such examination is a true record of

13         the testimony given by such witness.

14             I further certify that I am not

15         related to any of the parties to this

16         action by blood or marriage and that I am

17         in no way interested in the outcome of

18         this matter.

19             IN WITNESS WHEREOF, I have hereunto

20         set my hand this 8th day of November,

21         2017.

22

23                                 JUDITH CASTORE

24

25

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099