UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

JANELL WINFIELD, SHAUNA NOEL, and
EMMANUELLA SENAT,

      Plaintiffs,

  -v-                                 No. 15 CV 5236-LTS-KHP

CITY OF NEW YORK,

      Defendant.

-------------------------------------------------------x

ORDER

LAURA TAYLOR SWAIN, United States District Judge

## ORDER ADOPTING REPORT & RECOMMENDATION

      The Court has reviewed Magistrate Judge Parker's October 17, 2018 Report and Recommendation (the "Report") (docket entry no. 601) which recommends that Plaintiff Janell Winfield be dismissed from this action. No objections to the Report have been received.

      In reviewing a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge]." 28 U.S.C.A. § 636(b)(1)(C) (LexisNexis 2017). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." Johnson v. New York University School of Education, No. 00 Civ. 8117, at *1, 2003 WL 21433443 (S.D.N.Y. June 16, 2003).

      The Court has reviewed carefully Magistrate Judge Parker's thorough and well-reasoned Report and Recommendation and finds no clear error. The Court therefore adopts the

Report in its entirety for the reasons stated therein. Accordingly, Plaintiff Janell Winfield is dismissed form this case and the Clerk of Court is directed to amend the caption of this case accordingly.

This Order resolves docket entry no. 552.

SO ORDERED.

Dated: New York, New York
December 3, 2018

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge