USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12-18-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SHAUNA NOEL, et al

Plaintiffs,

-against-

CITY OF NEW YORK,

Defendant.

------------------------------------------------------------------X

**OPINION AND ORDER**

**15-cv-05236 (LTS) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

Plaintiffs commenced this action to challenge a New York City policy regarding affordable housing lotteries. The City's policy allocates 50% of units in affordable housing lotteries to individuals who already reside in the community district where the new affordable housing units are located. This policy is referred to herein as the "Community Preference Policy." Plaintiffs allege that the Community Preference Policy violates the federal Fair Housing Act ("FHA"), 42 U.S.C. § 3604 *et seq.*, and the New York City Human Rights Law ("NYCHRL"), NYC Admin. Code § 8-107, *et seq.*, because it perpetuates racial segregation and disparately impacts racial minorities. They also claim that the City's decision to establish, expand, and maintain the policy constitutes intentional discrimination.

Currently pending before this Court is Plaintiffs' motion challenging privilege designations on 500 documents in the City's privilege log. The City asserts that the documents are protected from disclosure based on one or more of the following reasons: (1) attorney-client privilege, (2) work product protection, (3) deliberative process privilege, and (4)

1

legislative privilege.  This Court assumes the reader's familiarity with the factual background of this case based on its many decisions in this action and does not repeat it here.  *See Winfield v. City of New York*, No. 15-cv-5236 (LTS) (KHP), 2017 WL 5664852, at *1-6 (S.D.N.Y. Nov. 27, 2017);  *Winfield v. City of New York*, No. 15-cv-5236 (LTS) (DCF), 2016 WL 6208564, at *1-3 (S.D.N.Y. Oct. 24, 2016); *see also Winfield v. City of New York*, No. 15-cv-5236 (LTS) (KHP), 2017 WL 2880556, at *1-2 (S.D.N.Y. July 5, 2017), objections overruled by, 2017 WL 5054727, at *1-2 (S.D.N.Y. Nov. 2, 2017).

The City submitted for *in camera* review a detailed privilege log with hyperlinks to all 500 documents and, in some cases, cover emails for the documents.  The City also submitted a series of letters at this Court's request providing greater detail as to the basis for the assertion of privilege as to certain documents and categories of documents.  In addition, after questions by the Court as to certain documents, the City withdrew its privilege designations and elected to produce these documents.[1]

In addition, the Court is in receipt of the ruling of the Honorable Laura Taylor Swain dated December 12, 2018 setting aside this Court's February 2018 Order insofar as it addressed claims of deliberative process privilege.  *See* ECF Nos.  259, 655.  This Court has, consistent with Judge Swain's ruling, evaluated the City's claims of deliberative process privilege and whether disclosure is warranted under the factors set forth in *Rodriguez v. Pataki*, 280 F. Supp.2d 89, 99-

---

[1] The documents the City has decided to produce are identified on the privilege log in column A as numbers: 1, 5, 13, 14, 24, 65, 66, 72, 74, 75, 95, 106, 107, 108, 119, 124, 125, 130, 147, 233, 255, 303, 307, 328, 333, 341, 345, 353, 354, 360, 362, 372, 373, 374, 376, 378, 380, 382, and 499.  Certain of these documents will be produced in redacted format.

101 (S.D.N.Y. 2003), in the manner prescribed by Judge Swain.  This Court has adopted the same methodology for evaluating whether documents subject to the legislative privilege should nevertheless be produced pursuant to the *Rodriguez* balancing factors.  Because this Court has previously set forth the standards governing applicability of the attorney-client privilege and work product privilege, it does not repeat them in detail here and refers the parties to the Court's prior decision.  *See* ECF No. 259.

The Court has carefully reviewed all of the submissions by the parties and all 500 documents.  In the interest of brevity and expediency, the Court does not discuss its reasoning as to each of the 500 documents here.  Instead, the Court discusses treatment of certain categories of documents and provides an annotated spreadsheet providing additional information about each document and its rulings as to each.

## Discussion

### I. *Attorney-Client Privilege*

The attorney-client privilege "exists for the purpose of encouraging full and truthful communications between an attorney and his client and 'recognizes that sound legal advice or advocacy serves public ends and that such advice or advocacy depends upon the lawyer's being fully informed by the client.'"  *In re Von Bulow*, 828 F.2d 94, 100 (2d Cir. 1987) (quoting *Upjohn Co. v. United States*, 449 U.S. 383, 389 (1981)).  The party seeking to invoke the privilege bears the burden of establishing its applicability.  *In re Cty. of Erie*, 473 F.3d 413, 418 (2d Cir. 2007). To do this, the governmental party claiming attorney-client privilege must establish: (1) a communication between government counsel and their clients, (2) that was intended to be and

was in fact kept confidential, and (3) was made for the purpose of obtaining or providing legal advice.  *See id.* at 419 (internal citation omitted).  As to factor 3, the key inquiry is whether the "predominant purpose" of the communication is to solicit or provide legal advice.  *Id*. at 419-20 (collecting cases).  When legal advice is the predominant purpose, "other 'considerations and caveats' are not severable and the entire communication is privileged."  *Fox News Network, LLC v. US Dep't of Treasury*, 739 F. Supp. 2d 515, 560 (citing *In re Cty. of Erie*, 473 F.3d at 420).  On the other hand, if the legal advice is merely "incidental to the nonlegal advice that is the predominant purpose of the communication," then the legal portions of the document may be redacted.  *In re Cty. of Erie*, 473 F.3d at 420 n.8.

With these standards in mind, the following documents on the City's privilege log are protected by the attorney-client privilege:  3, 4, 18, 19, 22, 23, 25, 26[2], 27, 38, 29, 30, 31, 32, 33, 35, 36, 37, 38, 39, 40, 42, 44, 51, 53, 59, 60, 69, 70, 71, 80, 92, 93, 94, 96, 97, 98, 100, 109, 110, 113, 114, 120, 122, 123, 126, 136, 139, 140, 142, 159, 163, 175, 178, 190, 193, 194, 216, 218, 232, 235, 238, 239, 240, 241, 242,245, 248, 250, 251, 256, 266, 274, 275, 287, 288, 295, 298, 300, 306, 346, 349, 357, 359, 361, 363, 364, 470, 472, 476, 478, 480, 485.  All of these documents involve communications and draft documents exchanged between attorneys for the City and their clients for the predominant purpose of seeking or conveying legal advice. Because the attorney-client privilege applies, the Court does not need to reach any other privilege asserted.  The following documents are not protected by the attorney-client privilege

---

[2] A substantial portion of the communications in this document are not privileged.  The City shall produce a redacted version of this document redacting the limited portions that relate to topics on which legal advice is sought or given.

but, if subject to another privilege, are identified in the appropriate section below:  0, 4, 13, 43, 46, 95, 128, 130, 141, 165, 166, 176, 186, 233, 253, 254, 255, 260, 261, 263, 264, 265, 273, 279, 282, 284, 289, 291, 292, 293, 321, 342, 353, 360, 477, 499.  These documents do not reflect communications or drafts exchanged between attorneys for the City and their clients for the predominant purpose of seeking or conveying legal advice.

## II.    *Work Product*

The work product doctrine protects a broader category of documents and communications than the attorney-client privilege.  Specifically, it protects documents and other tangible things "that are prepared in anticipation of litigation or for trial by or for a party or its representative."  Fed. R. Civ. P. 26(b)(3)(A); *see also Bowne of N.Y.C., Inc. v. AmBase Corp.*, 150 F.R.D. 465, 471 (S.D.N.Y. 1993).  Documents "should be deemed prepared 'in anticipation of litigation' . . . if, 'in light of the nature of the document and the factual situation in the particular case, the document can fairly be said to have been prepared or obtained *because of* the prospect of litigation.'"  *United States v. Adlman*, 134 F.3d 1194, 1202 (2d Cir. 1998) (emphasis in original) (internal citation omitted).  "Where a document was created because of anticipated litigation, and would not have been prepared in substantially similar form but for the prospect of that litigation," it is protected as work product.  *Id.* at 1195.  "Conversely, protection will be withheld from 'documents that are prepared in the ordinary course of business or that would have been created in essentially similar form irrespective of litigation.'"  *Schaeffler v. United States*, 806 F.3d 34, 43 (2d Cir. 2015) (quoting *Adlman*, 134 F.3d at 1202).

5

Work product protection, however, is not absolute.  A party seeking discovery may overcome work product protection and obtain disclosure of material otherwise discoverable under Fed. R. Civ. P. 26(b)(1) by showing (1) substantial need for the material; and (2) an inability to obtain its substantial equivalent from another source without undue hardship.  Fed. R. Civ. P. 26(b)(3)(A); *Obeid v. Mack,* No. 14-cv-6498 (LTS) (HBP), 2016 WL 7176653, at *5 (S.D.N.Y. Dec. 9, 2016).  Although factual materials "may generally be discovered upon a showing of substantial need," *Obeid*, 2016 WL 7176653, at *5 (internal quotation marks and citations omitted), courts "*must* protect against disclosure of the mental impressions, conclusions, opinions, or legal theories of a party's attorney or other representative concerning the litigation."  Fed. R. Civ. P. 26(b)(3)(B) (emphasis added).  "Documents or portions of documents that qualify as 'opinion work product' are 'entitled to virtually absolute protection.'" *United States v. Mount Sinai Hosp.*, 185 F. Supp. 3d 383, 390 (S.D.N.Y. 2016) (quoting *United States v. Ghavami*, 882 F. Supp. 2d 532, 540 (S.D.N.Y. 2012)).

With these standards in mind, the following documents on the City's privilege log are protected by the work product doctrine:  6, 7, 8, 10, 11, 15, 16, 17, 47, 61, 76, 77, 78, 79, 81, 82, 85, 86, 89, 104, 118, 127, 129, 131, 133, 134, 135, 137, 138, 141, 149, 150, 151, 153-158, 160, 161, 162, 164, 165, 166, 167, 169, 170, 171, 172, 177, 182, 183, 184, 185, 188, 191, 192, 195-201-211, 220-230, 281, 366-371, 375, 377, 379, 381, 383-464, 466-469, 483, 484, 486-493, 498, 500.  All of these documents were prepared in anticipation of this litigation or litigation with the U.S. Department of Housing and Urban Development ("HUD") and not in the normal course of business.  Of these documents, a number contain mental impressions, analyses or studies,

conclusions, opinions, or legal theories of an attorney or other representative of the City

concerning this litigation or potential litigation with HUD over the Community Preference

Policy.  A number of the documents were created solely for analyzing settlement positions.

Having reviewed these documents, the Court finds there is no substantial need for the

documents and, indeed, the vast majority reflect core work product that must be protected

regardless under Federal Rule of Civil Procedure 26(b)(3).  *See Adlman,* 134 F.3d at 1196 (The

work product doctrine "is intended to preserve a zone of privacy in which a lawyer can prepare

and develop legal theories and strategy with an eye toward litigation, free from unnecessary

intrusion by his adversaries") (internal quotation marks omitted).

Additionally, with respect to documents reflecting settlement negotiations, proffers and

strategy, the Court notes that such documents are inadmissible at trial under Federal Rule of

Evidence 408 as evidence of the admission of the validity or invalidity of a claim.  Fed. R. Evid.

408.  The rationale behind the rule is that settlement proposals are irrelevant, as they "may be

motivated by a desire for peace rather than from any concession of weakness of position" and

"to promote settlement of disputes."  1972 Advisory Committee Notes to Rule 408; *see also*

Fed. R. Civ. P. 68 (evidence of an unaccepted offer of judgment is not admissible as evidence of

liability).  Rule 408 does permit admission of information that would prove bias of a witness,

negate a contention of undue delay, or prove an effort to obstruct a criminal investigation or

prosecution.  Fed. R. Evid. 408; 1972 Advisory Committee Notes to Rule 408.  The 2006 Advisory

Committee Notes to Rule 408 explicitly state that the rule "prohibits use of statements made in

settlement negotiations to impeach by prior inconsistent statement or through contradiction."

2006 Advisory Committee Notes to Rule 408 (citing *EEOC v. Gear Petroleum, Inc.*, 948 F.2d 1542

(10th Cir. 1991) (letter sent as part of settlement negotiation cannot be used to impeach

defense witnesses by way of contradiction or prior inconsistent statement; such broad

impeachment would undermine the policy of encouraging uninhibited settlement

negotiations)).  Based on this Court's review of the documents concerning settlement, it is the

Court's view that they could not be appropriately used for any permitted purpose under

Federal Rule of Evidence 408.  Therefore, they are protected from disclosure.

The following documents are not work product:  5, 24, 73, 106, 124, 125, 180, 181, 253,

254, 255, 260, 261, 328, 372, 373, 374, 376, 378, 380, 382, 499.  The City acknowledged that

some of these documents were not protected work product.  Other documents include final

versions (or portions thereof) of the City's consolidated plans concerning fair housing submitted

to HUD and a factual communication to the Mayor about the filing of this litigation.

Accordingly, the City must produce these documents to the extent they are not protected by

another privilege.  To the extent any of these documents are also marked as being protected by

the deliberative process or legislative privilege, they are addressed below.

### III.     Deliberative Process Privilege

The deliberative process privilege, also referred to as the executive privilege, protects

"documents reflecting advisory opinions, recommendations and deliberations comprising part

of a process by which governmental decisions and policies are formulated."  *NLRB v. Sears,*

*Roebuck & Co.*, 421 U.S. 132, 150 (1975) (internal quotation marks and citation omitted).  It

applies to both the ultimate decision-making executive and the executive's staff members.  *See*

*Hopkins v. H.U.D.*, 929 F.2d 81, 85 (2d Cir. 1991) (work product, opinions, and recommendations of staff are covered by the deliberative process privilege).

To be protected, the documents and communications used in the decision-making process must be both (1) pre-decisional and (2) deliberative. *Marisol A. v. Guiliani*, No. 95-cv-10533 (RJW), 1998 WL 132810, at *6 (S.D.N.Y. Mar. 23, 1998). This means the document must be prepared to aid the decisionmaker in arriving at a decision as opposed to communications that are part of routine agency self-evaluation. *See, e.g.*, *Hopkins*, 929 F.2d at 84; *Marisol A.*, 1998 WL 132810, at *6; *Tigue v. U.S. Dep't of Justice*, 312 F.3d 70, 80 (2d Cir. 2002); *see also Charles v. City of New York*, No. 11-cv-0980 (KAM) (JO), 2011 WL 5838478, at *1 (E.D.N.Y. Nov. 18, 2011).

