UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

SHAUNA NOEL and EMMANUELLA SENAT,

      Plaintiffs,

  -v-                                                                             No. 15 CV 5236-LTS-KHP

CITY OF NEW YORK,

      Defendant.

-------------------------------------------------------x

MEMORANDUM ORDER

      Before the Court is an objection (Docket Entry No. 565), filed by Shauna Noel and Emmanuella Senat (collectively "Plaintiffs") pursuant to Federal Rule of Civil Procedure 72(a), to an opinion and order entered by Magistrate Judge Katharine H. Parker on September 12, 2018, Winfield v. City of New York, No. 15-cv-05236, 2018 WL 4350246 (the "September 12th Order"), denying Plaintiffs' motion to compel the deposition of New York City Mayor Bill De Blasio and granting defendant City of New York's ("Defendant") corresponding cross-motion for a protective order.

      A party may file an objection to an order issued by a magistrate judge with a district judge within 14 days of service of a copy of that order. Fed. R. Civ. P. 72(a). The district judge shall not disturb the order unless such "order is clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A) (LexisNexis 2017).

      After careful consideration of Judge Parker's September 12th Order and the submissions of both parties, the Court concludes that Judge Parker's order was neither clearly

erroneous nor contrary to law.  Plaintiffs' objection is, therefore, overruled and Judge Parker's order stands.

This order resolves Docket Entry No. 565.

SO ORDERED.

Dated: New York, New York
      May 8, 2019

       /s/ Laura Taylor Swain
      LAURA TAYLOR SWAIN
      United States District Judge