Even if a document is protected by the deliberative process privilege, a Court may order disclosure after balancing the following five factors and finding that they weigh in favor of disclosure: (i) the relevance of the evidence sought to be protected; (ii) the availability of other evidence; (iii) the 'seriousness' of the litigation and the issues involved; (iv) the role of the government in the litigation; and (v) the possibility of future timidity by government employees who will be forced to recognize that their secrets are violable. *See* ECF 655 (citing Rodriguez, 280 F. Supp. 2d at 99-101); *see also In re Delphi Corp.*, 276 F.R.D. 81, 85 (S.D.N.Y. 2011); *Five Borough Bicycle Club v. City of New York*, No. 07-cv-2448 (LAK), 2008 WL 4302696, at *1 (S.D.N.Y. Sept. 16, 2008).

With these standards in mind, the following documents on the City's privilege log are protected by the deliberative process privilege: 9, 12, 21, 34, 41, 45, 48, 52, 63, 68, 83, 84, 87,

88, 90, 91, 103, 105, 115, 116, 117, 132, 143, 145, 146, 148, 152, 168, 174, 176, 187, 189, 202, 215, 217, 234, 236, 237, 243, 244, 246, 249, 252, 257, 258, 262, 267, 268, 270, 271, 272, 276, 277, 278, 280, 283, 285, 286, 290, 293, 294, 296, 301, 305, 308, 314, 315, 316, 317-320, 322, 323, 324, 325, 326, 329, 330, 331, 332, 334, 335, 336, 337, 338, 339, 340, 348, 351, 355, 358, 465, 473, 477, 494, 496, 497.  All of these documents precede a policy or other decision by a City agency and reflect the deliberative process in reaching the decision.  *See Marisol A.*, 1998 WL 132810, at *6.  None appear to be routine self-evaluation.  On the other hand, the following documents do not reflect any pre-decisional deliberative process and fall into the category of post-decision communications, post-decision strategy for implementation of decided policy, factual information or routine self-evaluation by an agency:  20, 54, 56, 57, 58, 64, 101, 111, 112, 144, 212, 213, 214, 247, 297, 304, 310, 313, 341, 343, 350, 356, 465, 471, 475, 479, 495. Thus, these documents are not protected by the deliberative process privilege and must be disclosed by the City.

With respect to those documents that are protected by the deliberative process privilege, the Court has applied the five-factor balancing analysis in the manner prescribe by Judge Swain in her December 12, 2018 decision and determined that the following documents need not be produced:  9, 21, 34, 41, 45, 48, 52, 63, 83, 84,  87, 88, 90, 91, 103, 105, 115, 116, 117, 132, 143, 148, 152, 168, 174, 176, 187, 202, 215, 217, 234, 236, 237, 243, 244, 246, 249, 252, 257, 258, 262, 267, 268, 270, 271, 272, 276, 277, 278, 280, 283, 285, 286, 290, 293, 294, 296, 301, 308, 310,  314, 315, 316, 317-320, 322, 323, 324, 325, 326, 329, 330, 331, 332, 334, 335, 336, 337, 338, 339, 340, 348, 473, 477, 494, 496, 497.   Many of these documents are drafts that are not

relevant or have marginal relevance and thus I give them little weight in the balancing test. Likewise, the availability of a final policy and other information about a policy weighs against disclosure. When evaluating the first four factors together against the fifth *Rodriguez* factor, I find that the balance of factors weighs against disclosure of these documents.

On the other hand, the five-factor balancing analysis weighs in favor of disclosure as to the following documents: 12, 68, 145, 146, 189, 277, 305, 351, 355, 358. As to these documents, the relevance factor weighs heavily in favor of disclosure and outweighs the other factors, thereby requiring disclosure.

## IV.     *Legislative Privilege*

State and local legislators are entitled to absolute "immunity from liability for their legislative acts" as a matter of federal common law. *Supreme Ct. of Virginia v. Consumers Union of U.S. Inc.,* 446 U.S. 719, 732-33 (1980) (citing *Tenney v. Brandhove*, 341 U.S. 367, 379 (1951)*); Bogan v. Scott-Harris*, 523 U.S. 44, 48-49 (1988); *see also Rodriguez*, 280 F. Supp. 2d at 94-95*.* Courts within the Second Circuit have repeatedly held that state and local lawmakers are entitled to protection against discovery into their legislative acts in civil cases, explaining that such protection is needed to "shield legislators from civil proceedings which disrupt and question their performance of legislative duties to enable them to devote their best efforts and full attention to the public good." *See, e.g., Searingtown Corp. v. Inc. Vill. of N. Hills*, 575 F. Supp. 1295, 1299 (E.D.N.Y. 1981) (precluding discovery into motivation of local legislators for rezoning decision that plaintiffs claimed violated their constitutional rights) (internal quotation marks and citations omitted); *ACORN v. Cty. of Nassau*, No. 05-cv-2301 (JFB) (WDW), 2007 WL

2815810, at *2 (E.D.N.Y. Sept. 25, 2007); *see also In Vill. of Arlington Heights v. Metro. Hous. Dev. Corp.*, 429 U.S. 252, 267-68 (1977) (recognizing in dicta that the common law legislative privilege also extends to protection from compelled testimony in civil cases); *Star Distribs., Ltd. v. Marino*, 613 F.2d 4, 6-9 (2d Cir. 1980).

Legislative acts that are protected under the privilege include any activity that is an integral part of the deliberative and communicative processes by which an individual considers whether to vote for or against a proposal.  *See Eastland v. U.S. Servicemen's Fund,* 421 U.S. 491, 504 (1975); *Bogan*, 523 U.S. at 54-55.  For example, legislative acts may include, but are not limited to: "delivering an opinion, uttering a speech, or haranguing in debate; proposing legislation; voting on legislation; making, publishing, presenting, and using legislative reports; authorizing investigations and issuing subpoenas; and holding hearings and introducing material at committee hearings." *S.E.C. v. Comm. On Ways and Means of the U.S. House of Representatives*, 161 F. Supp. 3d 199, 236 (S.D.N.Y. 2015) (citing *Fields v. Office of Eddie Bernice Johnson*, 459 F.3d 1, 10-11 (D.C. Cir. 2006)) (internal quotation marks omitted).

The legislative privilege also protects formal and informal fact and information-gathering activities about the subject of potential legislation, as well as documents regarding or reflecting the fruits of this research.  *See id.* at 236-37, 245; *see also United States v. Biaggi*, 853 F.2d 89, 102-03 (2d Cir. 1988); *McSurely v. McClellan*, 553 F.2d 1277, 1286 (D.C. Cir. 1976) (en banc), *cert. dismissed* 438 U.S. 189 (1978).  The privilege does not attach to activities concerning the administration of a law, speeches delivered outside of the legislative body and preparation for the same, the making of appointments with government agencies, and

newsletters and press releases to constituents. *See U.S. v. Brewster,* 408 U.S. 501, 512 (1972); *Hutchinson v. Proxmire*, 443 U.S. 111, 130-33 (1979).

Like the deliberative process privilege, the legislative privilege is qualified, and disclosure may be ordered subject to the same balancing factors applicable to the deliberative process privilege. *Rodriguez*, 280 F. Supp. 2d at 96; *see also Citizens Union of City of N.Y. v. Att'y Gen. of N.Y.*, No. 16-cv-9592 (RMB) (KHP), 2017 WL 3836057, at *18 (S.D.N.Y. Sept. 1, 2017).

Applying these standards, this Court finds that none of the documents the City listed as protected by the legislative privilege in fact fall within the protection of this privilege. These documents are: 49, 55, 98, 99, 102, 179, 345. Thus, the City shall produce all of these documents.

<u>**Conclusion**</u>

The Court appends a spreadsheet reflecting the Court's rulings on the 500 documents. The Court also includes its own description of the documents in column R. The City is directed to re-review its privilege log consistent with this ruling and determine whether there are additional documents on its log that must be de-designated as privileged. The City shall complete this task by January 31, 2019 and provide Plaintiffs with an updated log and supplemental production by that date.

To the extent there are objections to this ruling, or Plaintiffs believe that the Court should re-evaluate the balance of *Rodriguez* factors or wish to make a substantial need argument as to a specific document protected by the work product doctrine, this Court

requests that the parties first file a motion for reconsideration with this Court.  The parties shall

notify the Court by letter if they intend to request reconsideration of a ruling as to a particular

document by December 31, 2018.  The Court will then set a briefing schedule as to any such

motion.  To the extent the City does not dispute this Court's ruling with respect to documents

deemed non-privileged, it shall produce such documents by January 31, 2019.

**SO ORDERED.**

Dated: December 18, 2018
        New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

| Sort | Production Beginning Bates | Control ID | Privilege(s) | Categorical Description | Court Decision | Court's Summary Description of Nature of Document |
|---|---|---|---|---|---|---|
| 0 | | NYCPRIV03014 | Attorney Client;Deliberative | Draft Internal Memorandum re: AFFH and Community Preference | NP | communication among counsel and others re: delegation of responsibilities for responding to plaintiff's counsel letter re: fair housing policies |
| 1 | NYC_0067299 | | Deliberative | Draft talking points re: 421-a - Homeless Preference | NP | Per City's Agreement |
| 2 | NYC_0067300 | | Deliberative | Draft talking points re: 421-a - Homeless Preference | NP | |
| 3 | | NYCPRIV00004 | Attorney Client | Email chain re: Application of Community Preference | AC | communication with counsel and others re: requests to include prior residents in community preference; identifying issue for legal advice |
| 4 | | NYCPRIV00014 | Attorney Client;Deliberative | Email chain re: Community Opposition Strategies | AC & DPP | communications with counsel and others about strategy and potential positions in advance of REBNY Meeting; |
| 5 | | NYCPRIV00015 | Work Product | Email chain re: Litigation - Winfield Litigation | NP | Per City's Agreement |
| 6 | | NYCPRIV00016 | Deliberative;Work Product | Draft report re: Litigation - Winfield Litigation;Application of Community Preference | WP & DPP | Settlement Options Analysis |
| 7 | | NYCPRIV00017 | Deliberative;Work Product | Draft Internal Memorandum re: Litigation - Anticipated Litigation re: Community Preference;Litigation - Winfield Litigation | WP & DPP | Settlement Options Analysis |
| 8 | | NYCPRIV00018 | Deliberative;Work Product | Draft report re: Litigation - Winfield Litigation;Application of Community Preference | WP & DPP | Settlement Options Analysis |
| 9 | | NYCPRIV00023 | Deliberative | Draft Internal Memorandum re: 421-a - Homeless Preference | DPP | Draft decision memo to mayor regarding homeless unit commitment |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | | NYCPRIV00025 | Work Product | Email chain re: Litigation - Winfield Litigation | WP | Communication about preparation for legal strategy meeting with Mayor about this litigation |
| 11 | | NYCPRIV00026 | Deliberative;Work Product | Draft presentation re: Litigation - Anticipated Litigation re: Community Preference;Litigation - Winfield Litigation | WP & DPP | Litigation Strategy Document |
| 12 | | NYCPRIV00047 | Deliberative | Email chain re: 421-a - Homeless Preference | DPP | communication regarding potential policy re: 421a units; PRODUCE UNDER RODRIGUEZ |
| 13 | | NYCPRIV00061 | Attorney Client | Draft talking points re: MIH - Anti-displacement strategies;Anti-displacement strategies | NP | Per City's Agreement |
| 14 | NYC_0083074 | NYCPRIV00063 | Deliberative;Legislative | Draft talking points re: MIH - mobility;MIH - Community opposition;MIH - City council input | NP | Per City's Agreement |
| 15 | | NYCPRIV00067 | Work Product | Email chain re: Litigation - Winfield Litigation | WP | Communication about work needed to inform legal strategy |
| 16 | | NYCPRIV00068 | Deliberative;Work Product | Draft report re: Litigation - Winfield Litigation | WP | Litigation Strategy memo |
| 17 | | NYCPRIV00069 | Deliberative;Work Product | Draft report re: Litigation - Winfield Litigation;Application of Community Preference | WP & DPP | Settlement Options Analysis |
| 18 | | NYCPRIV00074 | Attorney Client;Deliberative;Work Product | Draft Internal Memorandum re: MIH - Anti-displacement strategies; Litigation - Anticipated Litigation re: Community Preference;Litigation - Winfield Litigation;Community Opposition Strategies | AC | draft decision memo to mayor re: rezonings in specific neighborhoods containing legal advice |
| 19 | 19 | NYCPRIV00075 | Attorney Client;Deliberative;Work Product | Draft Internal Memorandum re: MIH - Anti-displacement strategies; Litigation - Anticipated Litigation re: Community Preference;Litigation - Winfield Litigation;Community Opposition Strategies | AC | draft decision memo to mayor re: rezonings in specific neighborhoods containing legal advice |

| | | | | | |
|---|---|---|---|---|---|
| 20 | | NYCPRIV00083 | Deliberative;Legislative | Final talking points (non-public) re:  MIH - Anti-displacement strategies;MIH - City council input | NP | internal documents setting forth admin. position to certain issues; shared with CM |
| 21 | | NYCPRIV00095 | Deliberative;Legislative | Draft report re:  MIH - City council input | DPP | draft considerations for potential modification to MIH; DO NOT PRODUCE UNDER RODRIGUEZ |
| 22 | NYC_0032942 | | Attorney Client | Draft Document re: 421-a - 2015/2016 revision | AC | Attorney comments on draft advertisement for housing on West 42nd St. sent to another City lawyer for further review |
| 23 | | NYCPRIV00425 | Attorney Client | Email chain re: Application of Community Preference | AC | communication with attorney and others concerning use of marketing bands for specific housing project; highlighting legal issues with proposed approach |
| 24 | | NYCPRIV00435 | Work Product | Email chain re:  Litigation - Winfield Litigation | NP | Per City's Agreement |
| 25 | | NYCPRIV00474 | Attorney Client | Email chain re: Application of Community Preference | AC | draft language regarding housing ad sent to counsel for legal review and comment |
| 26 | | NYCPRIV02106 | Attorney Client;Deliberative | Email chain re:  421-a - Homeless Preference | AC in part | internal communications describing issue on which legal advice sought pertaining to lotteries can be redacted; document otherwise must be produced |
| 27 | | NYCPRIV00482 | Attorney Client;Deliberative | Email chain re: Application of Community Preference | AC | communications with attorney and others concerning modifications to CPP in context of preservation projects |
| 28 | | NYCPRIV00483 | Attorney Client;Deliberative | Email chain re: Application of Community Preference | AC | communications with attorney and others concerning modifications to CPP in context of preservation projects |
| 29 | NYC_0033138 | | Attorney Client;Deliberative | Draft report re:  421-a - 2015/2016 revision | AC | attorney summary and advice re: 421-a |

| | | | | | |
|---|---|---|---|---|---|
| 30 | | NYCPRIV00501 | Attorney Client | Draft talking points re: 421-a - Homeless Preference | AC | Draft of document concerning homeless referrals to 421-a projects reflecting legal advice |
| 31 | | NYCPRIV02108 | Attorney Client;Deliberative | Email chain re: 421-a - Homeless Preference;Application of Community Preference | AC | communications reflecting legal advice re: 421-a |
| 32 | | NYCPRIV00106 | Attorney Client;Deliberative | Draft talking points re: 421-a - Homeless Preference | AC | Draft of documents concerning homeless referrals to 421-a projects reflecting legal advice sought |
| 33 | | NYCPRIV00108 | Attorney Client;Deliberative | Email chain re: 421-a - Homeless Preference | AC | emails with counsel and others; seeking legal advice in context of this litigation on communications plan re: homeless referrals to 421-a projects |
| 34 | | NYCPRIV00536 | Deliberative | Draft Document re: 421-a - Homeless Preference | DPP | draft document containing comments re: homeless prevention policy and 421-a housing; DO NOT PRODUCE UNDER RODRIGUEZ |
| 35 | | NYCPRIV00117 | Attorney Client | Draft talking points re: 421-a - Homeless Preference | AC | Attorney draft of documents discussing homeless referrals to 421-a projecs |
| 36 | NYC_0033169 | | Attorney Client | Draft talking points re: 421-a - Homeless Preference | AC | Communications with counsel and counsel's comments on draft FAQs re: homeless referrals to 421-a projects |
| 37 | | NYCPRIV00609 | Attorney Client | Email chain re: 421-a - Homeless Preference;Marketing guidelines | AC | Communications with counsel re: revisions to Marketing Handbook |
| 38 | | NYCPRIV00611 | Attorney Client | Email chain re: 421-a - Homeless Preference | AC | Communications with counsel re: revisions to Marketing Handbook |
| 39 | | NYCPRIV00613 | Attorney Client | Draft Document re: 421-a - Homeless Preference | AC | Attorney draft of memo sent to client for consideration re: homeless referrals to 421-a projects |
| 40 | | NYCPRIV00620 | Attorney Client | Draft report re: MIH - Anti-displacement strategies; 421-a - 2015/2016 revision | AC | Attorney draft of report on MIH with highlighted areas for discussion |

| | | | | | | |
|---|---|---|---|---|---|---|
| 41 | | NYCPRIV02115 | Deliberative | Draft Document re: Anti-displacement strategies;Community Opposition Strategies | DPP | internal working draft reflecting tentative positions on HPD RFPs and involvement in neighborhood studies; DO NOT PRODUCE UNDER RODRIGUEZ |
| 42 | | NYCPRIV00637 | Attorney Client | Draft talking points re: 421-a - 2007 revision | AC | Draft memo re: 421-a for which legal review is requested |
| 43 | | NYCPRIV00644 | Attorney Client | Final letter (non-public) re: 421-a - 2007 revision | NP | not conveying legal advice or seeking legal advice |
| 44 | | NYCPRIV00665 | Attorney Client;Deliberative | Draft Document re: Marketing guidelines | AC | Draft of Marketing Guidelines containing counsel's comments |
| 45 | | NYCPRIV00666 | Deliberative | Draft Document re: Marketing guidelines | DPP | draft marketing guidelines to be submitted to legal for review and approval; DO NOT PRODUCE UNDER RODRIGUEZ |
| 46 | | NYCPRIV00668 | Attorney Client | Email chain re: Anti-displacement strategies;Application of Community Preference | NP | communication with counsel and others re: CPP; not seeking or reflecting legal advice |
| 47 | | NYCPRIV00676 | Deliberative;Work Product | Draft letter re:  Litigation - Anticipated Litigation re: Community Preference | WP & DPP | Draft letter to HUD re: potential settlement |
| 48 | | NYCPRIV00686 | Deliberative | Draft report re: Application of Community Preference | DPP | draft strategy document concerning 10-year affordable housing plan in East New York; DO NOT PRODUCE UNDER RODRIGUEZ |
| 49 | | NYCPRIV00768 | Legislative | Draft talking points re: ENY - Anti-displacement strategies | NP | internal strategy document regarding East New York development issues |
| 50 | | NYCPRIV00782 | Deliberative | Email chain re: Application of Community Preference | NP | not internal - communication with city counsel; |
| 51 | | NYCPRIV00783 | Attorney Client;Deliberative | Email chain re: Application of Community Preference | AC | communication to counsel and others seeking advice re: overlapping preference categories at a specific development |

| | | | | | |
|---|---|---|---|---|---|
| 52 | | NYCPRIV00788 | Deliberative;Legislative | Draft presentation re: Anti-displacement strategies | DPP | draft internal presentation concerning legislative agenda, positions on 421-a and fall back positions on rent regulation and land tax; DO NOT PRODUCE UNDER RODRIGUEZ |
| 53 | | NYCPRIV00793 | Attorney Client;Work Product | Email chain re: Litigation - Anticipated Litigation re: Community Preference | AC | communication discussing legal position in response to litigation and upcoming meeting with counsel |
| 54 | | NYCPRIV00799 | Deliberative;Legislative | Draft Document re: ENY - Anti-displacement strategies | NP | draft executive summary of affordable housing plan for East New York |
| 55 | | NYCPRIV00827 | Legislative | Draft talking points re: Anti-displacement strategies | NP | internal memo re: proposed responses to tenant harassment proposals by progressive caucus |
| 56 | | NYCPRIV00158 | Deliberative;Legislative | Email chain re: Anti-displacement strategies | NP | also concerns bill re: harassment of tenants |
| 57 | | NYCPRIV00835 | Deliberative;Legislative | Draft talking points re: ENY - Anti-displacement strategies | NP | internal memo reflecting decisionmaking re: issues to address re: East New York development |
| 58 | | NYCPRIV00159 | Deliberative | Email chain re: ENY - Anti-displacement strategies;Community Opposition Strategies | NP | internal communications re: East New York development and MIH strategy |
| 59 | | NYCPRIV00839 | Attorney Client;Work Product | Email chain re: Litigation - Other;AFFH and Community Preference | AC | document summarizes and conveys legal advice re: Consolidated Plan and ongoing litigation |
| 60 | | NYCPRIV00842 | Attorney Client;Work Product | Email chain re: Litigation - Other;AFFH and Community Preference | AC | communication with counsel re: draft 2012 Consolidated Plan to HUD re: AFFH |
| 61 | | NYCPRIV00844 | Deliberative;Work Product | Draft letter re: Litigation - Anticipated Litigation re: Community Preference | WP & DPP | Draft response to HUD |
| 62 | | NYCPRIV00846 | Deliberative | Draft report re: Anti-displacement strategies;Commitment to Fair Housing | DPP | draft langauge for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |

| | | | | | | |
|---|---|---|---|---|---|---|
| 63 | | NYCPRIV02140 | Deliberative | Draft Document re: Anti-displacement strategies;Community Opposition Strategies | DPP | same as 41 |
| 64 | | NYCPRIV00881 | Deliberative;Legislative | Draft Document re: MIH - Anti-displacement strategies; ENY - Anti-displacement strategies;ENY - City council input | NP | internal outline of remaining considerations regarding East New York development plan; |
| 65 | | NYCPRIV00889 | Deliberative;Legislative | Draft report re: Anti-displacement strategies | NP | Per City's Agreement |
| 66 | | NYCPRIV00891 | Deliberative;Legislative | Email chain re: Anti-displacement strategies | NP | Per City's Agreement |
| 67 | | NYCPRIV00904 | Deliberative | Final presentation (non-public) re: MIH - Anti-displacement strategies | NP | |
| 68 | | NYCPRIV00163 | Deliberative | Email chain re: ENY - Anti-displacement strategies | DPP | internal communications concerning East New york development positions; PRODUCE UNDER RODRIGUEZ |
| 69 | | NYCPRIV00690 | Attorney Client | Email chain re: Application of Community Preference | AC | communication with counsel and others re: legal requirements of 421-a and applicability of various regulations to specific development |
| 70 | | NYCPRIV00972 | Attorney Client;Deliberative | Email chain re: 421-a - 2015/2016 revision;421-a - Homeless Preference | AC | Legal advice re: 421-a |
| 71 | | NYCPRIV00973 | Attorney Client;Deliberative | Draft Document re: 421-a - 2015/2016 revision;421-a - Homeless Preference | AC | Legal advice re: 421-a |
| 72 | | NYCPRIV02768 | Deliberative | Draft talking points re: Application of Community Preference | NP | Per City's Agreement |
| 73 | | NYCPRIV02163 | Work Product | Final letter (non-public) re: Litigation - Anticipated Litigation re: Community Preference | NP | Letter to HUD providing fact information |
| 74 | | NYCPRIV01425 | Deliberative | Draft talking points re: Litigation - Winfield Litigation;Application of Community Preference | NP | Per City's Agreement |

| | | | | | |
|---|---|---|---|---|---|
| 75 | | NYCPRIV01426 | Deliberative | Draft talking points re: Litigation - Winfield Litigation;Application of Community Preference | NP | Per City's Agreement |
| 76 | | NYCPRIV00699 | Deliberative;Work Product | Email chain re: Litigation - Anticipated Litigation re: Community Preference | WP & DPP | communications re: data analysis needed to determine potential settlement positions with HUD on CPP |
| 77 | | NYCPRIV00701 | Work Product | Email chain re: Litigation - Anticipated Litigation re: Community Preference | WP | Communications concerning draft letter to HUD and alteneratives to CPP |
| 78 | | | Deliberative;Work Product | Draft letter re: Litigation - Anticipated Litigation re: Community Preference | WP & DPP | Draft analysis of measures of demographics within CDs in connection with HUD submission |
| 79 | | NYCPRIV00708 | Work Product | Final report (non-public) re: Litigation - Anticipated Litigation re: Community Preference | WP | internal statistical analysis for informing litigation strategy |
| 80 | | NYCPRIV00709 | Attorney Client;Deliberative;Work Product | Email chain re: Litigation - Anticipated Litigation re: Community Preference;Litigation - Winfield Litigation | AC | Discloses topic of legal advice and responses to Plaintiffs' counsel and draft communication to HUD |
| 81 | | NYCPRIV00719 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Anticipated Litigation re: Community Preference;Litigation - Winfield Litigation | WP & DPP | analysis to inform legal strategy |
| 82 | | NYCPRIV00720 | Deliberative;Work Product | Email chain re: Litigation - Anticipated Litigation re: Community Preference | WP & DPP | communications re: data analysis needed to determine potential settlement positions with HUD on CPP |
| 83 | | NYCPRIV00724 | Deliberative | Internal Charts or Maps;Notes re: Anti-displacement strategies | DPP | CHART RE: PROGRESS ON VARIOUS STRATEGIC PRESERVATION INITIATIVES, REFLECTS INTERNAL WORKING PROCESS; DO NOT PRODUCE UNDER RODRIGUEZ |
| 84 | | NYCPRIV00731 | Deliberative | Draft presentation re: | DPP | SAME AS 52 |

| | | | | | |
|---|---|---|---|---|---|
| 85 | | NYCPRIV00145 | Work Product | Draft report re: Litigation - Anticipated Litigation re: Community Preference;Litigation - Winfield Litigation | WP | Settlement analysis for considering options for CPP changes in connection with litigation |
| 86 | | NYCPRIV00146 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Anticipated Litigation re: Community Preference;Litigation - Winfield Litigation | WP & DPP | analysis prepared to inform litigation strategy and settlement |
| 87 | | NYCPRIV00742 | Deliberative;Work Product(withdrawn) | Draft report re: Litigation - Anticipated Litigation re: Community Preference | DPP | Work product withdrawn; draft report re: MIH policy reflecting input from various individuals; precedes counsel vote on MIH; DO NOT PRODUCE UNDER RODRIGUEZ |
| 88 | | NYCPRIV00752 | Deliberative | Draft Document re: Marketing guidelines | DPP | draft marketing guidelines to be submitted to legal for review and approval; DO NOT PRODUCE UNDER RODRIGUEZ |
| 89 | | NYCPRIV00150 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP & DPP | analysis to inform legal strategy and settlement |
| 90 | | NYCPRIV00994 | Deliberative | Draft Document re: Marketing guidelines | DPP | draft marketing guidelines to be submitted to legal for review and approval; DO NOT PRODUCE UNDER RODRIGUEZ |
| 91 | NYC_0076061 | NYCPRIV00997 | Deliberative | Draft Document re: Marketing guidelines | DPP | draft marketing guidelines to be submitted to legal for review and approval; DO NOT PRODUCE UNDER RODRIGUEZ |
| 92 | | NYCPRIV00999 | Attorney Client;Deliberative | Draft Document re: Marketing guidelines | AC | communications re: sections of 2016 Marketing Guidelines and attorney advice re: certain sections |
| 93 | | NYCPRIV01000 | Attorney Client;Deliberative | Email chain re: Application of Community Preference | AC | communications with counsel and others re: inclusion of prior residents in community preference for various projects |

| | | | | | | |
|---|---|---|---|---|---|---|
| 94 | | NYCPRIV0 1003 | Attorney Client | Email chain re: North Brooklyn Rezoning and Demographics | AC | communications with counsel re: requests to include prior residents in community preference, pre-policy discussion re: policy |
| 95 | | NYCPRIV0 2149 | Attorney Client;Deliberative | Email chain re: MIH - Anti-displacement strategies;MIH - Community opposition | NP | Per City's Agreement |
| 96 | | NYCPRIV0 1431 | Attorney Client;Legislative | Email chain re: City Council Input;Application of Community Preference | AC | communications discussing advice of counsel re: community preference with regard to specific project |
| 97 | | NYCPRIV0 2174 | Attorney Client;Deliberative;Legislative | Draft report re: MIH - Anti-displacement strategies;MIH - Community opposition;MIH - City council input;Community Opposition Strategies | AC | draft internal report concerning MIH and 421-a sent to counsel for legal comment |
| 98 | | NYCPRIV0 1438 | Legislative | Email chain re: Application of Community Preference | NP | communications about AMI and CPP as to specific development |
| 99 | | NYCPRIV0 1439 | Legislative | Email chain re: Application of Community Preference | NP | communications about AMI and CPP as to specific development |
| 100 | | NYCPRIV0 1441 | Attorney Client;Deliberative | Draft Document re: 421-a - Homeless Preference | AC | Communication with counsel and others; seeking legal advice on planned communications re: homeless policy as it relates to CPP |
| 101 | | NYCPRIV0 2175 | Deliberative | Email chain re: Application of Community Preference | NP | communications regarding CPP |
| 102 | | NYCPRIV0 1442 | Legislative | Email chain re: Application of Community Preference | NP | communications about Bronx Commons development |
| 103 | | NYCPRIV0 0180 | Deliberative | Internal Memorandum re: 421-a - Homeless Preference | DPP | draft decision memo to mayor re: homeless unit commitment; DO NOT PRODUCE UNDER RODRIGUEZ |
| 104 | | NYCPRIV0 0189 | Deliberative;Work Product | Email chain re: Anti-displacement strategies; Litigation - Anticipated Litigation re: Community Preference | WP & DPP | communications concerning information needed to evaluate changes to CPP and settlement position with HUD |

| | | | | | |
|---|---|---|---|---|---|
| 105 | | NYCPRIV00191 | Deliberative | Draft report re: MIH - mobility | DPP | SAME AS 87 |
| 106 | | NYCPRIV01510 | Deliberative;Work Product | Email chain re: Litigation - Anticipated Litigation re: Community Preference | NP | Per City's Agreement |
| 107 | | NYCPRIV01511 | Deliberative | Draft talking points re: Anti-displacement strategies | NP | Per City's Agreement |
| 108 | | NYCPRIV01540 | Deliberative | Email chain re: Anti-displacement strategies;Application of Community Preference | NP | Per City's Agreement |
| 109 | | NYCPRIV01549 | Attorney Client;Deliberative | Internal Memorandum re: Commitment to Fair Housing | AC | Draft decision memo on MIH and stating understanding of legal advice |
| 110 | | NYCPRIV01556 | Attorney Client;Deliberative;Work Product | Draft Internal Memorandum re: MIH - Anti-displacement strategies; Litigation - Anticipated Litigation re: Community Preference | AC | draft decision memo to mayor on creation of MIH program containing and seeking legal advice |
| 111 | | NYCPRIV01578 | Deliberative;Legislative | Email chain re: Application of Community Preference | NP | communication regarding inquiry about application of CPP |
| 112 | | NYCPRIV01584 | Deliberative;Legislative | Email chain re: Application of Community Preference | NP | communication regarding inquiry about application of CPP |
| 113 | | NYCPRIV01591 | Attorney Client;Deliberative | Email chain re: ENY - Anti-displacement strategies;Application of Community Preference | AC | communication with counsel re: legal advice on language in draft document concerning CPP |
| 114 | | NYCPRIV01592 | Attorney Client;Deliberative | Email chain re: ENY - Anti-displacement strategies;Application of Community Preference | AC | communication with counsel re: legal advice on language in draft document concerning CPP |
| 115 | | NYCPRIV00206 | Deliberative | Draft Internal Memorandum re: Anti-displacement strategies | DPP | draft decision memo to mayor re: legal services RFP; DO NOT PRODUCE UNDER RODRIGUEZ |
| 116 | | NYCPRIV01617 | Deliberative | Draft presentation re: MIH - Anti-displacement strategies;MIH - Community opposition;MIH - City council input | DPP | internal draft of considerations for MIH policy; DO NOT PRODUCE UNDER RODRIGUEZ |

| | | | | | |
|---|---|---|---|---|---|
| 117 | | NYCPRIV01620 | Deliberative | Draft presentation re: MIH - Anti-displacement strategies;MIH - Community opposition;MIH - City council input | DPP | internal draft of considerations for MIH policy; DO NOT PRODUCE UNDER RODRIGUEZ |
| 118 | NYC_0073100 | | Deliberative;Work Product | Email chain re: Litigation - Winfield Litigation | WP | Communications regarding this litigation and statement about it to provide to HUD |
| 119 | | NYCPRIV00220 | Deliberative | Draft talking points re: 421-a - Homeless Preference | NP | Per City's Agreement |
| 120 | | NYCPRIV01659 | Attorney Client;Deliberative | Draft talking points re: 421-a - Homeless Preference | AC | internal draft talking points in advance of meeting with REBNY containing attorney input and strategy |
| 121 | | NYCPRIV01661 | Deliberative | Email chain re: ENY - Anti-displacement strategies;Community Opposition Strategies | DPP | internal communications re: non-final talking points about non-final commitments in advance of release of Inwood Development Plan; DO NOT RELEASE UNDER RODRIGUEZ |
| 122 | | NYCPRIV01662 | Attorney Client | Email chain re: 421-a - Homeless Preference | AC | Communication with counsel and others; seeking legal advice on planned communications re: homeless policy as it relates to CPP |
| 123 | | NYCPRIV01663 | Attorney Client | Email chain re: 421-a - Homeless Preference | AC | Communication with counsel and others; seeking legal advice on planned communications re: homeless policy as it relates to CPP |
| 124 | | NYCPRIV01666 | Work Product | Email chain re: Litigation - Winfield Litigation | NP | Per City's Agreement |
| 125 | | NYCPRIV01667 | Deliberative;Work Product | Email chain re: Anti-displacement strategies; Litigation - Winfield Litigation | NP | Per City's Agreement |
| 126 | | NYCPRIV01723 | Attorney Client;Deliberative | Email chain re: Application of Community Preference | AC | communication with counsel and others seeking legal advice on homeless referrals to a specific project |
| 127 | | NYCPRIV01026 | Deliberative;Work Product | Email chain re: Litigation - Anticipated Litigation re: Community Preference | WP & DPP | Discussion about how to conduct data analysis to answer HUD request |

| | | | | | |
|---|---|---|---|---|---|
| 128 | | NYCPRIV0 1726 | Attorney Client;Deliberative | Email chain re: Application of Community Preference | NP | email seeking legal advice, among other input, on a specific application of CPP |
| 129 | | NYCPRIV0 1034 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Anticipated Litigation re: Community Preference | WP & DPP | analysis to inform litigation strategy |
| 130 | | NYCPRIV0 0237 | Attorney Client;Deliberative | Email chain re:  421-a - Homeless Preference;Application of Community Preference | NP | Per City's Agreement |
| 131 | | NYCPRIV0 1037 | Deliberative;Work Product | Email chain re:  Litigation - Anticipated Litigation re: Community Preference | WP & DPP | summary of info discussed at settlement meeting with HUD re: HUD data requests for alternative to CPP |
| 132 | | NYCPRIV0 1737 | Deliberative;Legislative | Email chain re:  ENY - Anti-displacement strategies | DPP | internal communications re: East New York development and strategy; DO NOT PRODUCE UNDER RODRIGUEZ |
| 133 | | NYCPRIV0 1039 | Deliberative (withdrawn);Work Product | Email chain re:  Litigation - Anticipated Litigation re: Community Preference | WP | information and data collected to inform settlement strategy with HUD |
| 134 | | NYCPRIV0 1058 | Deliberative;Work Product | Draft report re: Anti-displacement strategies; Litigation - Winfield Litigation | WP | Draft PPT re: alternatives to CPP to inform strategy in litigation |
| 135 | | NYCPRIV0 1066 | Deliberative;Work Product | Internal Charts or Maps re: Anti-displacement strategies | WP | email re: gentrification map in connection with planning changes to CPP for settlement |
| 136 | | NYCPRIV0 1067 | Attorney Client;Deliberative | Draft report re: Marketing guidelines | AC | revisions to Marketing handbook sent to counsel for comment |
| 137 | | NYCPRIV0 1070 | Deliberative;Work Product | Internal Charts or Maps re: Anti-displacement strategies; Litigation - Winfield Litigation | WP & DPP | gentrification map for planning changes to CPP for settlement |
| 138 | | NYCPRIV0 1071 | Deliberative;Work Product | Internal Charts or Maps re: Anti-displacement strategies; Litigation - Winfield Litigation | WP & DPP | gentrification map for planning changes to CPP for settlement |
| 139 | | NYCPRIV0 1075 | Attorney Client;Legislative;Work Product | Email chain re: City Council Input; Litigation - Anticipated Litigation re: Community Preference | AC | email chain with counsel and others re: response to Plaintiff's counsel and draft letter to HUD |

| | | | | | | |
|---|---|---|---|---|---|---|
| 140 | NYC_0076236 | NYCPRIV01117 | Attorney Client;Deliberative;Work Product | Draft presentation re: Litigation - Anticipated Litigation re: Community Preference;Neighborhood Demographics | AC | document discussing strategies for negotiations with HUD re: community preference; legal advice on document sought |
| 141 | | NYCPRIV01122 | Attorney Client;Work Product | Email chain re:  Litigation - Anticipated Litigation re: Community Preference;AFFH and Community Preference | WP & DPP | ppt re: option for analyzing various aspects of CDs in connection with changes to CPP as part of litigation |
| 142 | | NYCPRIV02150 | Attorney Client | Email chain;Draft Document re: OTHER | AC | communications identifying portions of draft document where legal advice is sought and discussing legal review of same |
| 143 | | NYCPRIV01222 | Deliberative;Legislative | Email chain re: Anti-displacement strategies | DPP | internal communications re: East New York development and MIH strategy; DO NOT PRODUCE UNDER RODRIGUEZ |
| 144 | | NYCPRIV01231 | Deliberative | Email chain re: Anti-displacement strategies;Application of Community Preference | NP | email re: application of CPP |
| 145 | | NYCPRIV01292 | Deliberative | Email chain re: Community Opposition Strategies | DPP | communications concerning preliminary responses to community questions about Community Housing Plan - PRODUCE UNDER RODRIGUEZ |
| 146 | | NYCPRIV01294 | Deliberative | Notes re: Anti-displacement strategies;Commitment to Fair Housing | DPP | internal notes reflecting Meltzer's thoughts on contract with NEIGHBORHOOD PRESERVATION CONSULTANT program and displacement mitigation strategies - PRODUCE UNDER RODRIGUEZ |
| 147 | | NYCPRIV01298 | Deliberative | Draft report re:  ENY - Anti-displacement strategies;ENY - Community opposition | NP | Per City's Agreement |

| | | | | | | |
|---|---|---|---|---|---|---|
| 148 | | NYCPRIV0 1302 | Deliberative | Final report (non-public);Draft Document re: Anti-displacement strategies | DPP | concept paper in advance of RFP for Neighborhood Preservation Consultant contract to assist HPD in preserving affordable housing stock; lays out goals, elements and parameters of new model for program - not final parameters of program - DO NOT PRODUCE UNDER RODRIGUEZ |
| 149 | | NYCPRIV0 2151 | Work Product | Email chain re:  Litigation - Winfield Litigation | WP | Concerns literature review on gentrification and economic diversity; FOR SETTLEMENT |
| 150 | | NYCPRIV0 1342 | Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP | Settlement analysis for considering options for CPP changes in connection with litigation |
| 151 | | NYCPRIV0 1349 | Deliberative;Work Product | Email chain re:  Litigation - Winfield Litigation | WP & DPP | email discussion regarding options for changes to CPP in connection with settlement positions |
| 152 | | NYCPRIV0 1353 | Deliberative | Email chain re:  MIH - Anti-displacement strategies | DPP | communications setting forth preliminary thoughts about creation of HousingStat (a computer program to help officials and nonprofits prevent displacement and protect stock of affordable housing) - DO NOT PRODUCE UNDER RODRIGUEZ |
| 153 | | NYCPRIV0 1358 | Deliberative;Work Product | Email chain re:  Litigation - Winfield Litigation | WP & DPP | email discussion re: settlement posiitons on CPP |
| 154 | | NYCPRIV0 2153 | Work Product | Email chain re:  Litigation - Winfield Litigation | WP | Communication about work needed to inform legal strategy |
| 155 | | NYCPRIV0 2154 | Work Product | Notes re: Anti-displacement strategies; Litigation - Winfield Litigation | WP | Summary of fact research done for litigation and reflects litigation strategy |
| 156 | | NYCPRIV0 1366 | Deliberative;Work Product | Email chain re:  Litigation - Winfield Litigation | WP & DPP | email discussion re: settlement positions on CPP |
| 157 | | NYCPRIV0 1367 | Deliberative;Work Product | Email chain re:  Litigation - Winfield Litigation | WP & DPP | email discussion re: settlement positions on CPP |

| | | | | | | |
|---|---|---|---|---|---|---|
| 158 | | NYCPRIV0 1374 | Deliberative;Work Product | Email chain re:  Litigation - Anticipated Litigation re: Community Preference;Litigation - Winfield Litigation | WP & DPP | email discussion re: settlement positions on CPP |
| 159 | | NYCPRIV0 1375 | Attorney Client;Deliberative;Work Product | Email chain re:  Litigation - Anticipated Litigation re: Community Preference | AC | communications with counsel and others re: legal strategy and defenses |
| 160 | | NYCPRIV0 1377 | Work Product | Email chain re:  Litigation - Winfield Litigation | WP | Describes work done for informing litigation and settlement strategy |
| 161 | | NYCPRIV0 1378 | Deliberative;Work Product | Draft Internal Memorandum re: Litigation - Winfield Litigation | WP & DPP | legal materials re: settlement positions |
| 162 | | NYCPRIV0 1384 | Deliberative;Work Product | Draft Internal Memorandum re: Litigation - Winfield Litigation | WP & DPP | legal materials re: settlement positions |
| 163 | | NYCPRIV0 1746 | Attorney Client | Email chain re: Application of Community Preference | AC | communications with counsel and others re: draft statement about community preference |
| 164 | | NYCPRIV0 1386 | Deliberative;Work Product | Draft report re:  Litigation - Winfield Litigation | WP & DPP | legal materials re: settlement positions |
| 165 | | NYCPRIV0 1392 | Attorney Client;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP | legal materials re: settlement positions |
| 166 | | NYCPRIV0 1398 | Attorney Client;Work Product | Email chain re:  Litigation - Winfield Litigation | WP | legal materials re: settlement positions |
| 167 | | NYCPRIV0 1399 | Work Product | Email chain re:  Litigation - Winfield Litigation | WP | Describes work done for informing litigation and settlement strategy |
| 168 | | NYCPRIV0 1752 | Deliberative | Draft Document re: Marketing guidelines | DPP | draft marketing guidelines to be submitted to legal for review and approval; DO NOT PRODUCE UNDER RODRIGUEZ |
| 169 | | NYCPRIV0 0245 | Deliberative;Work Product | Email chain re:  Litigation - Anticipated Litigation re: Community Preference | WP | communications concerning legislative history of CPP and search for same |
| 170 | | NYCPRIV0 0263 | Deliberative;Work Product | Email chain re:  Litigation - Anticipated Litigation re: Community Preference | WP & DPP | communications concerning potential changes to CPP in context of settlement discussion with HUD; DO NOT PRODUCE UNDER RODRIGUEZ |

| | | | | | |
|---|---|---|---|---|---|
| 171 | NYCPRIV00264 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Anticipated Litigation re: Community Preference | WP & DPP | analysis to inform litigation strategy and settlement |
| 172 | NYCPRIV00265 | Deliberative;Work Product | Email chain re: Litigation - Anticipated Litigation re: Community Preference | WP | communications concerning letter to HUD re: alternatives to CPP |
| 173 | NYCPRIV01760 | Deliberative;Legislative | Email chain re: City Council Input;Application of Community Preference | NP | communicatons concerning development at 168th St. and response to counsel member concerns |
| 174 | NYCPRIV00274 | Deliberative | Draft presentation re: Anti-displacement strategies; 421-a - 2015/2016 revision | DPP | Same as 52 |
| 175 | NYCPRIV00278 | Attorney Client | Email chain re: Application of Community Preference | AC | communication with counsel and others seeking advice on application of preferences at a specific development |
| 176 | NYCPRIV00280 | Attorney Client;Deliberative;Work Product | Final letter (non-public) re: Litigation - Anticipated Litigation re: Community Preference | DPP | Not attorney-client because sent to HUD; Letter from Been to HUD GC re: Settlement Proposal; DO NOT PRODUCE UNDER RODRIGUEZ |
| 177 | NYCPRIV00281 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Anticipated Litigation re: Community Preference;Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 178 | NYCPRIV00292 | Attorney Client;Work Product | Email chain re: Litigation - Anticipated Litigation re: Community Preference;Litigation - Winfield Litigation | AC & WP | Communication with counsel; discussion anticipated litigation, FOIL request and potential fact development for litigation |
| 179 | NYCPRIV00293 | Legislative | Email chain re: Application of Community Preference | NP | emails between Garodnick and Been re: CPP |
| 180 | NYCPRIV00295 | Work Product | Email chain re: Litigation - Winfield Litigation | NP | draft communication to mayor about filing of this suit |
| 181 | NYCPRIV00306 | Work Product | Email chain re: Litigation - Anticipated Litigation re: Community Preference;Litigation - Winfield Litigation | WP | communications about this litigation and providing statement to HUD re: same |

| | | | | | | |
|---|---|---|---|---|---|---|
| 182 | | NYCPRIV0 0309 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Anticipated Litigation re: Community Preference;Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 183 | | NYCPRIV0 0321 | Work Product | Final report (non-public) re: Litigation - Anticipated Litigation re: Community Preference | WP | Analysis of ACS demographic and housing estimates based on census tracts |
| 184 | | NYCPRIV0 0322 | Work Product | Draft Internal Memorandum re: Litigation - Winfield Litigation | WP | Atty questions re: CPP and statistical tests |
| 185 | NYC_0072746 | NYCPRIV0 0329 | Deliberative;Work Product | Draft letter re: Litigation - Anticipated Litigation re: Community Preference | WP | Draft Letter from Been to HUD GC re: settlement |
| 186 | | NYCPRIV0 1780 | Attorney Client | Final report (non-public) re: Marketing guidelines | NP | |
| 187 | | NYCPRIV0 1791 | Deliberative | Draft Document re: Marketing guidelines | DPP | draft marketing guidelines to be submitted to legal for review and approval; DO NOT PRODUCE UNDER RODRIGUEZ |
| 188 | | NYCPRIV0 0338 | Work Product | Email chain re: Litigation - Anticipated Litigation re: Community Preference | WP | Internal communication regarding analysis of litigation risk and settlement possibility with HUD |
| 189 | | NYCPRIV0 0339 | Deliberative | Email chain re: Litigation - Anticipated Litigation re: Community Preference | DPP | communications about potential changes to CPP and communications with CM Greenfield - PRODUCE UNDER RODRIGUEZ |
| 190 | | NYCPRIV0 0340 | Attorney Client | Email chain re: Application of Community Preference;Community Opposition Strategies | AC | communication with counsel and other seeking advice re: public statement about CPP |
| 191 | | NYCPRIV0 0341 | Deliberative;Work Product | Email chain re: Litigation - Anticipated Litigation re: Community Preference | WP | Communications with HUD and then internal communications re: settlement discussions with HUD re: CPP |
| 192 | | NYCPRIV0 0342 | Deliberative;Work Product | Email chain re: Litigation - Anticipated Litigation re: Community Preference | WP & DPP | communication concerning proposed communication with HUD re: alternatives to CPP |

| | | | | | |
|---|---|---|---|---|---|
| 193 | | NYCPRIV0 0345 | Attorney Client;Deliberative | Draft Internal Memorandum re: AFFH and Community Preference;Community Opposition Strategies | AC | decision memo to Mayor making recommendations and conveying legal advice re: rezoning in specific neighborhood |
| 194 | | NYCPRIV0 1835 | Attorney Client;Deliberative | Internal Memorandum re: Commitment to Fair Housing | AC | Decision memo to Mayor re: rezoning in specific neighborhoods and containing legal advice |
| 195 | | NYCPRIV0 1841 | Work Product | Final report (non-public) re:  Litigation - Winfield Litigation | WP | Notes on property portfolios and includes Winfield litigation strategy comments |
| 196 | | NYCPRIV0 0351 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 197 | | NYCPRIV0 0352 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Anticipated Litigation re: Community Preference;Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 198 | | NYCPRIV0 0353 | Work Product | Draft presentation re: Litigation - Winfield Litigation | WP | Legal communication and analysis of case |
| 199 | | NYCPRIV0 0354 | Deliberative;Work Product | Notes re:  421-a - 2015/2016 revision; Litigation - Winfield Litigation | WP & DPP | Notes concerning considerations for determining policy regarding 421a and changes to law |
| 200 | | NYCPRIV0 0355 | Deliberative;Work Product | Notes re:  Litigation - Winfield Litigation | WP | list of questions to consider re: possible changes to CPP |
| 201 | | NYCPRIV0 0356 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Anticipated Litigation re: Community Preference;Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 202 | | NYCPRIV0 0363 | Deliberative | Draft Internal Memorandum re: Anti-displacement strategies | DPP | internal draft re: preservation initatives; DO NOT PRODUCE UNDER RODRIGUEZ |
| 203 | | NYCPRIV0 0367 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Anticipated Litigation re: Community Preference;Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |

| | | | | | |
|---|---|---|---|---|---|
| 204 | | NYCPRIV0 0368 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Anticipated Litigation re: Community Preference;Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 205 | | NYCPRIV0 0378 | Work Product | Draft Internal Memorandum re: Litigation - Winfield Litigation | WP | Legal analysis and settlement strategies |
| 206 | | NYCPRIV0 0379 | Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP | Setlement analysis for considering options for CPP changes in connection with litigation |
| 207 | | NYCPRIV0 0380 | Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP | Settlement analysis for considering options for CPP changes in connection with litigation |
| 208 | | NYCPRIV0 0382 | Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP | Settlement analysis for considering options for CPP changes in connection with litigation - MAP |
| 209 | | NYCPRIV0 0391 | Work Product | Draft presentation re: Litigation - Winfield Litigation | WP | Legal analysis and settlement strategies |
| 210 | | NYCPRIV0 0392 | Deliberative;Work Product | Draft letter re:  Litigation - Anticipated Litigation re: Community Preference | WP | Draft Letter from Been to HUD GC re: settlement |
| 211 | | NYCPRIV0 0393 | Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP | Settlement analysis for considering options for CPP changes in connection with litigation - MAP |
| 212 | | NYCPRIV0 0394 | Deliberative | Draft talking points re: 421-a - Homeless Preference | NP | draft internal Q&A re: 421a Homeless preference; contains interpretation of 421a |
| 213 | | NYCPRIV0 0395 | Deliberative | Draft talking points re: 421-a - Homeless Preference | NP | draft internal Q&A re: 421a Homeless preference; contains interpretation of 421a |
| 214 | | NYCPRIV0 0396 | Deliberative | Draft talking points re: 421-a - Homeless Preference | NP | draft internal Q&A re: 421a Homeless preference; contains interpretation of 421a |
| 215 | | NYCPRIV0 0402 | Deliberative;Legislative | Draft talking points re: MIH - Anti-displacement strategies | DPP | same as 83 |
| 216 | | NYCPRIV0 1843 | Attorney Client;Deliberative | Internal Memorandum re: 421-a - 2015/2016 revision | AC | legal summary for client re: 421-a |

| | | | | | | |
|---|---|---|---|---|---|---|
| 217 | | NYCPRIV01850 | Deliberative | Draft report re: Application of Community Preference;Marketing guidelines | DPP | draft section of marketing handbook; DO NOT PRODUCE UNDER RODRIGEZ |
| 218 | | NYCPRIV01855 | Attorney Client;Deliberative | Internal Memorandum re: 421-a - Homeless Preference | AC | Memo reflecting opinions of HPD Legal Affairs and Law Department on tenant selection and requested for determining policy re: same |
| 219 | | NYCPRIV01863 | Deliberative | Draft talking points re: Anti-displacement strategies | NP | draft Q&As re: affordable housing in connection with 2015 mayor state of city address |
| 220 | NYC_0067398 | | Work Product | Draft Document re: Litigation - Anticipated Litigation re: Community Preference;Litigation - Winfield Litigation | WP | Draft questions for analysis for formulating litigation strategy |
| 221 | NYC_0067400 | | Deliberative;Work Product | Draft Internal Memorandum re: Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 222 | NYC_0067402 | | Deliberative;Work Product | Draft Internal Memorandum re: Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 223 | NYC_0067405 | | Work Product | Final presentation (non-public) re: Litigation - Winfield Litigation | WP | Legal communication and analysis of case |
| 224 | NYC_0067416 | | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 225 | NYC_0067418 | | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Anticipated Litigation re: Community Preference | WP & DPP | analysis to inform litigation strategy and settlement |
| 226 | NYC_0067422 | | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 227 | NYC_0067424 | | Deliberative;Work Product | Notes re: Litigation - Anticipated Litigation re: Community Preference | WP | notes reflect communications with HUD re: settlement of issues raised about CPP |
| 228 | NYC_0067425 | | Work Product | Notes re: Litigation - Winfield Litigation | WP | Reflects attorney questions and information gathering for litigation |
| 229 | NYC_0067426 | | Work Product | Notes re: Litigation - Winfield Litigation | WP | Reflects potential analyses for informing litigation strategy |

| # | Bates | Privilege Code | Privilege Type | Description | Code | Notes |
|---|---|---|---|---|---|---|
| 230 | NYC_0067431 | | Work Product | Draft presentation re: Litigation - Winfield Litigation | WP | Draft presentation re: litigation for informing litigation strategy |
| 231 | NYC_0067438 | | Deliberative | Draft talking points re: MIH - Community opposition;Anti-displacement strategies;Commitment to Fair Housing | NP | Notes for discussion with NYT about fair housing; does not reflect decisionmaking on policy |
| 232 | | NYCPRIV01867 | Attorney Client;Legislative (Withdrawn); Deliberative | Email chain re: Application of Community Preference | AC | Withdraw legislative privilege; adding DPP; communications with counsel and others to provide legal advice regarding proposed application of CPP to displaced tenants of Greenpoint/Wiliamsburg |
| 233 | | NYCPRIV01874 | Attorney Client;Deliberative | Draft report re: Application of Community Preference | NP | Per City's Agreement |
| 234 | | NYCPRIV01882 | Deliberative | Draft report re: Anti-displacement strategies | DPP | draft of proposed new housing marketplace plan; DO NOT PRODUCE UNDER RODRIGUEZ |
| 235 | | NYCPRIV01884 | Attorney Client | Email chain re: Application of Community Preference | AC | communications with counsel discussing potential legislation and conveying legal advice |
| 236 | | NYCPRIV02774 | Deliberative | Draft report re: Litigation - Winfield Litigation;Commitment to Fair Housing | DPP | draft language for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |
| 237 | | NYCPRIV02775 | Deliberative | Draft report re: Litigation - Winfield Litigation;Commitment to Fair Housing | DPP | draft language for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |
| 238 | | NYCPRIV02782 | Attorney Client;Deliberative | Draft report re: Commitment to Fair Housing | AC & DPP | draft of 2016 consolidated plan re: AFFH sent to counsel for comments |
| 239 | | NYCPRIV02783 | Attorney Client;Deliberative | Draft report re: Commitment to Fair Housing | AC & DPP | draft of 2016 consolidated plan re: AFFH sent to counsel for comments |
| 240 | | NYCPRIV02784 | Attorney Client;Deliberative | Draft report re: AFFH and Community Preference | AC & DPP | draft of 2016 consolidated plan re: AFFH sent to counsel for comments |
| 241 | | NYCPRIV02785 | Attorney Client;Deliberative | Draft report re: AFFH and Community Preference;Commitment to Fair Housing | AC & DPP | draft of 2016 consolidated plan re: AFFH sent to counsel for comments |

| | | | | | | |
|---|---|---|---|---|---|---|
| 242 | | NYCPRIV0 2797 | Attorney Client;Deliberative | Draft report re: Anti-displacement strategies;Commitment to Fair Housing | AC & DPP | draft of 2016 consolidated plan sections re: AFFH sent to counsel for comments |
| 243 | | NYCPRIV0 2800 | Deliberative | Draft report re: Anti-displacement strategies;Commitment to Fair Housing | DPP | draft langauge for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |
| 244 | | NYCPRIV0 2807 | Deliberative | Draft report re: Commitment to Fair Housing | DPP | draft language for Fair Housing Statement to be included in AFFH Plan; DO NOT PRODUCE UNDER RODRIGUEZ |
| 245 | | NYCPRIV0 2812 | Attorney Client;Deliberative | Draft report re: Commitment to Fair Housing | AC & DPP | draft submission to HUD re AFFH seeking comments from multiple agencies to submit to legal |
| 246 | | NYCPRIV0 2825 | Deliberative | Draft report re: Commitment to Fair Housing | DPP | draft language for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |
| 247 | | NYCPRIV0 2828 | Deliberative | Email chain re: Commitment to Fair Housing | NP | email re: language for inclusion in AFFH document RE: 5-yr needs for HPD Fair Housing Program |
| 248 | | NYCPRIV0 2832 | Attorney Client;Deliberative | Draft report re: Anti-displacement strategies;Commitment to Fair Housing | AC & DPP | draft of 2010 AFFH statement for HUD sent to counsel for comments |
| 249 | | NYCPRIV0 2859 | Deliberative | Draft report re: Commitment to Fair Housing | DPP | draft language for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |
| 250 | | NYCPRIV0 2885 | Attorney Client;Deliberative | Draft report re: Commitment to Fair Housing | AC & DPP | draft submission to HUD re AFFH seeking comments of multiple agencies to submit to legal |
| 251 | | NYCPRIV0 2897 | Attorney Client;Deliberative | Draft report re: Anti-displacement strategies;Commitment to Fair Housing | AC & DPP | draft of 2012 consolidated plan re: AFFH sent to counsel for comments |
| 252 | | NYCPRIV0 2899 | Deliberative | Draft report re: Anti-displacement strategies | DPP | draft language for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |

| | | | | | | |
|---|---|---|---|---|---|---|
| 253 | | NYCPRIV02905 | Attorney Client;Work Product | Final report (non-public) re: Litigation - Anticipated Litigation re: Community Preference;Commitment to Fair Housing | NP | Excerp AFFH update from 2011 consolidated plan |
| 254 | | NYCPRIV02906 | Attorney Client;Work Product | Final report (non-public) re: Litigation - Winfield Litigation;Commitment to Fair Housing | NP | 2011 consolidated plan re: AFFH to HUD |
| 255 | | NYCPRIV02911 | Attorney Client;Work Product | Final report (non-public) re: Litigation - Anticipated Litigation re: Community Preference;Commitment to Fair Housing | NP | Per City's Agreement |
| 256 | | NYCPRIV02913 | Attorney Client;Deliberative | Draft report re: Neighborhood Demographics;Commitment to Fair Housing | AC & DPP | draft of 2013 consolidated plan re: AFFH sent to counsel for comments |
| 257 | | NYCPRIV02924 | Deliberative | Draft report re: Commitment to Fair Housing | DPP | draft sections for 2013 Consolidated Plan AFFH; DO NOT PRODUCE UNDER RODRIGUEZ |
| 258 | | NYCPRIV02939 | Deliberative | Draft report re: Commitment to Fair Housing | DPP | draft langauge for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |
| 259 | | NYCPRIV02943 | Attorney Client;Deliberative;Work Product | Email chain re: Litigation - Anticipated Litigation re: Community Preference;Litigation - Other;AFFH and Community Preference;Commitment to Fair Housing | AC | Communication with attorney re: draft submission to HUD and legal issues re: same |
| 260 | | NYCPRIV02953 | Attorney Client;Work Product | Final report (non-public) re: Litigation - Anticipated Litigation re: Community Preference;((Litigation)) | NP | 2007 Final Consolidated Plan AFFH Annual Performance Report to HUD |
| 261 | | NYCPRIV02954 | Attorney Client;Deliberative;Work Product | Final report (non-public) re: Litigation - Anticipated Litigation re: Community Preference;Commitment to Fair Housing | NP | Excerp AFFH update from 2008 consolidated plan |
| 262 | | NYCPRIV02967 | Deliberative | Draft report re: Neighborhood Demographics;Commitment to Fair Housing | DPP | draft language for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |

| | | | | | |
|---|---|---|---|---|---|
| 263 | | NYCPRIV02968 | Attorney Client;Deliberative | Draft report re: Commitment to Fair Housing | WP & DPP | draft submission to HUD re AFFH seeking comments of multiple agencies to submit to legal |
| 264 | | NYCPRIV02969 | Attorney Client;Deliberative | Draft report re: Commitment to Fair Housing | WP & DPP | draft submission to HUD re AFFH seeking comments of multiple agencies to submit to legal |
| 265 | | NYCPRIV02970 | Attorney Client;Deliberative | Draft report re: Commitment to Fair Housing | WP & DPP | draft submission to HUD re AFFH seeking comments of multiple agencies to submit to legal |
| 266 | | NYCPRIV02973 | Attorney Client;Deliberative | Draft report re: Neighborhood Demographics;Commitment to Fair Housing | AC & DPP | draft of portion of AFFH-related document sent to counsel for comments |
| 267 | NYC_0085477 | NYCPRIV03002 | Deliberative | Draft report re: Commitment to Fair Housing | DPP | draft language for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |
| 268 | NYC_0085478 | NYCPRIV03003 | Deliberative | Draft report re: Commitment to Fair Housing | DPP | draft language for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |
| 270 | | NYCPRIV03015 | Deliberative | Draft report re: Commitment to Fair Housing | DPP | draft language for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |
| 271 | | NYCPRIV03016 | Deliberative | Draft report re: Commitment to Fair Housing | DPP | draft language for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |
| 272 | | NYCPRIV03025 | Deliberative | Draft report re: Commitment to Fair Housing | DPP | draft language for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |
| 273 | | NYCPRIV03055 | Attorney Client;Deliberative | Draft report re: Commitment to Fair Housing | WP & DPP | draft submission to HUD re AFFH seeking comments of multiple agencies to submit to legal |
| 274 | | NYCPRIV03070 | Attorney Client;Deliberative;Work Product | Email chain re: Litigation - Anticipated Litigation re: Community Preference;Litigation - Other;AFFH and Community Preference;Commitment to Fair Housing | AC & WP | Communication with attorney re: draft submission to HUD and legal issues re: same |

| | | | | | | |
|---|---|---|---|---|---|---|
| 275 | | NYCPRIV0 3093 | Attorney Client;Deliberative;Work Product | Email chain re: Litigation - Anticipated Litigation re: Community Preference;Litigation - Other;AFFH and Community Preference;Commitment to Fair Housing | AC & WP | Communication with attorney re: draft submission to HUD and legal issues re: same |
| 276 | | NYCPRIV0 3122 | Deliberative | Draft report re: Commitment to Fair Housing | DPP | draft language for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |
| 277 | | NYCPRIV0 3124 | Deliberative | Email chain re: Commitment to Fair Housing | DPP | email language for inclusion in AFFH document RE: 5-year nees for HPD Fair Housing Program; DO NOT PRODUCE PURSUANT TO RODRIGUEZ |
| 278 | | NYCPRIV0 3126 | Deliberative | Draft report re: Commitment to Fair Housing | DPP | draft language for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |
| 279 | | NYCPRIV0 3131 | Attorney Client;Deliberative | Draft report re: Commitment to Fair Housing | WP & DPP | draft submission to HUD re AFFH seeking comments of multiple agencies to submit to legal |
| 280 | | NYCPRIV0 3149 | Deliberative | Draft report re: Neighborhood Demographics;Commitment to Fair Housing | DPP | draft language for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |
| 281 | NYC_0085800 | NYCPRIV0 3157 | Work Product | Draft report re: Litigation - Anticipated Litigation re: Community Preference;Application of Community Preference | WP | Internal communication concerning resonse to plaintiff's counsel's leter re: AFFH |
| 282 | | NYCPRIV0 3182 | Attorney Client;Deliberative | Draft report re: Commitment to Fair Housing | WP & DPP | draft submission to HUD re AFFH seeking comments do multiple agencies to submit to legal |
| 283 | | NYCPRIV0 3185 | Deliberative | Draft report re: Commitment to Fair Housing | DPP | draft language for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |
| 284 | | NYCPRIV0 3202 | Attorney Client;Deliberative | Draft report re: Commitment to Fair Housing | WP & DPP | draft submission to HUD re AFFH seeking comments of multiple agencies to submit to legal |

| | | | | | |
|---|---|---|---|---|---|
| 285 | | NYCPRIV03212 | Deliberative | Draft report re: Commitment to Fair Housing | DPP | draft language for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |
| 286 | | NYCPRIV03226 | Deliberative | Draft report re: Neighborhood Demographics;Commitment to Fair Housing | DPP | draft language for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |
| 287 | NYC_0085811 | NYCPRIV03235 | Attorney Client;Deliberative | Draft report re: Neighborhood Demographics;Commitment to Fair Housing | AC | Draft of information for 2012 consolidated plan submitted to attorneys for advice |
| 288 | NYC_0085819 | NYCPRIV03237 | Attorney Client;Deliberative;Work Product | Email chain re: Litigation - Anticipated Litigation re: Community Preference;Litigation - Other;AFFH and Community Preference;Commitment to Fair Housing | AC & WP | Communication with attorney re: draft submission to HUD and legal issues re: same |
| 289 | | NYCPRIV03240 | Attorney Client;Deliberative | Draft report re: Commitment to Fair Housing | WP & DPP | draft submission to HUD re AFFH seeking comments of multiple agencies to submit to legal |
| 290 | | NYCPRIV03250 | Deliberative | Draft letter re: Anti-displacement strategies;Commitment to Fair Housing | DPP | draft of strategic plan for 2015-2019 and potential actions for Consolidated Plan years; DO NOT PRODUCE UNDER RODRIGUEZ |
| 291 | | NYCPRIV03264 | Attorney Client;Deliberative | Draft report re: Commitment to Fair Housing | WP & DPP | draft submission to HUD re AFFH seeking comments of multiple agencies to submit to legal |
| 292 | | NYCPRIV03265 | Attorney Client;Deliberative | Draft report re: Commitment to Fair Housing | WP & DPP | draft submission to HUD re AFFH seeking comments do multiple agencies to submit to legal |
| 293 | | NYCPRIV03277 | Attorney Client (withdrawn);Deliberative | Draft report re: Anti-displacement strategies;Commitment to Fair Housing | DPP | AC withdrawn; draft of housing plan; final publicly available; DO NOT PRODUCE UNDER RODRIGUEZ |
| 294 | | NYCPRIV03280 | Deliberative | Draft report re: Anti-displacement strategies;Commitment to Fair Housing | DPP | working draft for anticipated 10-year affordable housing plan; DO NOT PRODUCE UNDER RODRIGUEZ |

| | | | | | |
|---|---|---|---|---|---|
| 295 | | NYCPRIV0 3283 | Attorney Client;Deliberative | Draft talking points re: Anti-displacement strategies;Commitment to Fair Housing | AC & DPP | draft of Q&As re: not yet final housing plan sent to counsel for review and comment |
| 296 | | NYCPRIV0 3284 | Deliberative | Draft report re: MIH - mobility | DPP | draft outline concerning MIH policy considerations and action items; DO NOT PRODUCE UNDER RODRIGUEZ |
| 297 | | NYCPRIV0 3294 | Deliberative | Draft talking points re: Anti-displacement strategies;Commitment to Fair Housing | NP | draft Q&A re: 10-year housing plan under deBlasio and MIH |
| 298 | | NYCPRIV0 1896 | Attorney Client;Deliberative | Draft Document re: MIH - mobility | AC & DPP | communication with counsel and others seeking comments on draft document re: MIH |
| 299 | NYC_0080435 | NYCPRIV0 3314 | Deliberative | Final report (non-public) re: Anti-displacement strategies | NP | Strategy slide re: East NY Community Plan and Housing NY |
| 300 | | NYCPRIV0 3319 | Attorney Client;Deliberative | Draft Internal Memorandum re: MIH - Anti-displacement strategies;Application of Community Preference | AC & DPP | draft decision memo to mayor re: creation of MIH program and seeking/reflecting legal advice |
| 301 | | NYCPRIV0 3337 | Deliberative | Email chain re: 421-a - 2015/2016 revision | DPP | communications re: policy considerations for anticipated MIH policy; DO NOT PRODUCE UNDER RODRIGUEZ |
| 302 | | NYCPRIV0 3347 | Deliberative | Email chain re: Neighborhood Demographics | NP | emails concerning presentation for Oct. 23 retreat |
| 303 | | NYCPRIV0 3348 | Deliberative | Draft report re: Neighborhood Demographics | NP | Per City's Agreement |
| 304 | | NYCPRIV0 3359 | Deliberative | Draft Internal Memorandum re: North Brooklyn Rezoning and Demographics | NP | transition memo re: development in various neighborhoods |
| 305 | | NYCPRIV0 3369 | Deliberative | Final letter (non-public) re: ENY - Anti-displacement strategies;ENY - Community opposition | NP | letter from office of comptroller to city planning re: East NY Community plan and MIH |
| 306 | | NYCPRIV0 3370 | Attorney Client;Deliberative | Draft report re: MIH - Anti-displacement strategies;Application of Community Preference | AC & DPP | draft of possible modifications to MIH plan submitted to counsel for advice and comment |
| 307 | | NYCPRIV0 3373 | Deliberative | Draft letter re: MIH - Anti-displacement strategies;MIH - Community opposition | NP | Per City's Agreement |

| | | | | | | |
|---|---|---|---|---|---|---|
| 308 | | NYCPRIV03374 | Deliberative | Draft letter re: ENY - Anti-displacement strategies;ENY - Community opposition;ENY - Investment in Communities | DPP | internal draft letter in response to comptroller concerns re: East NY Community plan and MIH; produce final; draft DO NOT PRODUCE UNDER RODRIGUEZ |
| 309 | | NYCPRIV03390 | Deliberative | Final letter (non-public) re: Community Opposition Strategies | NP | letter from City Counsel re: rezoning in Bushwick |
| 310 | | NYCPRIV03396 | Deliberative | Draft talking points re: ENY - Anti-displacement strategies;ENY - Investment in Communities;Application of Community Preference | NP | |
| 311 | | NYCPRIV03406 | Deliberative | Draft talking points re: MIH - Anti-displacement strategies | NP | presentation to mayor in advance for a town hall meeting |
| 312 | | NYCPRIV03407 | Deliberative | Final talking points (non-public) re: MIH - Anti-displacement strategies;421-a - Homeless Preference | NP | Q&As for meeting on senior housing |
| 313 | | NYCPRIV03410 | Deliberative | Draft report re: ENY - Anti-displacement strategies;ENY - Community opposition | NP | draft of East NY affordable housing plan seeking public input to refine plan for public review |
| 314 | | NYCPRIV03413 | Deliberative | Draft report re: Neighborhood Demographics | DPP | draft memo including recommendations for land use, zoning, and other matters in connection with affordable housing in East New York; DO NOT PRODUCE UNDER RODRIGUEZ |
| 315 | | NYCPRIV03415 | Deliberative | Draft report re: Neighborhood Demographics | DPP | SAME AS 314 |
| 316 | NYC_0081650 | NYCPRIV03416 | Deliberative | Draft report re: Anti-displacement strategies | DPP | highlighted internal summary of possible changes to policies affecting affordable housing in Crown Heights West; DO NOT PRODUCE UNDER RODRIGUEZ |
| 317 | | NYCPRIV03417 | Deliberative | Draft report re: Neighborhood Demographics | DPP | SAME AS 314 |
| 318 | | NYCPRIV03418 | Deliberative | Draft report re: Neighborhood Demographics | DPP | SAME AS 314 |

| | | | | | |
|---|---|---|---|---|---|
| 319 | | NYCPRIV03419 | Deliberative | Draft report re: Neighborhood Demographics | DPP | SAME AS 314 |
| 320 | | NYCPRIV03420 | Deliberative | Draft report re: Neighborhood Demographics | DPP | SAME AS 314 |
| 321 | | NYCPRIV03422 | Attorney Client | Email chain re: Application of Community Preference | NP | not conveying legal advice or seeking legal advice |
| 322 | | NYCPRIV03426 | Deliberative | Draft report re: Application of Community Preference | DPP | Project briefing memo for Hunter's Point South development for decisionmaking concerning affordable housing strategies in neighborhood; DO NOT PRODUCE UNDER RODRIGUEZ |
| 323 | | NYCPRIV01910 | Deliberative;Work Product (withdrawn) | Draft presentation re: Litigation - Anticipated Litigation re: Community Preference | DPP | Withdrawing WP; draft of Fair Housing Assessment Tool outline reflecting internal thoughts regarding how to comply with 2015 rule change; DO NOT PRODUCE UNDER RODRIGUEZ |
| 324 | | NYCPRIV03430 | Deliberative | Draft report re: Commitment to Fair Housing | DPP | draft language for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |
| 325 | | NYCPRIV03436 | Deliberative | Draft report re: Anti-displacement strategies;Commitment to Fair Housing | DPP | draft language for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |
| 326 | | NYCPRIV03456 | Deliberative | Draft report re: Anti-displacement strategies | DPP | draft language for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |
| 327 | | NYCPRIV01911 | Deliberative | Final report (non-public) re: Anti-displacement strategies | NP | report on public housing needs |
| 328 | | NYCPRIV03478 | Work Product | Draft report re: Litigation - Anticipated Litigation re: Community Preference;Application of Community Preference | NP | Per City's Agreement |

| | | | | | | |
|---|---|---|---|---|---|---|
| 329 | | NYCPRIV0 3481 | Deliberative | Draft report re: Anti-displacement strategies;Neighborhood Demographics;Commitme nt to Fair Housing | DPP | draft language for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |
| 330 | | NYCPRIV0 3487 | Deliberative | Draft report re: Commitment to Fair Housing | DPP | draft language for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |
| 331 | | NYCPRIV0 3499 | Deliberative | Draft report re: Anti-displacement strategies;Commitment to Fair Housing | DPP | draft language for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |
| 332 | | NYCPRIV0 3590 | Deliberative | Draft report re: Commitment to Fair Housing | DPP | draft language for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |
| 333 | | NYCPRIV0 3600 | Deliberative | Internal Memorandum re: AFFH and Community Preference | NP | |
| 334 | | NYCPRIV0 3634 | Deliberative | Draft report re: Commitment to Fair Housing | DPP | draft language for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |
| 335 | | NYCPRIV0 3703 | Deliberative | Draft report re: Commitment to Fair Housing | DPP | draft language for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |
| 336 | | NYCPRIV0 3710 | Deliberative | Draft report re: Anti-displacement strategies;Commitment to Fair Housing | DPP | draft language for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |
| 337 | | NYCPRIV0 3761 | Deliberative | Draft report re: | DPP | draft language for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |
| 338 | | NYCPRIV0 3766 | Deliberative | Draft report re: Commitment to Fair Housing | DPP | draft language for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |
| 339 | | NYCPRIV0 3904 | Deliberative | Draft report re: Neighborhood Demographics;Commitme nt to Fair Housing | DPP | draft language for including in AFFH Consolidated Plan; DO NOT PRODUCE UNDER RODRIGUEZ |

| | | | | | |
|---|---|---|---|---|---|
| 340 | | NYCPRIV0 2191 | Deliberative | Draft report re:  MIH - Anti-displacement strategies;MIH - Community opposition | DPP | Draft portion of 10-year housing plan; produce final 10-YEAR PLAN; DO NOT PRODUCE UNDER RODRIGUEZ |
| 341 | | NYCPRIV0 2395 | Deliberative | Internal Memorandum re: Litigation - Winfield Litigation | NP | Per City's Agreement |
| 342 | | NYCPRIV0 2396 | Attorney Client | Email chain re: Application of Community Preference | NP | not conveying legal advice or seeking legal advice |
| 343 | | NYCPRIV0 2193 | Deliberative | Draft talking points re: MIH - Anti-displacement strategies;MIH - Community opposition | NP | draft Q&A on Housing NY and MIH |
| 344 | | NYCPRIV0 2200 | Deliberative | Internal Memorandum re: Anti-displacement strategies;Community Opposition Strategies | NP | questions for agencies for purposes of HPD affordable housing planning |
| 345 | | NYCPRIV0 1952 | Legislative | Draft Document re:  ENY - Anti-displacement strategies;ENY - City council input;Application of Community Preference | NP | Per City's Agreement |
| 346 | | NYCPRIV0 1971 | Attorney Client;Deliberative | Internal Memorandum re: Application of Community Preference | AC & DPP | draft decision memo to mayor re: creation of MIH program and seeking/reflecting legal advice |
| 347 | | NYCPRIV0 2261 | Deliberative;Legislative | Draft talking points re: Anti-displacement strategies | NP | document provided by CM Brad Landers about possible bill protecting tenants from harassment |
| 348 | | NYCPRIV0 2283 | Deliberative;Legislative | Draft Internal Memorandum re: Anti-displacement strategies | DPP | decision memo to mayor to guide decision re: Bedford Armory Project; DO NOT PRODUCE UNDER RODRIGUEZ |
| 349 | | NYCPRIV0 2301 | Attorney Client;Legislative | Email chain re:  MIH - Community opposition | AC | Withdrawing legislative privilege; communications with counsel and others concerning response to request from CM regarding certain AMI units under MIH policy; reflects legal advice |

| | | | | | |
|---|---|---|---|---|---|
| 350 | | NYCPRIV02037 | Deliberative;Legislative | Draft Document re: ENY - Anti-displacement strategies;Application of Community Preference | NP | draft outline of issues to inform decisions re: East New York development |
| 351 | | NYCPRIV02302 | Deliberative;Legislative | Email chain re: Anti-displacement strategies; ENY - Anti-displacement strategies | DPP & Legislative | |
| 352 | | NYCPRIV02040 | Deliberative | Email chain re: MIH - Anti-displacement strategies | NP | communications re: state of the city address highlights as talking points to press |
| 353 | | NYCPRIV02355 | Attorney Client;Deliberative | Draft talking points re: 421-a - Homeless Preference | NP | Per City's Agreement |
| 354 | | NYCPRIV02360 | Deliberative | Email chain re: 421-a - Homeless Preference | NP | Per city's Agreement |
| 355 | | NYCPRIV02362 | Deliberative | Email chain re: Anti-displacement strategies | DPP | communication re: East Harlem Displacement number error in connection with preparing scope of work for RFP; PRODUCE UNDER RODRIGUEZ |
| 356 | | NYCPRIV02063 | Deliberative | Email chain re: Application of Community Preference | NP | communications re: albany housing agenda presentation and mayor's talk with Castro about CPP |
| 357 | | NYCPRIV02066 | Attorney Client;Deliberative;Work Product | Draft Internal Memorandum re: MIH - Anti-displacement strategies; Litigation - Anticipated Litigation re: Community Preference | AC & DPP | draft decision memo to mayor re: creation of MIH program and seeking/reflecting legal advice |
| 358 | | NYCPRIV02393 | Deliberative;Legislative | Draft talking points re: Anti-displacement strategies | DPP & Legislative | version of proposed bill advocated by Administation to prevent Tenant harassment; PRODUCE UNDER RODRIGUEZ |
| 359 | | NYCPRIV02398 | Attorney Client;Deliberative;Work Product | Draft presentation re: Litigation - Anticipated Litigation re: Community Preference;Litigation - Winfield Litigation | AC & WP | draft of document analyzing settlement options |
| 360 | | NYCPRIV03973 | Attorney Client | Email chain re: Community Opposition Strategies | NP | Per City's Agreement |

| | | | | | |
|---|---|---|---|---|---|
| 361 | | NYCPRIV02079 | Attorney Client;Deliberative | Draft Internal Memorandum re: Commitment to Fair Housing | AC & DPP | draft decision memo to mayor re: creation of MIH program and seeking/reflecting legal advice |
| 362 | | NYCPRIV02086 | Deliberative | Draft talking points re: Application of Community Preference | NP | Per City's Agreement |
| 363 | | NYCPRIV02087 | Attorney Client;Deliberative | Draft Internal Memorandum re: Commitment to Fair Housing | AC & DPP | draft decision memo to mayor re: creation of MIH program and seeking/reflecting legal advice |
| 364 | | NYCPRIV02088 | Attorney Client;Deliberative | Draft Internal Memorandum re: Commitment to Fair Housing | AC & DPP | draft decision memo to mayor re: creation of MIH program and seeking/reflecting legal advice |
| 365 | | NYCPRIV02412 | Deliberative | Draft Document re: Anti-displacement strategies | NP | draft submission to receive an award for innovations in government - public engagement unit submission |
| 366 | | NYCPRIV02487 | Work Product | Internal Memorandum re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP | Analysis for informing litigation strategy |
| 367 | | NYCPRIV02488 | Work Product | Internal Memorandum re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP | Analysis for informing litigation strategy |
| 368 | | NYCPRIV02490 | Work Product | Notes re: Litigation - Winfield Litigation | WP | Analysis for informing litigation strategy |
| 369 | | NYCPRIV02491 | Deliberative;Work Product | Internal Memorandum re: Litigation - Winfield Litigation;Application of Community Preference;Housing Connect Data Analysis | WP | technical notes for housing study for litigation |
| 370 | | NYCPRIV02493 | Deliberative;Work Product | Internal Memorandum re: Litigation - Winfield Litigation;Application of Community Preference;Housing Connect Data Analysis | WP | technical notes for housing study for litigation |
| 371 | | NYCPRIV02496 | Deliberative;Work Product | Draft report re: Litigation - Winfield Litigation | WP & DPP | internal deliberations regarding analysis for litigation |
| 372 | | NYCPRIV02497 | Deliberative;Work Product | Draft presentation re: Litigation - Winfield Litigation;Application of Community Preference;Housing Connect Data Analysis | NP | Per City's Agreement |
| 373 | | NYCPRIV02498 | Deliberative;Work Product | Draft presentation re: Litigation - Winfield Litigation;Housing Connect Data Analysis | NP | Per City's Agreement |

| | | | | | | |
|---|---|---|---|---|---|---|
| 374 | | NYCPRIV0 2501 | Deliberative;Work Product | Draft report re: Litigation - Winfield Litigation;Housing Connect Data Analysis | NP | Per City's Agreement |
| 375 | | NYCPRIV0 2502 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 376 | | NYCPRIV0 2504 | Deliberative;Work Product | Draft presentation re: Litigation - Winfield Litigation;Application of Community Preference;Housing Connect Data Analysis | NP | Per City's Agreement |
| 377 | | NYCPRIV0 2506 | Deliberative;Work Product | Draft report re: Litigation - Winfield Litigation | WP & DPP | Internal presentation of internal study of various data conducted to inform litigation strategy and settlement position in Winfield |
| 378 | | NYCPRIV0 2507 | Deliberative;Work Product | Draft report re: Litigation - Winfield Litigation;Housing Connect Data Analysis | NP | Per City's Agreement |
| 379 | | NYCPRIV0 2508 | Deliberative;Work Product | Draft report re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 380 | | NYCPRIV0 2510 | Deliberative;Work Product | Draft presentation re: Litigation - Winfield Litigation;Application of Community Preference;Housing Connect Data Analysis | NP | Per City's Agreement |
| 381 | | NYCPRIV0 2511 | Deliberative;Work Product | Draft report re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | Internal presentation of internal study of various data conducted to inform litigation strategy and settlement position in Winfield |
| 382 | | NYCPRIV0 2513 | Deliberative;Work Product | Draft presentation re: Litigation - Winfield Litigation;Housing Connect Data Analysis | NP | Per City's Agreement |
| 383 | | NYCPRIV0 2515 | Deliberative;Work Product | Draft report re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 384 | | NYCPRIV0 2526 | Deliberative;Work Product | Draft report re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 385 | | NYCPRIV0 2527 | Deliberative;Work Product | Draft presentation re: Litigation - Winfield Litigation;Application of Community Preference;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |

| | | | | | | |
|---|---|---|---|---|---|---|
| 386 | | NYCPRIV0 2536 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 387 | | NYCPRIV0 2537 | Deliberative;Work Product | Draft report re:  Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 388 | | NYCPRIV0 2538 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 389 | | NYCPRIV0 2540 | Deliberative;Work Product | Draft report re:  Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 390 | | NYCPRIV0 2542 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 391 | | NYCPRIV0 2543 | Deliberative;Work Product | Draft report re:  Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 392 | | NYCPRIV0 2546 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 393 | | NYCPRIV0 2558 | Deliberative;Work Product | Draft report re:  Litigation - Winfield Litigation;Application of Community Preference;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 394 | | NYCPRIV0 2559 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 395 | | NYCPRIV0 2560 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 396 | | NYCPRIV0 2575 | Deliberative;Work Product | Draft report re:  Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 397 | | NYCPRIV0 2576 | Deliberative;Work Product | Draft report re:  Litigation - Winfield Litigation;Application of Community Preference;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 398 | | NYCPRIV0 2577 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |

| | | | | | |
|---|---|---|---|---|---|
| 399 | | NYCPRIV02578 | Deliberative;Work Product | Draft report re: Litigation - Winfield Litigation;Application of Community Preference;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 400 | | NYCPRIV02579 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 401 | | NYCPRIV02580 | Deliberative;Work Product | Draft report re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 402 | | NYCPRIV02581 | Deliberative;Work Product | Draft Internal Memorandum re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 403 | | NYCPRIV02582 | Deliberative;Work Product | Draft report re: Litigation - Winfield Litigation;Application of Community Preference;Housing Connect Data Analysis | WP & DPP | analysis to inform litigatoin strategy and settlement |
| 404 | | NYCPRIV02583 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 405 | | NYCPRIV02584 | Deliberative;Work Product | Draft report re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 406 | | NYCPRIV02585 | Deliberative;Work Product | Draft report re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 407 | | NYCPRIV02586 | Deliberative;Work Product | Draft report re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 408 | | NYCPRIV02587 | Deliberative;Work Product | Draft report re: Litigation - Winfield Litigation;Application of Community Preference;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 409 | | NYCPRIV03974 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 410 | | NYCPRIV02588 | Deliberative;Work Product | Draft report re: Litigation - Winfield Litigation;Application of Community Preference;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |

| | | | | | |
|---|---|---|---|---|---|
| 411 | | NYCPRIV0 2589 | Deliberative;Work Product | Draft report re:  Litigation - Winfield Litigation;Application of Community Preference;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 412 | | NYCPRIV0 2590 | Deliberative;Work Product | Draft report re:  Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 413 | | NYCPRIV0 2591 | Deliberative;Work Product | Draft report re:  Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 414 | | NYCPRIV0 2592 | Deliberative;Work Product | Draft report re:  Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 415 | | NYCPRIV0 2593 | Deliberative;Work Product | Draft report re:  Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 416 | | NYCPRIV0 2595 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 417 | | NYCPRIV0 2596 | Deliberative;Work Product | Draft report re:  Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 418 | | NYCPRIV0 2597 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 419 | | NYCPRIV0 2602 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 420 | | NYCPRIV0 2605 | Deliberative;Work Product | Draft report re:  Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 421 | | NYCPRIV0 2606 | Deliberative;Work Product | Draft report re:  Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 422 | | NYCPRIV0 2610 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 423 | | NYCPRIV0 2611 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 424 | | NYCPRIV0 2612 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |

| | | | | | |
|---|---|---|---|---|---|
| 425 | | NYCPRIV0 2613 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 426 | | NYCPRIV0 2614 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 427 | | NYCPRIV0 2615 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 428 | | NYCPRIV0 2617 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 429 | | NYCPRIV0 2619 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 430 | | NYCPRIV0 2620 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 431 | | NYCPRIV0 2621 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 432 | | NYCPRIV0 2622 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 433 | | NYCPRIV0 2655 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 434 | | NYCPRIV0 2656 | Deliberative;Work Product | Draft report re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 435 | | NYCPRIV0 2657 | Deliberative;Work Product | Draft report re: Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 436 | | NYCPRIV0 2658 | Deliberative;Work Product | Draft Document re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 437 | | NYCPRIV0 2659 | Deliberative;Work Product | Draft Document re: Litigation - Winfield Litigation;AFFH and Community Preference;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 438 | | NYCPRIV0 2660 | Deliberative;Work Product | Draft report re: Litigation - Winfield Litigation | WP & DPP | framework for analysis to inform litigaton strategy and settlement |
| 439 | | NYCPRIV0 2668 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |

| | | | | | | |
|---|---|---|---|---|---|---|
| 440 | | NYCPRIV02669 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 441 | | NYCPRIV02670 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 442 | | NYCPRIV02671 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 443 | | NYCPRIV02672 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 444 | | NYCPRIV02673 | Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP | Analysis for informing litigation strategy |
| 445 | | NYCPRIV02674 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 446 | | NYCPRIV02676 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 447 | | NYCPRIV02679 | Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP | Analysis for information litigation strategy |
| 448 | | NYCPRIV02680 | Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP | Analysis for informing litigation strategy |
| 449 | | NYCPRIV02681 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 450 | | NYCPRIV02682 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 451 | | NYCPRIV02686 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 452 | | NYCPRIV02687 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 453 | | NYCPRIV02692 | Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP | Analysis for informing litigation strategy |
| 454 | | NYCPRIV02695 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 455 | | NYCPRIV02696 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 456 | | NYCPRIV02700 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 457 | | NYCPRIV02701 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 458 | | NYCPRIV02702 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |

| | | | | | | |
|---|---|---|---|---|---|---|
| 459 | | NYCPRIV02703 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 460 | | NYCPRIV02704 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 461 | | NYCPRIV02746 | Deliberative;Work Product | Internal Charts or Maps re: Anti-displacement strategies; Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 462 | | NYCPRIV02747 | Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation;AFFH and Community Preference;Housing Connect Data Analysis | WP | Analysis for informing litigation strategy |
| 463 | | NYCPRIV02748 | Deliberative | Internal Charts or Maps re: Litigation - Winfield Litigation;AFFH and Community Preference | WP | draft data analysis to inform litigation strategy and settlement |
| 464 | | NYCPRIV02749 | Deliberative;Work Product | Draft report re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP & DPP | analysis to inform litigation strategy and settlement |
| 465 | | NYCPRIV02760 | Deliberative | Final report (non-public) re: Application of Community Preference;Housing Connect Data Analysis | DPP | describes housing and neighborhood study conducted for purposes of evaluating impact of subsidized housing on health and well being and school performance; PRODUCE UNDER RODRIGUEZ |
| 466 | | NYCPRIV02753 | Work Product | Notes re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP | Analysis for informing litigation strategy |
| 467 | | NYCPRIV02754 | Work Product | Draft Document re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP | Analysis for informing litigation strategy; in anticipation of litigation; FOIL request from plaintiff's counsel |
| 468 | | NYCPRIV03990 | Work Product | Notes re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP | created to respond to FOIL request made by Gurion |
| 469 | | NYCPRIV02755 | Work Product | Draft report re: Litigation - Winfield Litigation | WP | Analysis for informing litigation strategy |
| 470 | | NYCPRIV02093 | Attorney Client;Deliberative | Draft Internal Memorandum re: Commitment to Fair Housing | AC & DPP | decision memo to mayor re: MIH seeking/reflecting legal advice |

| | | | | | | |
|---|---|---|---|---|---|---|
| 471 | | NYCPRIV0 3991 | Deliberative | Draft letter re: Anti-displacement strategies;421-a - Homeless Preference | NP | Draft letter from Mayor to constituents re: affordable housing |
| 472 | | NYCPRIV0 3992 | Attorney Client;Deliberative | Draft Internal Memorandum re: MIH - Anti-displacement strategies;Application of Community Preference | AC & DPP | draft decision memo to mayor re: creation of MIH program and seeking/reflecting legal advice |
| 473 | | NYCPRIV0 3998 | Deliberative | Draft report re: MIH - Anti-displacement strategies;Application of Community Preference | DPP | Decision memo to mayor re: how to engage with private applications subject to MIH at Barnett Ave.; DO NOT PRODUCE UNDER RODRIGUEZ |
| 474 | | NYCPRIV0 4004 | Deliberative | Final letter (non-public) re: MIH - Anti-displacement strategies;ENY - Anti-displacement strategies | NP | produce; same as 310 |
| 475 | | NYCPRIV0 4007 | Deliberative | Draft talking points re: Anti-displacement strategies | NP | draft Q&As re: afffordable housing in connection with 2015 mayor state of city address |
| 476 | | NYCPRIV0 4016 | Attorney Client | Draft report re: Anti-displacement strategies;ENY - Anti-displacement strategies | AC | communication from attorney summarizing thoughts and next steps on affordable housing in specific neighborhood |
| 477 | | NYCPRIV0 4082 | Attorney Client;Deliberative | Email chain re: Anti-displacement strategies;Commitment to Fair Housing | DPP | communication re: draft RFP for HRA program reflecting comments and revisions; DO NOT PRODUCE UNDER RODRIGUEZ |
| 478 | | NYCPRIV0 4088 | Attorney Client;Deliberative | Draft report re: Anti-displacement strategies;Commitment to Fair Housing | AC | attorney comments and revisions to anti-harassment tenant protection program RFP |
| 479 | | NYCPRIV0 4089 | Deliberative | Email chain re: Anti-displacement strategies | NP | communications re: draft press release for legal services for tenants |
| 480 | | NYCPRIV0 4090 | Attorney Client;Deliberative | Draft report re: Anti-displacement strategies;Commitment to Fair Housing | AC | attorney comments and revisions to anti-harassment tenant protection program RFP |

| | | | | | |
|---|---|---|---|---|---|
| 481 | | NYCPRIV0 4107 | Deliberative | Draft report re: Commitment to Fair Housing | AC | attorney comments and revisions to anti-harassment tenant protection program RFP |
| 482 | | NYCPRIV0 4114 | Deliberative | Draft talking points re: Anti-displacement strategies;Commitment to Fair HousingNP | NP | testimony of Jordan Dressler before NYC Council committee on 2017 budget |
| 483 | | NYCPRIV0 2432 | Work Product | Draft Internal Memorandum;Notes re: Anti-displacement strategies; Litigation - Anticipated Litigation re: Community Preference;Litigation - Winfield Litigation | WP | Research for informing litigation strategy and settlement position |
| 484 | | NYCPRIV0 2433 | Deliberative;Work Product | Draft report;Internal Charts or Maps re: Litigation - Winfield Litigation;Application of Community Preference | WP & DPP | discussing settlement options in this case |
| 485 | | NYCPRIV0 2434 | Attorney Client;Deliberative | Email chain;Notes re: 421-a - Homeless Preference;Application of Community Preference | AC | Communication concerning topic for which legal advice is sought re: application of CPP a certain lottery applicant |
| 486 | | NYCPRIV0 2436 | Work Product | Draft report re: Litigation - Winfield Litigation | WP | Atty questions re: CPP and statistical tests |
| 487 | | NYCPRIV0 2440 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Anticipated Litigation re: Community Preference;Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 488 | | NYCPRIV0 2442 | Deliberative;Work Product | Notes re: Litigation - Winfield Litigation | WP & DPP | notes discussing settlement options in this case |
| 489 | | NYCPRIV0 2443 | Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation;Housing Connect Data Analysis | WP | Analysis for informing litigation strategy |
| 490 | | NYCPRIV0 2444 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Anticipated Litigation re: Community Preference;Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 491 | | NYCPRIV0 2445 | Deliberative;Work Product | Draft report;Notes re: Litigation - Anticipated Litigation re: Community Preference;Litigation - Winfield Litigation | WP & DPP | notes discussing metrics for analysis in case |

| | | | | | | |
|---|---|---|---|---|---|---|
| 492 | | NYCPRIV02446 | Deliberative;Work Product | Internal Charts or Maps re: Litigation - Anticipated Litigation re: Community Preference;Litigation - Winfield Litigation | WP & DPP | analysis to inform litigation strategy and settlement |
| 493 | | NYCPRIV02447 | Deliberative;Work Product | Draft report re: Litigation - Winfield Litigation | WP & DPP | description of studies about gentrification & displacement relevant to case analysis |
| 494 | | NYCPRIV02449 | Deliberative;Legislative | Notes re: 421-a - Homeless Preference | DPP | Internal working notes reflecting questions/considerations in determining implementation of certain preferences; DO NOT PRODUCE UNDER RODRIGUEZ |
| 495 | | NYCPRIV02453 | Deliberative | Draft talking points;Draft Document re: Anti-displacement strategies | NP | notes on draft talking points about Inwood Neighborhood study |
| 496 | | NYCPRIV02454 | Deliberative | Notes;Internal Memorandum re: Community Opposition Strategies | DPP | notes from neighborhood strategies team meeting about preserving housing; reflects internal discussions about policy strategies; DO NOT PRODUCE UNDER RODRIGUEZ |
| 497 | | NYCPRIV04118 | Deliberative | Notes re: Anti-displacement strategies | DPP | action steps and strategies related to homeless prevention policy; DO NOT PRODUCE UNDER RODRIGUEZ |
| 498 | | NYCPRIV02481 | Work Product | Internal Charts or Maps re: Litigation - Winfield Litigation | WP | Legal analysis and settlement strategies |
| 499 | | NYCPRIV02482 | Attorney Client;Deliberative;Work Product | Notes;Draft Document re: Litigation - Winfield Litigation;Commitment to Fair Housing | NP | Per City's Agreement (except p. 5 which are attorney notes) |
| 500 | | NYCPRIV02485 | Work Product | Draft Document re: Litigation - Winfield Litigation | WP | Legal analysis and settlement strategies |