USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _08/15/2019_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHAUNA NOEL, et al

                                        Plaintiffs,

                    -against-

CITY OF NEW YORK,

                                        Defendant.
-----------------------------------------------------------------X

**OPINION AND ORDER**

**15-cv-05236 (LTS) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

Plaintiffs commenced this action to challenge a New York City policy regarding affordable housing lotteries. The City's policy allocates 50% of units in affordable housing lotteries to individuals who already reside in the community district where the new affordable housing units are located. This policy is referred to herein as the "Community Preference Policy." Plaintiffs allege that the Community Preference Policy violates the federal Fair Housing Act ("FHA"), 42 U.S.C. § 3604 *et seq.*, and the New York City Human Rights Law ("NYCHRL"), N.Y.C. Admin. Code § 8-107 *et seq.*, because it perpetuates racial segregation and disparately impacts racial minorities. They also claim that the City's decision to establish, expand, and maintain the policy constitutes intentional discrimination.

Currently pending before this Court is Plaintiffs' motion challenging privilege designations on 350 documents in the City's privilege log. (ECF Nos. 729, 747.) The City asserts that the documents are protected from disclosure based on one or more of the following reasons: (1) attorney-client privilege, (2) work product protection, (3) deliberative process

1

privilege, and (4) legislative privilege.  This Court assumes the reader's familiarity with the factual background of this case based on its many decisions in this action and does not repeat it here.  *See, e.g., Winfield v. City of New York*, No. 15-cv-5236 (LTS) (KHP), 2017 WL 5664852, at *1-6 (S.D.N.Y. Nov. 27, 2017);  *Winfield v. City of New York*, No. 15-cv-5236 (LTS) (KHP), 2017 WL 2880556, at *1-2 (S.D.N.Y. July 5, 2017), *aff'd*, 2017 WL 5054727, at *1-2 (S.D.N.Y. Nov. 2, 2017); *Winfield v. City of New York*, No. 15-cv-5236 (LTS) (DCF), 2016 WL 6208564, at *1-3 (S.D.N.Y. Oct. 24, 2016).

The City submitted for *in camera* review a detailed privilege log with hyperlinks to all 350 documents and, in some cases, cover emails for the documents providing greater context for the creation and purpose of the communication and the basis for the privilege assertion. The City also submitted declarations from Leila Bozorg, Deputy Commissioner of the New York City Department of Housing Preservation and Development ("HPD"), and Eric Enderlin, current Commissioner of HPD, providing greater detail as to the basis for the assertion of privilege as to certain documents and categories of documents.  Bozorg attests that she has reviewed the documents withheld on the basis of deliberative process privilege and that they involve pre-decisional deliberations by officials at HPD and/or other City agencies.  She attests that these documents reflect deliberations on the Housing New York Plan ("HNY"), which was publicly announced on May 5, 2014 and deliberations on updates to the plan, announced as HNY 2.0 in November 2017.  Other documents reflect deliberations on Mandatory Inclusionary Housing ("MIH"), which was an amendment to the City zoning law.  The MIH application submitted by the administration was completed on September 21, 2105 and ultimately approved by the City

Planning Commission on February 3, 2016 and the City Council on March 22, 2016.  Some of the

documents relate to deliberations on changes to the so-called 421-a homeless preference

policy, which was announced on October 14, 2016, and the "Where We Live NYC" plan

("WWL"), which is a planning process that the City is using to better understand how challenges

like segregation and discrimination impact New Yorkers' lives and to identify ways to improve

the City's fair housing policies.  Other documents pertain to deliberations on various

neighborhood plans for East New York ("ENY"), Jerome Avenue, Inwood, East Harlem, the Bay

Street Corridor and the Far Rockaways.[1]  Final versions of the above-described housing policies

are publicly available, as is documentation about public review and zoning amendment

processes.  Additionally, Plaintiffs' counsel, the Antidiscrimination Center, was invited to

stakeholder meetings and is thus independently knowledgeable about the WWL planning

process.

This Court does not repeat the legal standards for a claim of privilege, as those were

previously set forth by this Court in earlier decisions.  *See* ECF Nos. 259, 655.  It has, however,

reviewed each of the 350 documents consistent with these legal standards in determining

---

[1] The ENY plan was finalized April 20, 2016 after the City Council approved zoning changes.  The Jerome Avenue plan was finalized on March 22, 2018 after the City Council approved zoning changes.  The Inwood plan was finalized on August 8, 2018 after City Council approved it.  The East Harlem plan was approved by the City Council on Novmeber 30, 2017.   The Bay Street Corridor plan, which includes zoning changes, is currently in the public review process and not yet final.  HPD was involved in developing the plan's and putting them forth for public review and City Council vote on necessary zoning changes.  Thus, the initial proposals were developed before the City Council votes and in some cases there were deliberations on changes to the plans after the public review period and before the zoning votes.  However, contrary to what the City has suggested, deliberations post-announcement of the policy and pre-City Counsel approval are not necessarily protected.  The Court has been mindful of the various dates applicable to identified policies when evaluating whether a document is pre- or post-decisional.

whether the City has met its burden in demonstrating privilege.[2]  The Court also has been

mindful that privileges must be construed narrowly insofar as they are contrary to the "search

for truth."  *Kaufman v. City of New York*, 98 Civ. 2648(MJL)(KNF), 1999 WL 239698, at *4

(S.D.N.Y. Apr. 22, 1999).  This is particularly important in civil rights cases such as this, where

fundamental rights are at issue.  *King v. Conde*, 121 F.R.D. 180, 195 (E.D.N.Y. 1988); *Skibo v. City

of New York*, 109 F.R.D. 58, 61 (E.D.N.Y. 1985).  A brief discussion of the Court's ruling is set

forth below.

### I.      Deliberative Process Privilege

The majority of the documents in the review set were withheld on the basis of

deliberative process privilege.  Under this privilege, the document must be pre-decisional and

deliberative.  *Noel v. City of New York*, 357 F. Supp. 3d 298, 303 (S.D.N.Y. 2019).  To

demonstrate the former, the City must point to a specific decision to which the communication

correlates.  *Id.*  This does not mean, as Plaintiffs suggest, that current deliberations of a non-

final policy are not subject to the privilege.  General open-ended discussions would not be

protected, but deliberations for the purpose of arriving at a specific policy or plan would be

protected.  *Grand Cent. P'ship, Inc. v. Cuomo*, 166 F.3d 473, 482 (2d Cir. 1999) ("[T]he privilege

does not protect a document which is merely peripheral to actual policy formulation," and "the

record must bear on the formulation or exercise of policy-oriented judgment." (quoting *Ethyl*

---

[2] To the extent the City has suggested there is a presumption in favor of withholding deliberative documents or
that the Plaintiffs have the burden to show why a document should be disclosed, the Court rejects these
suggestions.  It is well established that the party withholding a document has the burden of establishing a privilege
attaches.  *Grossman v. Schwarz*, 125 F.R.D. 376, 380 (S.D.N.Y. 1989).

*Corp. v. U.S. E.P.A.*, 25 F.3d 1241, 1248 (4th Cir. 1994))). The Court has taken notice of the

dates when certain policies were finalized versus when they were released for public comment

and City Council vote in its evaluation of the documents and determination of whether a

communication is pre-decisional. See *supra*, n.1.

Because factual information is not protected, the Court has ordered production of some

documents on the log in redacted form where appropriate. *Noel v. City of New York*, 15-cv-

5236(LTS) (KHP), 2018 WL 6649969, at *4 (S.D.N.Y. Dec. 18, 2018). Likewise, post-decisional

explanations and implementation of policies are not protected by the privilege. *Davis v. City of

New York*, No. 10 CIV. 0699 SAS, 2011 WL 1742748, at *2 (S.D.N.Y. May 5, 2011) (noting that

the privilege "does not extend to materials related to the explanation, interpretation or

application of an existing policy, as opposed to formulation of a new policy" (quoting *Resolution

Trust Corp. v. Diamond*, 137 F.R.D. 634, 641 (S.D.N.Y.1991))). Nor are communications

reflecting routine self-evaluation of a policy protected. *Noel*, 2018 WL 6649969, at *4; *Marisol

A. v. Giuliani*, No. 95 CIV. 10533 (RJW), 1998 WL 132810, at *6 (S.D.N.Y. Mar. 23, 1998).

Accordingly, the Court has declined to find privilege as to some of the documents on the City's

log for these reasons.

Where the Court has found that deliberative process privilege does apply, it has applied

the balancing test set forth in *Rodriguez v. Pataki* in the manner prescribed by Judge Swain.

280 F. Supp. 2d 89 (S.D.N.Y.), *aff'd*, 293 F. Supp. 2d 302 (S.D.N.Y. 2003). Specifically, this Court

has construed relevance broadly for purposes of weighing the relevance factor, consistent with

Federal Rule of Civil Procedure 26(b)(1) and Federal Rule of Evidence 401. *Noel v. City of New*

*York*, No. 15-cv-5236-LTS-KHP, 2018 WL 6786238, at *4 (S.D.N.Y. Dec. 12, 2018). In this regard, the Court has found documents pertaining not just to the Community Preference Policy, but pertaining to the City's knowledge of and responses to resistance to or fear of neighborhood racial change, knowledge of the nature of opposition to affordable housing development, discussions about methods for combatting displacement other than the Community Preference Policy, segregation within the City, and other topics to fall within the broad definition of relevance. The Court has considered communications with City Council members about neighborhood plans and affordable housing generally (and preparations for or reporting of same) to be relevant as well. In other words, the Court credits Plaintiff's argument that they must be able to probe circumstantial evidence of intentional discrimination and has found most of the documents on the City's log to be relevant even if they do not discuss the Community Preference Policy. The weight of the relevance factor in this Court's final balancing of the *Rodriguez* factors, however, varied from document to document.

As to the second *Rodriguez* factor, this Court took into consideration Plaintiffs' arguments about their access to documents and information. It also has considered Plaintiffs' contention that they need drafts of documents to ascertain options that were considered and rejected. For the most part, however, this Court found that the balance of *Rodriguez* factors did not warrant production of the drafts on the City's privilege log because of the weight given to the relevance of the particular changes between drafts and final documents in the balancing analysis, along with Plaintiffs' access to final versions of policies and other extensive discovery on the topics in the drafts and considerations informing final policies and plans.

Consistent with its prior decisions and reviews of documents *in camera*, the third and fourth *Rodriguez* factors – the seriousness of the issues involved and the role of the government in the litigation – weighed in favor of disclosure as to each document this Court reviewed and in the balancing analysis. In other words, these factors were additive in the Court's determination on disclosure.

Finally, this Court analyzed each *Rodriguez* factor separately in the first instance and then weighed them against the fifth factor– the potential chilling effect disclosure would have on government employees. *Noel*, 2018 WL 6786238, at *5. To the extent that the City has suggested that the fifth factor will nearly always outweigh the first four factors, the Court rejects this suggestion. Rather, the Court conducted a balancing analysis as to each document, and the fifth factor did not tip the scales against disclosure as to a fair number of the documents. Its rulings on the individual documents based on the above-described balancing process are reflected on Attachment A to this Opinion and Order.

## II.    *Attorney-Client Privilege*

The attorney-client privilege applies to: (1) a communication between government counsel and their clients, (2) that was intended to be and was in fact kept confidential, and (3) was made for the purpose of obtaining or providing legal advice. *See In re Cty. of Erie*, 473 F.3d 413, 419 (2d Cir. 2007) (internal citation omitted). As to factor 3, the key inquiry is whether the "predominant purpose" of the communication is to solicit or provide legal advice. *Id*. at 419-20 (collecting cases). When legal advice is the predominant purpose, "other 'considerations and caveats' are not severable and the entire communication is privileged." *Fox News Network, LLC*

*v. US Dep't of Treasury*, 739 F. Supp. 2d 515, 560 (citing *In re Cty. of Erie*, 473 F.3d at 420). On

the other hand, if the legal advice is merely "incidental to the nonlegal advice that is the

predominant purpose of the communication," then the legal portions of the document may be

redacted. *In re Cty. of Erie*, 473 F.3d at 420 n.8. For the most part, where asserted, the City

demonstrated applicability of attorney-client privilege. As to these documents, the Court's

review confirmed that they involve communications and draft documents exchanged between

attorneys for the City and their clients for the predominant purpose of seeking or conveying

legal advice. Where the privilege was not established, the Court notes this in Attachment A.

### III. Work Product

The work product doctrine protects a broader category of documents and

communications than the attorney-client privilege. Specifically, it protects documents and

other tangible things "that are prepared in anticipation of litigation or for trial by or for another

party or its representative." Fed. R. Civ. P. 26(b)(3)(A); *see also Bowne of N.Y.C., Inc. v. AmBase

Corp.*, 150 F.R.D. 465, 471 (S.D.N.Y. 1993). "Where a document was created because of

anticipated litigation, and would not have been prepared in substantially similar form but for

the prospect of that litigation," it is protected as work product. *United States v. Adlman*, 134

F.3d 1194, 1195 (2d Cir. 1998). "Conversely, protection will be withheld from 'documents that

are prepared in the ordinary course of business or that would have been created in essentially

similar form irrespective of litigation.'" *Schaeffler v. United States*, 806 F.3d 34, 43 (2d Cir.

2015) (quoting *Adlman*, 134 F.3d at 1202). In those instances where the City established work

product protection, this Court found that the document would not have been created in the same manner irrespective of anticipated or pending litigation.

The Court also considered, with respect to these documents, whether Plaintiffs have shown (1) substantial need for the material; and (2) an inability to obtain its substantial equivalent from another source without undue hardship. Fed. R. Civ. P. 26(b)(3)(A); *Obeid v. Mack,* No. 14-cv-6498 (LTS) (HBP), 2016 WL 7176653, at *5 (S.D.N.Y. Dec. 9, 2016). Plaintiffs did not meet this showing as to any of the protected documents. First, the documents on the log related to the United States Department of Housing and Urban Development ("HUD") compliance review all involved discussions about possible changes to the Community Preference Policy to settle concerns HUD expressed. Plaintiffs have questioned or had an opportunity to question witnesses about alternatives to the olicy and potential changes to the policy considered and that could be considered. To the extent HPD Commissioners considered these changes outside of settlement discussions, Plaintiffs were permitted to question them on this topic. Thus, they have had a full opportunity in discovery to vet alternatives to the Community Preference Policy considered or that could have been considered by the City. Moreover, Plaintiffs have not persuasively articulated why they have a substantial need for these few communications. Plaintiffs likewise have not shown a substantial need for Housing Connect data analysis done in connection with this lawsuit. Plaintiffs have been provided the data themselves and information about non-privileged analyses conducted. They also have been permitted extensive discovery on the data.

### IV. *Legislative Privilege*

The legislative privilege protects communications integral to a person's determination whether to vote for or against a proposal or law. *See Eastland v. U.S. Servicemen's Fund,* 421 U.S. 491, 504 (1975); *Bogan v. Scott-Harris*, 523 U.S. 44, 54-55 (1988). Examples include "delivering an opinion, uttering a speech, or haranguing in debate; proposing legislation; voting on legislation; making, publishing, presenting, and using legislative reports; authorizing investigations and issuing subpoenas; and holding hearings and introducing material at committee hearings." *S.E.C. v. Comm. On Ways and Means of the U.S. House of Representatives*, 161 F. Supp. 3d 199, 236 (S.D.N.Y. 2015) (citing *Fields v. Office of Eddie Bernice Johnson*, 459 F.3d 1, 10-11 (D.C. Cir. 2006)) (internal quotation marks omitted). The legislative privilege also protects formal and informal fact and information-gathering activities about the subject of potential legislation, as well as documents regarding or reflecting the fruits of this research. *See id.* at 236-37, 245; *see also United States v. Biaggi*, 853 F.2d 89, 102-03 (2d Cir. 1988); *McSurely v. McClellan*, 553 F.2d 1277, 1286 (D.C. Cir. 1976) (en banc), *cert. dismissed*, 438 U.S. 189 (1978). The privilege does not attach to activities concerning the administration of a law, speeches delivered outside of the legislative body and preparation for the same, the making of appointments with government agencies, and newsletters and press releases to constituents. *See U.S. v. Brewster,* 408 U.S. 501, 512 (1972); *Hutchinson v. Proxmire*, 443 U.S. 111, 130-33 (1979). Very few documents on the log were designated withheld under this privilege. In most instances where noted, this Court found that the City did not establish applicability of the privilege. In the few instances where this Court found the privilege might

10

apply, it conducted the same *Rodriguez* balancing analysis described above in arriving at its rulings.

### Conclusion

The Court appends a spreadsheet reflecting the Court's rulings on the 350 documents. The City is directed to re-review its privilege log consistent with this ruling and determine whether there are additional documents on its log that must be de-designated as privileged. The City shall complete this task by **September 30, 2019** and provide Plaintiffs with a supplemental production by that date.

To the extent there are objections to this ruling, or Plaintiffs believe that the Court should re-evaluate the balance of *Rodriguez* factors or wish to make a substantial need argument as to a specific document protected by the work product doctrine, this Court requests that the parties first file a motion for reconsideration with this Court. The parties shall notify the Court by letter if they intend to request reconsideration of a ruling as to a particular document by **September 6, 2019**. The Court will then set a briefing schedule as to any such motion. To the extent the City does not dispute this Court's ruling with respect to documents deemed non-privileged, it shall produce such documents by **September 30, 2019**.

**SO ORDERED.**

Dated: August 15, 2019
         New York, New York

_Katharine H Parker_
_____
         KATHARINE H. PARKER
         United States Magistrate Judge

11

| Sort | Control ID | Privilege Category | Ruling |
|------|------------|--------------------|--------|
| 001 | NYCPRIV00550 | Deliberative | NP; communication concerns explanation/application of policy and announcement of new policy re: AMI; not deliberative regarding new policy |
| 002 | NYCPRIV02116 | Deliberative | DPP; Rodriguez factors weigh in favor of disclosure; near final draft; contains description of planning policies in various neighborhoods; likely chilling effect does not outweigh other factors in favor of production |
| 003 | NYCPRIV05333 | Attorney Client | A/C; legal advice requested and conveyed |
| 004 | NYCPRIV00787 | Work Product;Deliberative | WP only on p. 1, item 2 - may redact parenthetical in title of 4th bullet and first sub-bullet to 4th bullet/redacted text would not have been created/aded to document but for anticipation of litigation; remainder of document not DPP because draft responses more akin to explanations of policies and not in aid of arriving at policy decision. |
| 005 | NYCPRIV00882 | Deliberative | Not DPP for the most part; this is an email preparing draft responses to a reporter's questions about the Flushing West project; first paragraph on top of p. 3 of email chain can be redacted because it reveals ongoing deliberative considerations for implementing MIH in neighborhood & balance of Rodriguez factors does not weigh in favor of unredacting |

| | | | |
|---|---|---|---|
| 006 | NYCPRIV05465 | Deliberative | DPP in part; text in emails between and among internal HPD personnel on pp. 1 and 2 may be redacted as DPP insofar as it reflecs deliberation on East NY plan which was not yet finalized; remainder of document not DPP because it includes member of The Coalition for Community Advancement; balance of Rodriguez factors does not weigh in favor of unredacting portion that is DPP |
| 007 | NYCPRIV04223 | Deliberative | DPP; preliminary discussions concerning position/policy regarding East Harlem and potential legislation to propose on relocation and reentry; balance of Rodriguez does not weigh in favor of disclosure except as to second to last sentence on last page of document that simply reports on an issue raised by community groups; sentence identified above should be produced with remainder of document redacted |

| | | | |
|---|---|---|---|
| 008 | NYCPRIV05559 | Deliberative | DPP in part; the emails on p. 1 and the first 2 emails on p. 2 should be produced as they are not DPP because it concerns scheduleing; the emails at the bottom of p. 5 to the end of the document between V. Lopez and J. Press should also be produced and are not DPP because it does not reflect internal policy deliberations; the remaining emails between and among HPD personnel is DPP because they reflect policy deliberations about new unit creation under IZ and funding ANCPs and can be redacted; balance of Rodriguez factors weighs against disclosure |
| 009 | NYCPRIV00734 | Deliberative | All but last 3 pages of document are DPP because they concern policy proposal and deliberative dscussion; balance of Rodriguez factors weighs against disclosure; produce last 3 pages and redact remainder |
| 010 | NYCPRIV05448 | Deliberative | Not DPP because does not reveal internal deliberations of administration about a policy |
| 011 | NYCPRIV04287 | Deliberative | DPP because reveals deliberations about features and costs of anti-harassment legal services and community outreach program; balance of Rodriguez factors weighs against disclosure |

| | | | |
|---|---|---|---|
| 012 | NYCPRIV01024 | Deliberative | DPP because reveals initial policy analysis and proposals for improvements to mobility counseling program; balance of Rodriguez factors weighs against disclosure |
| 013 | NYCPRIV04303 | Deliberative | Not DPP on top 4 emails in chain because it reveals existing policy; DPP applies to remainder of document because it discusses pending policy; however, balance of Rodriguez factors favors disclosure; whole document should be produced |
| 014 | NYCPRIV00185 | Deliberative | DPP because draft decision memo about considerations for making policy decision on homeless unit commitment; balance of Rodriguez factors weighs against disclosure |
| 015 | NYCPRIV01466 | Deliberative | DPP because emails constitute deliberations on possible policy changes as proposed by BBP; balance of Rodriguez factors weighs in favor of disclosure |
| 016 | NYCPRIV00192 | Deliberative | DPP because it is draft document of non-final policy; balance of Rodriguez factors weighs against disclosure |
| 017 | NYCPRIV01574 | Deliberative | DPP because reveals deliberations about policy positions to advocate at upcoming legislative session; balance of Rodriguez factors weighs against disclosure |

| | | | |
|---|---|---|---|
| 018 | NYCPRIV00214 | Attorney Client;Deliberative | Not DPP; except contains a paragraph protected by A/C on p. 6 where request for legal advice is discussed |
| 019 | NYCPRIV01739 | Deliberative | Not DPP; does not reveal internal deliberations about Inwood rezoning policy |
| 020 | NYCPRIV01068 | Work Product | WP b/c prepared in anticipation of HUD litigation and for settlement strategezation; no substantial need |
| 021 | NYCPRIV01099 | Work Product;Deliberative | WP b/c prepared in anticipation of HUD litigation and for settlement  strategy; no substantial need; DPP b/c reveals deliberations about potential changes to CPP for purposes of settling with HUD |
| 022 | NYCPRIV01105 | Work Product;Deliberative | WP b/c prepared in anticipation of HUD litigation and for settlement  strategy; no substantial need; DPP b/c reveals deliberations about potential changes to CPP for purposes of settling with HUD |
| 023 | NYCPRIV05518 | Legislative;Deliberative | top email DPP b/c reveals deliberations about position/policy on neighborhood preservation plan; blance of Rodriguez factors weighs against production; bottom emails in the chain are not DPP or LP; produce in redacted form |

| | | | |
|---|---|---|---|
| 024 | NYCPRIV04390 | Deliberative | DPP b/c reveals deliberations on policy regarding change to CPP; balance of Rodriguez factors weighs in favor of production |
| 025 | NYCPRIV01274 | Deliberative | DPP b/c reveals deliberations on neighborhood preservation plan not yet implemented; balance of Rodriguez factors weighs against production |
| 026 | NYCPRIV01284 | Deliberative | DPP b/c reveals deliberations on East New York rezoning plan not yet finalized; balance of Rodriguez factors weighs against disclosure |
| 027 | NYCPRIV01350 | Deliberative | DPP b/c Memorandum reveals deliberations on East New York rezoning plan not yet finalized; balance of Rodriguez factors weighs against disclosure |
| 028 | NYCPRIV04423 | Deliberative | Not DPP |
| 029 | NYCPRIV00177 | Deliberative | DPP b/c reveals deliberations about not yet finalized MIH policy; balance of Rodriguez factors weighs against disclosure |
| 030 | NYCPRIV04426 | Deliberative | DPP b/c reveals deliberations about displacement strategies; balance of Rodriguez factors weighs in favor of production |
| 031 | NYCPRIV01393 | Work Product | WP b/c prepared in anticipation of HUD litigation and for settlement strategezation |
| 032 | NYCPRIV04445 | Deliberative | DPP b/c reveals deliberations about changes to CPP; balance of Rodriguez factors weighs in favor of disclosure |

| | | | |
|---|---|---|---|
| 033 | NYCPRIV01748 | Attorney Client;Deliberative | A/C and DPP; draft marketing guidelines reflecting advice of counsel |
| 034 | NYCPRIV00252 | Work Product;Deliberative | WP-no substantial need; DPP b/c prepared in connection with settlement discussions with HUD about potential changes to the CPP and reflects deliberations about those changes |
| 035 | NYCPRIV00277 | Deliberative | DPP b/c draft of not yet finalized MIH policy and report; balance of Rodriguez factors weighs against disclosure |
| 036 | NYCPRIV05864 | Deliberative | DPP b/c reveals internal deliberations regarding neighborhood planning and rezoning planning; balance of Rodriquez factors weighs in favor of production insofar as it identifies neighborhoods of opportunity |
| 037 | NYCPRIV01768 | Deliberative | DPP; draft marketing guidelines; balance of Rodriguez factors weighs against production |
| 038 | NYCPRIV00327 | Deliberative | DPP because reveals deliberations about proposal for Compstat/Housingstat; balance of Rodriguez factors weighs against disclosure |
| 039 | NYCPRIV00333 | Work Product;Deliberative | Not WP; DPP because discusses possible changes to CPP in relation to Culver El affordable housing development; balance of Rodriguez factors weighs in favor of disclosure |

| | | | |
|------|--------------|---------------|----------------------------------------------------------------------------------------------------------------------------------|
| 040 | NYCPRIV04470 | Work Product | WP b/c discusses analysis of CPP for purposes of strategizing about this litigation; no substantial need |
| 041 | NYCPRIV02183 | Deliberative | DPP b/c draft reveals non-final conclusions about proposed develement project in and around Essex Street Market; balance of Rodriguez factors weighs against disclosure |
| 042 | NYCPRIV04480 | Deliberative | DPP because reveals discussions about preparation of report/findings for NY-CT Sustainable Communities Initiative; balance of Rodriguez factors weighs in favor of disclosure |
| 043 | NYCPRIV04487 | Deliberative | DPP because reveals discussions about preparation of report/findings for NY-CT Sustainable Communities Initiative; balance of Rodriguez factors weighs in favor of disclosure |
| 044 | NYCPRIV04493 | Deliberative | DPP because reveals discussions about preparation of report/findings for NY-CT Sustainable Communities Initiative; balance of Rodriguez factors weighs in favor of disclosure |
| 045 | NYCPRIV00360 | Deliberative | DPP b/c reveals deliberations about onenyc policy; balance of Rodriguez factors weighs against disclosure |
| 046 | NYCPRIV01857 | Work Product | WP only as to text on 2d to last page referencing this lawsuit; produce in redacted format |

| | | | |
|---|---|---|---|
| 047 | NYCPRIV05599 | Deliberative | DPP b/c reveals deliberations about use CPP; balance of Rodriguez factors weighs in favor of disclosure |
| 048 | NYCPRIV05600 | Attorney Client;Legislative;Deliberative | Not A/C; LP and DPP b/c reveals deliberations about 421a legislation; balance of Rodriguez factors weighs in favor of producing in redacted form with section on p. 2 on Community Preference unredacted |
| 049 | NYCPRIV01873 | Deliberative | DPP b/c reveals deliberation about application of CPP in Jamaica rezoning area; balance of Rodriguez factors weighs in favor of producing |
| 050 | NYCPRIV04497 | Attorney Client;Deliberative | not A/C; DPP b/c reveals deliberation about application of CPP in Greenpoint/Williamsburg; balance of Rodriguez factors weighs in favor of producing |
| 051 | NYCPRIV01881 | Attorney Client;Deliberative | no A/C; DPP because reveals deliberations about New Housing Market Place program; balance of Rodriguez factors weighs against disclosure |
| 052 | NYCPRIV04501 | Attorney Client | Not A/C b/c no legal advice conveyed or sought |
| 053 | NYCPRIV02938 | Deliberative | DPP b/c reveals non-final deliberations on plan; balance of Rodriguez factors weighs against disclosure |
| 054 | NYCPRIV02983 | Attorney | BEING PRODUCED |

| | | | |
|---|---|---|---|
| 055 | NYCPRIV04581 | Deliberative | DPP b/c reveals deliberations regarding position to take with HUD on AFFH assessment tool; balance of Rodriguez factors weighs against disclosure |
| 056 | NYCPRIV03044 | Deliberative | DPP b/c reviews non-final deliberations on plan; balance of Rodriguez factors weighs against disclosure |
| 057 | NYCPRIV03145 | Deliberative | DPP b/c reviews non-final deliberations on plan; balance of Rodriguez factors weighs against disclosure |
| 058 | NYCPRIV03242 | Deliberative | DPP b/c reviews non-final deliberations on plan; balance of Rodriguez factors weighs against disclosure |
| 059 | NYCPRIV03252 | Deliberative | DPP b/c reviews non-final deliberations on plan; balance of Rodriguez factors weighs against disclosure |
| 060 | NYCPRIV03267 | Deliberative | DPP b/c reviews non-final deliberations on plan; balance of Rodriguez factors weighs against disclosure |
| 061 | NYCPRIV03288 | Deliberative | DPP b/c reviews non-final deliberations on plan; balance of Rodriguez factors weighs against disclosure |
| 062 | NYCPRIV03298 | Deliberative | CITY WILL PRODUCE |
| 063 | NYCPRIV03309 | Deliberative | First 6 pages are DPP b/c reveals pre-planning for MIH; balance of Rodriguez factors weighs against disclosure; produce pp. 7-12 b/c factual |

| | | | |
|---|---|---|---|
| 064 | NYCPRIV01897 | Attorney Client;Deliberative | Not A/C; DPP b/c non-final draft of non-final MIH; balance of Rodriguez factors weighs against disclosure |
| 065 | NYCPRIV03329 | Deliberative | DPP b/c draft of non-final neighborhood plan for Bay St., Staten Island; balance of Rodriguez factors weighs in favor of production |
| 066 | NYCPRIV05641 | Deliberative | Not DPP b/c does not reveal internal deliberations, rather, receipt of input from CM |
| 067 | NYCPRIV05642 | Deliberative | Not DPP b/c does not reveal internal deliberations, rather, receipt of input from CM |
| 068 | NYCPRIV04690 | Deliberative | Not DPP b/c does not reveal internal deliberations, rather, receipt of input from CM and communications with CM |
| 069 | NYCPRIV03409 | Deliberative | DPP b/c non-final draft of non-final plan for East New York reflecting deliberations; balance of Rodriguez factors weighs against disclosure |
| 070 | NYCPRIV04708 | Attorney Client;Deliberative | A/C b/c requesting meeting with counsel on topics in email and deliberations about policies about fostering economic diversity in neighborhoods generally |
| 071 | NYCPRIV04712 | Attorney Client;Deliberative | A/C & DPP because reveals internal discussions about potential steps to mitigate displacement in Greenpoint/Williamsburg and advice sought; balance of Rodriguez factors weighs against disclosure |

| | | | |
|---|---|---|---|
| 072 | NYCPRIV04713 | Deliberative | DPP b/c reveals deliberatoins and analysis regarding Greenpoint-Williamsburg rezoning; balance of Rodriguez factors weighs against disclosure |
| 073 | NYCPRIV04765 | Deliberative | DPP b/c reveals deliberations regarding position to take with HUD on AFFH assessment tool; balance of Rodriguez factors weighs against disclosure |
| 074 | NYCPRIV04766 | Deliberative | DPP b/c reveals deliberations regarding position to take with HUD on AFFH assessment tool; balance of Rodriguez factors weighs against disclosure |
| 075 | NYCPRIV03435 | Deliberative | DPP b/c reviews non-final deliberations on plan; balance of Rodriguez factors weighs against disclosure |
| 076 | NYCPRIV04775 | Deliberative | DPP b/c reviews non-final deliberations on plan; balance of Rodriguez factors weighs against disclosure |
| 077 | NYCPRIV04810 | Deliberative | DPP b/c reviews non-final deliberations on plan; balance of Rodriguez factors weighs against disclosure |
| 078 | NYCPRIV03501 | Deliberative | DPP b/c reviews non-final deliberations on plan; balance of Rodriguez factors weighs against disclosure |
| 079 | NYCPRIV03594 | Deliberative | DPP b/c reviews non-final deliberations on plan; balance of Rodriguez factors weighs against disclosure |

| | | | |
|---|---|---|---|
| 080 | NYCPRIV04886 | Deliberative | DPP b/c reviews non-final deliberations on plan; balance of Rodriguez factors weighs against disclosure |
| 081 | NYCPRIV04890 | Deliberative | DPP b/c reviews non-final deliberations on plan; balance of Rodriguez factors weighs against disclosure |
| 082 | NYCPRIV03724 | Deliberative | DPP b/c reviews non-final deliberations on plan; balance of Rodriguez factors weighs against disclosure |
| 083 | NYCPRIV04959 | Deliberative | DPP b/c reviews non-final deliberations on plan; balance of Rodriguez factors weighs against disclosure |
| 084 | NYCPRIV03922 | Deliberative | DPP b/c reviews non-final deliberations on plan; balance of Rodriguez factors weighs against disclosure |
| 085 | NYCPRIV03924 | Deliberative | DPP b/c reviews non-final deliberations on plan; balance of Rodriguez factors weighs against disclosure |
| 086 | NYCPRIV05003 | Deliberative | DPP b/c reviews non-final deliberations on plan; balance of Rodriguez factors weighs against disclosure |
| 087 | NYCPRIV05051 | Deliberative | Not DPP b/c not internal deliberations on policy |
| 088 | NYCPRIV05742 | Deliberative | DPP in part; bottom email in chain is not deliberation but merely reporting of input from CM; balance of Rodriguez factors weighs against disclosure; produce in redacted format |

| | | | |
|---|---|---|---|
| 089 | NYCPRIV05746 | Deliberative | DPP in part; bottom email in chain is not deliberation but merely reporting of input from CM; balance of Rodriguez factors weighs against disclosure; produce in redacted format |
| 090 | NYCPRIV05115 | Deliberative | DPP b/c reveals deliberations on MIH and 421-a; balance of Rodriguez factors weighs against disclosure |
| 091 | NYCPRIV05764 | Deliberative | Top 2 emails in chain DPP; balance of Rodriguez factors weighs against producing; remainder of emails in chain DPP b/c does not reveal internal deliberations, rather, receipt of input from CM |
| 092 | NYCPRIV05125 | Attorney Client;Deliberative | A/C b/c conveys legal advice; DPP b/c reflects deliberations about policy around 421-a |
| 093 | NYCPRIV02038 | Deliberative | CITY WILL PRODUCE |
| 094 | NYCPRIV05210 | Deliberative | CITY WILL PRODUCE |
| 095 | NYCPRIV05221 | Work Product;Deliberative | Not DPP b/c concerns response to press question about existing policy; sentence regarding this litigation in first paragraph in 3d email in chain can be redacted as WP |
| 096 | NYCPRIV05226 | Deliberative | CITY WILL PRODUCE |
| 097 | NYCPRIV05227 | Deliberative | DPP; balance of Rodriguez factors weighs in favor of disclosure |
| 098 | NYCPRIV05228 | Deliberative | DPP; balance of Rodriguez factors weighs in favor of disclosure |
| 099 | NYCPRIV05246 | Deliberative | DPP; balance of Rodriguez factors weighs in favor of disclosure |
| 100 | NYCPRIV05248 | Deliberative | DPP; balance of Rodriguez factors weighs in favor of disclosure |

| | | | |
|---|---|---|---|
| 101 | NYCPRIV02371 | | CITY WILL PRODUCE |
| 102 | NYCPRIV05797 | Attorney Client;Deliberative | A/C and DPP insofar as reveals deliberations re: potential MIH/ZQA policy (does not mention CPP); balance of Rodriguez factors weighs against disclosure |
| 103 | NYCPRIV05798 | Attorney Client;Deliberative | deliberations re: potential MIH/ZQA policy (does not mention CPP); balance of |
| 104 | NYCPRIV05824 | Deliberative | Not DPP |
| 105 | NYCPRIV05825 | Deliberative | Not DPP |
| 106 | NYCPRIV02516 | Work Product | WP; no substantial need |
| 107 | NYCPRIV02532 | Work Product | WP; no substantial need |
| 108 | NYCPRIV02547 | Work Product;Deliberative | WP; no substantial need |
| 109 | NYCPRIV02624 | Work Product | WP; no substantial need |
| 110 | NYCPRIV02652 | Work Product | WP; no substantial need |
| 111 | NYCPRIV02722 | Work Product | WP; no substantial need |
| 112 | NYCPRIV05834 | Deliberative | DPP as to top 4 emails in chain but remainder not DPP; bottom emais in chain is not deliberation but merely reporting of input from CM; balance of Rodriguez factors weighs against disclosure of top 4 emails; produce in redacted format |
| 113 | NYCPRIV05310 | Deliberative | Not DPP b/c does not reveal deliberations about policy; rather reveals recommendations about how to build suport for Administration's policy proposal on affordable housing |
| 114 | NYCPRIV05845 | Deliberative | DPP b/c reveals deliberations about policy regarding private applications subject to MIH fir /Barnett Ave.; balance of Rodriguez factors weighs against disclosure |

| | | | |
|---|---|---|---|
| 115 | NYCPRIV05323 | Attorney Client | A/C b/c reveals subject of legal advice sought on topic of AMIs in ENY |
| 116 | NYCPRIV02470 | Deliberative | DPP b/c reveals deliberations on various policy options; balance of Rodriguez factors weighs against disclosure |
| 117 | NYCPRIV02456 | Deliberative | Not DPP |
| 118 | NYCPRIV05883 | Attorney Client;Deliberative | A/C because reveals advice regarding CPP and AFFH |
| 119 | NYCPRIV05885 | Attorney Client;Work Product | A/C communication aspect not made clear by City; WP because prepared for this litigation and reveals strategy as to defenses; no substantial need |
| 120 | NYCPRIV05900 | Attorney Client;Legislative;Deliberative | A/C b/c reveals request for legal advice and response; DPP because reveals deliberations about possible policy/legislation around AFFH; balance of Rodriguez factors weighs against disclosure; not clear how legislative |
| 121 | NYCPRIV05932 | Deliberative | DPP b/c reveals non-final deliberations on plan; balance of Rodriguez factors weighs against disclosure |
| 122 | NYCPRIV05933 | Deliberative | DPP b/c reveals non-final deliberations on plan; balance of Rodriguez factors weighs against disclosure |
| 123 | NYCPRIV05934 | Legislative;Deliberative | Not clear how legislative; DPP in part b/c reveals non-final deliberations on Jerome Ave. rezoning plan; balance of Rodriguez factors weighs in favor of disclosure |

| | | | |
|---|---|---|---|
| 124 | NYCPRIV05966 | Deliberative | DPP b/c reveals non-final deliberations on HNY plan; balance of Rodriguez factors weighs against disclosure |
| 125 | NYCPRIV05978 | Deliberative | DPP b/c reveals non-final deliberations on HNY plan; balance of Rodriguez factors weighs against disclosure |
| 126 | NYCPRIV05992 | Deliberative | DPP b/c reveals non-final deliberations on HNY plan; balance of Rodriguez factors weighs against disclosure |
| 127 | NYCPRIV05993 | Deliberative | DPP b/c reveals non-final deliberations on HNY plan; balance of Rodriguez factors weighs against disclosure |
| 128 | NYCPRIV06048 | Attorney Client;Deliberative | A/C because reveals discussion with counsel about 421-a; DPP b/c reveals discussion about strategy/planning on 421-a policy |
| 129 | NYCPRIV06135 | Attorney Client;Deliberative | A/C b/c reveals discussion with counsel re: regulatory compliance and pending legislation and impact on policy; no need to reach DPP |
| 130 | NYCPRIV06137 | Attorney Client;Legislative;Deliberative | LP & DPP & A/C; communications with counsel re: proposed fair housing bills; balance of Rodriguez factors weighs against disclosure |
| 131 | NYCPRIV06159 | Attorney Client;Work Product | A/C b/c reveals legal advice on 421-a policy and CPP; don't need to reach WP |

| | | | |
|---|---|---|---|
| 132 | NYCPRIV06193 | Attorney Client;Legislative;Deliberative | LP & DPP & A/C; communications with counsel re: proposed fair housing bills; balance of Rodriguez factors weighs against disclosure |
| 133 | NYCPRIV06208 | Attorney Client | A/C because draft communicaton with counsel, among others, seeking legal advice on presentation |
| 134 | NYCPRIV06213 | Deliberative | DPP b/c reveals internal deliberations regarding plan to maximize funds/grants for certain housing; balance of Rodriguez factors weighs against disclosure |
| 135 | NYCPRIV06277 | Attorney Client | A/C b/c communication with consel and others re: request to include prior residents in community preference |
| 136 | NYCPRIV06285 | Attorney Client | A/C b/c communication with consel and others re: REBNY and positions to take |
| 137 | NYCPRIV06329 | Deliberative | DPP b/c draft of prospective plan for Brownsville & reveals deliberations about same; balance of Rodriguez factors weighs against disclosure |
| 138 | NYCPRIV06331 | Deliberative | DPP b/c reveals deliberations about prospective plan for Brownsville; balance of Rodriguez factors weighs against disclosure |
| 139 | NYCPRIV06332 | Deliberative | DPP b/c draft of prospective plan for homeless unit; balance of Rodriguez factors weighs against disclosure |

| | | | |
|---|---|---|---|
| 140 | NYCPRIV06334 | Deliberative | DPP b/c draft of prospective plan for homeless unit; balance of Rodriguez factors weighs against disclosure |
| 141 | NYCPRIV06335 | Deliberative | DPP b/c reveals discussions about potential Brownsville affordable housing plan; balance of Rodriguez factors weighs against disclosure |
| 142 | NYCPRIV06342 | Deliberative | DPP b/c reveals discussions about potential Brownsville affordable housing plan; balance of Rodriguez factors weighs against disclosure |
| 143 | NYCPRIV06378 | Deliberative | DPP b/c reveals discussions about potential Brownsville affordable housing plan; balance of Rodriguez factors weighs against disclosure |
| 144 | NYCPRIV06382 | Deliberative | DPP b/c reveals discussions about potential East Harlem affordable housing plan; balance of Rodriguez factors weighs against disclosure |
| 145 | NYCPRIV06386 | Legislative;Deliberative | LP not clear; DPP as to top emails b/w and among administrative employees b/c reveals discussions about potential East Harlem plan; balance of Rodriguez factors weighs against disclosure; bottom email not DPP b/c reflects questions from CM; produce in redacted format |

| | | | |
|---|---|---|---|
| 146 | NYCPRIV06393 | Deliberative | DPP b/c reveals discussions about potential East Harlem affordable housing plan; balance of Rodriguez factors weighs against disclosure |
| 147 | NYCPRIV06396 | Deliberative | DPP b/c reveals discussions about potential East Harlem affordable housing plan; balance of Rodriguez factors weighs against disclosure |
| 148 | NYCPRIV06401 | Deliberative | DPP b/c reveals discussions about potential HNY  plan; balance of Rodriguez factors weighs against disclosure |
| 149 | NYCPRIV06418 | Deliberative | DPP b/c reveals discussions about potential East Harlem affordable housing plan; balance of Rodriguez factors weighs against disclosure |
| 150 | NYCPRIV06421 | Deliberative | DPP b/c reveals discussions about potential East Harlem affordable housing plan; balance of Rodriguez factors weighs against disclosure |
| 151 | NYCPRIV06423 | Deliberative | DPP b/c reveals discussions about potential East Harlem affordable housing plan; balance of Rodriguez factors weighs against disclosure |

| | | | |
|---|---|---|---|
| 152 | NYCPRIV06429 | Deliberative | DPP b/c reveals discussions about potential East Harlem affordable housing plan; balance of Rodriguez factors weighs against disclosure |
| 153 | NYCPRIV06438 | Deliberative | DPP b/c reveals discussions about potential East Harlem affordable housing plan; balance of Rodriguez factors weighs against disclosure |
| 154 | NYCPRIV06439 | Deliberative | DPP b/c reveals discussions about potential East Harlem affordable housing plan; balance of Rodriguez factors weighs against disclosure |
| 155 | NYCPRIV06451 | Deliberative | DPP b/c reveals discussions about potential Jerome Ave. plan; balance of Rodriguez factors weighs against disclosure |
| 156 | NYCPRIV06452 | Deliberative | DPP b/c reveals discussions about potential Jerome Ave. plan; balance of Rodriguez factors weighs against disclosure |
| 157 | NYCPRIV06464 | Deliberative | DPP b/c reveals discussions about potential Jerome Ave. plan; balance of Rodriguez factors weighs against disclosure |
| 158 | NYCPRIV06472 | Deliberative | DPP b/c reveals discussions about potential Jerome Ave. plan; balance of Rodriguez factors weighs against disclosure |

| | | | |
|---|---|---|---|
| 159 | NYCPRIV06475 | Deliberative | DPP b/c reveals discussions about potential Jerome Ave. plan; balance of Rodriguez factors weighs against disclosure |
| 160 | NYCPRIV06487 | Deliberative | DPP b/c reveals discussions about potential Jerome Ave. plan; balance of Rodriguez factors weighs against disclosure |
| 161 | NYCPRIV06488 | Legislative;Deliberative | DPP b/c reveals discussions about potential Jerome Ave. plan; balance of Rodriguez factors weighs against disclosure |
| 162 | NYCPRIV06489 | Deliberative | DPP b/c reveals discussions about potential Jerome Ave. plan; balance of Rodriguez factors weighs against disclosure |
| 163 | NYCPRIV06561 | Deliberative | DPP b/c reveals discussions about potential mobility needs assessment and planning; balance of Rodriguez factors weighs against disclosure |
| 164 | | Legislative;Deliberative | Not DPP or LP b/c does not reveal internal deliberations about policy, rather, this is draft communication to CM |
| 165 | | Work Product;Deliberative | WP b/c prepared to evaluate strategy in this litigation and in advance of potential HUD litigation; no substantial need; do not need to reach DP |

| | | | |
|---|---|---|---|
| 166 | NYCPRIV00537 | Deliberative | DPP b/c reveals deliberations about HPD marketing process; balance of Rodriguez factors weighs against disclosure |
| 167 | NYCPRIV01475 | Deliberative | DPP b/c reveals internal discussions about various policy proposals; balance of Rodriguez factors weighs in favor of disclosure |
| 168 | | Deliberative | DPP b/c reveals discussions about potential East Harlem affordable housing plan; balance of Rodriguez factors weighs against disclosure |
| 169 | NYCPRIV05826 | Deliberative | DPP b/c reveals discussions about potential policy on center for faith and community partnership; balance of Rodriguez factors weighs against disclosure |
| 170 | | Deliberative | DPP b/c reveals discussions about potential ENY rezoning; balance of Rodriguez factors weighs against disclosure |
| 171 | NYCPRIV05569 | Deliberative | Not DPP |
| 172 | NYCPRIV02505 | Work Product | WP b/c prepared for this litigation; no substantial need |
| 173 | | Attorney Client;Deliberative | A/C not demonstrated; not DPP b/c does not refect policy discussions, rather it reflects existing policy |
| 174 | | Deliberative | Top email is DPP and balance of Rodriguez factors weighs against disclosure; remainder not DPP b/c does not reflect deliberatons on potential policy; rather, discussion of existing positions and facts to share with CM; produce in redacted format |

| | | | |
|---|---|---|---|
| 175 | | Deliberative | DPP b/c reveals discussions about potential Jerome Ave. plan; balance of Rodriguez factors weighs against disclosure |
| 176 | NYCPRIV05353 | Attorney Client | A/C because it is draft sent to counsel for comment/legal advice |
| 177 | NYCPRIV04129 | Attorney Client | A/C because it is draft sent to counsel for comment/legal advice |
| 178 | NYCPRIV04155 | Attorney Client | A/C because it is draft sent to counsel for comment/legal advice |
| 179 | NYCPRIV05438 | Attorney Client;Deliberative | A/C because it is draft sent to counsel for comment/legal advice; do not need to reach DPP |
| 180 | NYCPRIV04180 | Deliberative | DPP b/c reveals draft and non-final deliberations on housing plan; balance of Rodriguez factors weighs against disclosure |
| 181 | NYCPRIV04182 | Deliberative | DPP b/c reveals deliberations about potential rezoning areas and neighborhood planning projects; balance of Rodriguez factors weighs against disclosure |
| 182 | NYCPRIV04247 | Attorney Client;Work Product | A/C and WP; prepared in anticipation of litigation |
| 183 | NYCPRIV04249 | Attorney Client;Work Product | A/C because it is a draft sent to counsel for comment/legal advice |
| 184 | NYCPRIV04251 | Attorney Client;Work Product | A/C because it is draft sent to counsel for comment/legal advice |
| 185 | NYCPRIV04253 | Attorney Client;Work Product | A/C because it is draft sent to counsel for comment/legal advice |
| 186 | NYCPRIV05444 | Deliberative | DPP b/c reveals preliminary thoughts on 10-year plan; balance of Rodriguez factors weighs against disclosure |

| | | | |
|---|---|---|---|
| 187 | | Deliberative | DPP b/c reveals preliminary thoughts on 10-year plan; balance of Rodriguez factors weighs against disclosure |
| 188 | | Deliberative | Not DPP |
| 189 | NYCPRIV05446 | Deliberative | Not DPP |
| 190 | NYCPRIV04187 | Attorney Client;Deliberative | A/C and DPP; balance of Rodriguez factors weighs against disclosure |
| 191 | NYCPRIV04207 | Attorney Client;Deliberative | A/C b/c reflects legal advice; DPP b/c reflects deliberations about potential rezonings; balance of Rodriguez factors weighs against disclosure |
| 192 | | Deliberative | DPP b/c reflects deliberatios about potential neighborhood strategies; balance of Rodriguez factors weighs against disclosure |
| 193 | NYCPRIV05462 | Deliberative | DPP b/c reflects deliberatios about potential neighborhood strategies; balance of Rodriguez factors weighs against disclosure |
| 194 | NYCPRIV05466 | Deliberative | DPP b/c reflects deliberations about potential preservation program; balance of Rodriguez factors weighs against disclosure |
| 195 | NYCPRIV04214 | Deliberative | Not DPP b/c does not reveal deliberations about policy; rather reveals recommendations about how to build suport for Administration's policy proposal on affordable housing |
| 196 | NYCPRIV04220 | Attorney Client;Deliberative | A/C b/c reflects legal advice; no need to reach DPP |

| | | | |
|---|---|---|---|
| 197 | NYCPRIV04283 | Deliberative | DPP b/c reflects deliberations on potential changes to housing policy and study; balance of Rodriguez factors weighs against disclosure |
| 198 | NYCPRIV04296 | Deliberative | DPP b/c reflects deliberations on 10-year housing plan; balance of Rodriguez factors weighs against disclosure |
| 199 | NYCPRIV04310 | Work Product;Deliberative | WP b/c prepared to assist with strategy in litigation; DPP and balance of Rodriguez factors weighs against disclosure |
| 200 | NYCPRIV04311 | Work Product | WP b/c prepared to assist with strategy in litigation; |
| 201 | NYCPRIV04314 | Work Product;Deliberative | WP b/c prepared to assist with strategy in litigation; DPP and balance of Rodriguez factors weighs against disclosure |
| 202 | NYCPRIV05487 | Deliberative | DPP b/c reflects internal deliberations about various potential policies for affordable housing; balance of Rodriguez factors weighs against disclosure |
| 203 | NYCPRIV05492 | Deliberative | DPP b/c reflects internal deliberations about various potential policies for affordable housing; balance of Rodriguez factors weighs in favor of disclosure |
| 204 | NYCPRIV04371 | Deliberative | DPP b/c reflects internal deliberations about 10-year plan; balance of Rodriguez factors weighs against disclosure |

| | | | |
|---|---|---|---|
| 205 | NYCPRIV04388 | Deliberative | DPP b/c reflects internal discussions about potential changes to procedures in light of new AFFH rule; balance of Rodriguez factors weighs against disclosure |
| 206 | NYCPRIV05527 | Deliberative | Not DPP |
| 207 | NYCPRIV05533 | Deliberative | DPP b/c reveals deliberations about potential new areas for rezoning and affordable housing projects; balance of Rodriguez factors weighs against disclosure |
| 208 | NYCPRIV04413 | Attorney Client;Deliberative | A/C not demonstrated; DPP b/c reflects discussions about MIH policy; balance of Rodriguez factors weighs against disclosure |
| 209 | NYCPRIV04419 | Attorney Client;Deliberative | A/C not shown; DPP b/c reflects internal discussions about potential changes to procedures in light of new AFFH rule; balance of Rodriguez factors weighs against disclosure |
| 210 | NYCPRIV04424 | Deliberative | DPP b/c reflects internal discussions about potential changes to procedures in light of new AFFH rule; balance of Rodriguez factors weighs against disclosure |
| 211 | NYCPRIV04425 | Deliberative | DPP b/c reflects internal discussions about potential changes to procedures in light of new AFFH rule; balance of Rodriguez factors weighs against disclosure |
| 212 | NYCPRIV04433 | Deliberative | DPP b/c reflects discussions/planning on various policies; balance of Rodriguez factors weighs against disclosure |

| | | | |
|---|---|---|---|
| 213 | | Deliberative | DPP b/c reveals internal discussions on MIH; balance of Rodriguez factors weighs against disclosure |
| 214 | NYCPRIV04442 | Deliberative | DPP b/c reveals internal discussions on MIH; balance of Rodriguez factors weighs against disclosure |
| 215 | | Deliberative | DPP b/c reflects internal discussions about potential loan program to rehabilitate certain home/building loans; balance of Rodriguez factors weighs against disclosure |
| 216 | | Deliberative | DPP b/c reflects internal discussions about Multifamily program; balance of Rodriguez factors weighs against disclosure |
| 217 | | Deliberative | DPP b/c reflects internal discussions about potential loan program to rehabilitate certain home/building loans; balance of Rodriguez factors weighs against disclosure |
| 218 | | Deliberative | DPP b/c reflects internal discussions about potential tax credit; balance of Rodriguez factors weighs against disclosure |
| 219 | NYCPRIV04232 | Deliberative | DPP b/c reveals discussion about potential programs to combat landlord harassment; balance of Rodriguez factors weighs against disclosure |
| 220 | NYCPRIV04299 | Deliberative | DPP b/c reflects internal discussions about potential changes to procedures in light of new AFFH rule; balance of Rodriguez factors weighs against disclosure |
| 221 | NYCPRIV05580 | Deliberative | Not DPP b/c merely describing process |
| 222 | NYCPRIV04465 | Deliberative | DPP b/c reveals deliberations about ZQA and MIH; balance of Rodriguez factors weighs against disclosure |

| | | | |
|---|---|---|---|
| 223 | | Deliberative | DPP b/c reveals deliberations about ZQA and MIH; balance of Rodriguez factors weighs against disclosure |
| 224 | NYCPRIV04475 | Attorney Client;Work Product;Deliberative | rezonings; balance of Rodriguez factors weighs against disclosure; A/C and WP not apparent |
| 225 | NYCPRIV04495 | Deliberative | DPP b/c reflects discussion about potential rezonings; balance of Rodriguez factors weighs against disclosure; A/C and WP not apparent |
| 226 | NYCPRIV04516 | Deliberative | DPP b/c reviews non-final deliberations on Con plan; balance of Rodriguez factors weighs against disclosure |
| 227 | NYCPRIV04527 | Deliberative | DPP b/c reviews non-final deliberations on plan; balance of Rodriguez factors weighs against disclosure |
| 228 | NYCPRIV04533 | Attorney Client;Deliberative | A/C and DPP |
| 229 | | Deliberative | DPP b/c reviews non-final deliberations on plan; balance of Rodriguez factors weighs against disclosure |
| 230 | | Deliberative | DPP b/c reviews non-final deliberations on plan; balance of Rodriguez factors weighs against disclosure |
| 231 | | Deliberative | DPP b/c reviews non-final deliberations on plan; balance of Rodriguez factors weighs against disclosure |
| 232 | NYCPRIV04598 | Deliberative | DPP b/c reviews non-final deliberations on plan; balance of Rodriguez factors weighs against disclosure |

| | | | |
|---|---|---|---|
| 233 | | Deliberative | DPP b/c reviews non-final deliberations on plan; balance of Rodriguez factors weighs against disclosure |
| 234 | NYCPRIV04644 | Deliberative | Not DPP b/c does not reveal deliberations about policy; rather reveals recommendations about how to build suport for Administration's policy proposal on affordable housing |
| 235 | NYCPRIV04656 | Deliberative | DPP b/c draft of non-final neighborhood plan for Bay St., Staten Island; balance of Rodriguez factors weighs in favor of production |
| 236 | NYCPRIV04705 | Deliberative | Not DPP |
| 237 | NYCPRIV04710 | Deliberative | DPP b/c reveals deliberations on MIH; balance of Rodriguez factors weighs against disclosure |
| 238 | NYCPRIV05023 | Deliberative | DPP b/c reveals deliberations on 10-year plan; balance of Rodriguez factors weighs against disclosure |
| 239 | NYCPRIV05047 | Deliberative | DPP b/c reveals deliberations on 10-year plan; balance of Rodriguez factors weighs against disclosure |
| 240 | | Deliberative | DPP b/c reveals deliberations on 10-year plan; balance of Rodriguez factors weighs against disclosure |
| 241 | NYCPRIV05096 | Deliberative | Not DPP |
| 242 | NYCPRIV05747 | Deliberative | DPP b/c reveals deliberations on Jerome Ave.; balance of Rodriguez factors weighs against disclosure |
| 243 | NYCPRIV05748 | Deliberative | Not DPP |

| | | | |
|---|---|---|---|
| 244 | NYCPRIV05751 | Deliberative | DPP b/c reflects deliberations about community planning; balance of Rodriguez factors weighs against disclosure |
| 245 | NYCPRIV05112 | Deliberative | DPP b/c reveals deliberations on Faith and Community Partnership; balance of Rodriguez factors weighs against disclosure |
| 246 | NYCPRIV05113 | Deliberative | DPP b/c reveals deliberations on Faith and Community Partnership; balance of Rodriguez factors weighs against disclosure |
| 247 | NYCPRIV05765 | Deliberative | DPP b/c reveals deliberations on Barnett Ave.; balance of Rodriguez factors weighs against disclosure |
| 248 | NYCPRIV05131 | Attorney Client;Work Product;Deliberative | A/C b/c reflects legal advice; WP b/c portion prepared because of anticipated litigation; DPP b/c reveals deliberations on neighborhood rezonings; balance of Rodriguez factors weighs against disclosure |
| 249 | NYCPRIV05133 | Deliberative | Not DPP |
| 250 | NYCPRIV05134 | Deliberative | Not DPP |
| 251 | | Deliberative | DPP b/c reveals deliberations on neighborhood rezonings; balance of Rodriguez factors weighs against disclosure |

| | | | |
|---|---|---|---|
| 252 | NYCPRIV05140 | Attorney Client;Work Product;Deliberative | A/C b/c reflects legal advice; WP b/c portion prepared because of anticipated litigation; DPP b/c reveals deliberations on neighborhood rezonings; balance of Rodriguez factors weighs against disclosure |
| 253 | | Deliberative | DPP b/c reveals delibeations on East Harlem plan; balance of Rodriguez factors weighs against disclosure |
| 254 | | Legislative;Deliberative | Not LP or DPP; email does not reflect deliberatons of administration |
| 255 | NYCPRIV05770 | Deliberative | Not DPP |
| 256 | NYCPRIV05181 | Deliberative | Not DPP |
| 257 | NYCPRIV05774 | Deliberative | DPP re: homeless initiative; balance of Rodriguez factors weighs against disclosure |
| 258 | | Deliberative | DPP re: homeless initiative; balance investment Rodriguez faccommentsrs weighs against disclosure |
| 259 | NYCPRIV05255 | Deliberative | DPP b/c reflectd deliberations about HNY; balance of Rodriguez factors weighs against disclosure |
| 260 | | Work Product | WP b/c prepared in part because of this litigation; no substantial need |
| 261 | NYCPRIV05801 | Attorney Client;Work Product;Deliberative | WP to extent prepared because of this litigaiton; no substantial need; remainder DPP and balance of Rodriguez factors weigh against disclosure |

| | | | |
|---|---|---|---|
| 262 | NYCPRIV05284 | Attorney Client;Work Product;Deliberative | A/C b/c reflects legal advice; WP b/c portion prepared because of anticipated litigation; DPP b/c reveals deliberations on neighborhood rezonings; balance of Rodriguez factors weighs against disclosure |
| 263 | NYCPRIV05040 | Attorney Client;Work Product;Deliberative | A/C b/c reflects legal advice; WP b/c portion prepared because of anticipated litigation; DPP b/c reveals deliberations on neighborhood rezonings; balance of Rodriguez factors weighs against disclosure |
| 264 | NYCPRIV05809 | Deliberative | DPP b/c reveals deliberations on  Barnett Ave.; balance of Rodriguez factors weighs against disclosure |
| 265 | NYCPRIV05810 | Deliberative | Not DPP |
| 266 | NYCPRIV05812 | Deliberative | DPP b/c reveals deliberations on  homeless unit commitment; balance of Rodriguez factors weighs against disclosure |
| 267 | NYCPRIV05813 | Deliberative | DPP b/c reveals deliberations on  homeless unit commitment; balance of Rodriguez factors weighs against disclosure |
| 268 | | Deliberative | DPP b/c reveals deliberations about neighborhood rezonings; balance of Rodriguez factors weighs against disclosure |

| | | | |
|---|---|---|---|
| 269 | NYCPRIV05821 | Attorney Client;Work Product;Deliberative | A/C b/c reflects legal advice; WP b/c portion prepared because of anticipated litigation; DPP b/c reveals deliberations on neighborhood rezonings; balance of Rodriguez factors weighs against disclosure |
| 270 | NYCPRIV05823 | Deliberative | DPP b/c reveals deliberations on faith and community partnership; balance of Rodriguez factors weighs against disclosure |
| 271 | NYCPRIV05828 | Deliberative | DPP b/c reveals deliberations on Barnett Ave.; balance of Rodriguez factors weighs against disclosure |
| 272 | NYCPRIV05331 | Deliberative | DPP b/c non-final draft of plan for ENY; balance of Rodriguez factors weighs against disclosure |
| 273 | | Deliberative | Not DPP |
| 274 | | Attorney Client;Work Product | A/C communication aspect not made clear by City; WP because prepared for this litigation and reveals strategy as to defenses; no substantial need |
| 275 | | Deliberative | DPP b/c reflecting planning for new report of AFFH to HUD; balance of Rodriguez factors weighs against disclosure |
| 276 | | Deliberative | DPP b/c reflects deliberation on rent-setting policy; balance of Rodriguez factors weighs against disclosure |
| 277 | | Deliberative | DPP b/c reflects discussion on Homeowner Repair Assistance program; balance of Rodriguez factors weighs against disclosure |

| | | | |
|---|---|---|---|
| 278 | | Deliberative | DPP b/c reveals internal discussions about HPD PR plans and goals; balance of Rodriguez factors weighs against disclosure |
| 279 | | Deliberative | DPP b/c reveals inernal affordable housing-related policy deliberations; balance of Rodriguez factors weighs against disclosure |
| 280 | | Deliberative | DPP b/c reveals discussions about how to prepare for and comply with new AFFH rule; balance of Rodriguez factors weighs against disclosure |
| 281 | | Deliberative | DPP b/c reveals discussions about how to prepare for and comply with new AFFH rule; balance of Rodriguez factors weighs against disclosure |
| 282 | | Attorney Client;Deliberative | A/C not apparent; not DPP |
| 283 | | Deliberative | DPP b/c reviews non-final deliberations on plan; balance of Rodriguez factors weighs against disclosure |
| 284 | | Attorney Client;Deliberative | A/C b/c draft for legal review |
| 285 | | Deliberative | not DPP |
| 286 | | Deliberative | not DPP |

| | | | |
|---|---|---|---|
| 287 | | Deliberative | DPP b/c draft of plan for partnering with non-profits and community organizations; balance of Rodriguez factors weighs against disclosure |
| 288 | | Deliberative | DPP b/c prospectus of plan a partnering with non-profits proposed community organizations; balance of Rodriguez factors weighs against disclosure |
| 289 | | Deliberative | DPP b/c reflects discussion on Homeowner Repair Assistance program; balance of Rodriguez factors weighs against disclosure |
| 290 | | Deliberative | DPP b/c reflects discussion on community stabilization program; balance of Rodriguez factors weighs against disclosure |
| 291 | | Deliberative | DPP b/c reflects discussion on community stabilization program; balance of Rodriguez factors weighs against disclosure |
| 292 | | Deliberative | Not DPP |
| 293 | | Deliberative | Not DPP |
| 294 | | Deliberative | DPP b/c reflects deliberations about submissions to HUD re: AFFH; balance of Rodriguez factors weighs against disclosure |
| 295 | | Attorney | Not DPP |
| 296 | | Deliberative | DPP b/c includes deliberations on certain policies; balance of Rodriguez factors weighs against disclosure |
| 297 | | Attorney Client;Deliberative | A/C b/c draft for legal review; do not need to reach DPP |
| 298 | | Deliberative | DPP b/c reflects internal deliberations on various policies related to Inwood rezoning; balance of Rodriguez factors weighs in favor of disclosure |

| | | | |
|---|---|---|---|
| 299 | | Deliberative | Not DPP |
| 300 | | Deliberative | DPP b/c reflects deliberations about Jerome Ave.; balance of Rodriguez factors weighs against disclosure |
| 301 | | Deliberative | DPP b/c reflects deliberations about Jerome Ave.; balance of Rodriguez factors weighs against disclosure |
| 302 | | Deliberative | DPP b/c reflects deliberations about Jerome Ave.; balance of Rodriguez factors weighs against disclosure |
| 303 | | Legislative;Deliberative | Not DPP; not LP for City Administration |
| 304 | | Attorney | A/C not aparent; not DPP |
| 305 | | Deliberative | Draft report re: Anti-displacement strategies |
| 306 | | Deliberative | DPP b/c reflects internal deliberations on various rezoning and other housing projects; balance of Rodriguez factors weighs against disclosure |
| 307 | | Deliberative | DPP b/c reflects internal deliberations on non-profit and faith based developers; balance cons Rodriguez facnonrs weighs against disclosure |
| 308 | | Deliberative | DPP b/c reflects internal discussions re: Inwood; balance of Rodriguez factors weighs against disclosure |
| 309 | | Deliberative | DPP b/c reflects internal discussions re: Inwood; balance of Rodriguez factors weighs against disclosure |

| | | | |
|---|---|---|---|
| 310 | | Deliberative | DPP b/c reflects internal discussions re: Inwood; balance of Rodriguez factors weighs in favor of disclosure |
| 311 | | Deliberative | DPP b/c reflects internal deliberations re: Partners in Preservation program; balance of Rodriguez factors weighs against disclosure |
| 312 | | Deliberative | Not DPP |
| 313 | | Deliberative | DPP b/c reflects deliberations on MIH; balance of Rodriguez factors weighs against disclosure |
| 314 | | Deliberative | DPP b/c reflects deliberations about East Harlem plan; balance of Rodriguez factors weighs against disclosure |
| 315 | | Deliberative | DPP b/c reflects deliberations about Browsvill plan; balance of Rodriguez factors weighs against disclosure |
| 316 | | Deliberative | DPP b/c reflects deliberations about Browsvill plan; balance of Rodriguez factors weighs against disclosure |
| 317 | | Deliberative | DPP b/c reveals deliberations about potential rezoning areas and neighborhood planning projects; balance of Rodriguez factors weighs against disclosure |

| | | | |
|---|---|---|---|
| 318 | | Deliberative | DPP in part insofar as it reveals internal discussions re: various planning and proposals for lower East Side development; balance of Rodriguez factors weighs against disclosure; produce in redacted format |
| 319 | | Deliberative | DPP b/c reflects planning discussions on Jerome Ave.; balance of Rodriguez factors weighs against disclosure |
| 320 | | Deliberative | Not DPP |
| 321 | | Deliberative | DPP b/c reflects planning discussions on Jerome Ave.; balance of Rodriguez factors weighs against disclosure |
| 322 | | Deliberative | DPP b/c reflects internal deliberations about potential changes to East Harlem plan; balance of Rodriguez factors weighs in favor of disclosure |
| 323 | | Deliberative | Not DPP |
| 324 | | Deliberative | Not DPP |
| 325 | | Deliberative | DPP b/c reflects internal deliberations about potential changes to East Harlem plan; balance of Rodriguez factors weighs against disclosure |
| 326 | | Legislative;Deliberative | DPP b/c reflects internal deliberations about potential Far Rockaway plan; balance of Rodriguez factors weighs against disclosure; LP not apparent |
| 327 | | Deliberative | DPP b/c reflects internal deliberations about potential Far Rockaway plan; balance of Rodriguez factors weighs against disclosure |

| | | | |
|---|---|---|---|
| 328 | | Deliberative | DPP b/c reflects internal deliberations about potential Far Rockaway plan; balance of Rodriguez factors weighs against disclosure |
| 329 | | Deliberative | DPP b/c reflects internal deliberations about potential Far Rockaway plan; balance of Rodriguez factors weighs against disclosure |
| 330 | | Legislative;Deliberative | DPP b/c reflects internal deliberations about potential East Harlem plan; balance of Rodriguez factors weighs against disclosure; LP not apparent |
| 331 | | Deliberative | DPP b/c reflects internal deliberations about potential changes to Jerome Ave. plan; balance of Rodriguez factors weighs against disclosure |
| 332 | | Deliberative | DPP b/c reveals deliberations on research needed to assist in policy formulation on housing; balance of Rodriguez factors weighs against disclosure |
| 333 | | Deliberative | DPP b/c reveals deliberations on potential creation of neighborhood stabilization unit; balance of factors weighs against disclosure |
| 334 | | Deliberative | DPP b/c reveals deliberatons on HNY plan; balance of Rodriguez factors weighs against disclosure |
| 335 | | Deliberative | DPP b/c reveals deliberatons on HNY plan; balance of Rodriguez factors weighs against disclosure |

| | | | |
|---|---|---|---|
| 336 | | Deliberative | DPP b/c reveals deliberatons on plan to work with non-profit developers; balance of Rodriguez factors weighs in favor of disclosure |
| 337 | | Deliberative | DPP b/c reveals deliberatons on perservation locations; balance of Rodriguez factors weighs against disclosure |
| 338 | | Deliberative | Not DPP |
| 339 | | Deliberative | DPP b/c reflects internal deliberations about potential changes to Jerome Ave. plan; balance of Rodriguez factors weighs against disclosure |
| 340 | | Deliberative | DPP b/c reveals planning on potential partners in preservation initiative; balance of Rodriguez factors weighs against disclosure |
| 341 | | Deliberative | DPP b/c reflects internal deliberations about potential changes to Jerome Ave. plan; balance of Rodriguez factors weighs against disclosure |
| 342 | | Deliberative | DPP b/c reflects internal deliberations about potential changes to Jerome Ave. plan; balance of Rodriguez factors weighs against disclosure |
| 343 | NYCPRIV02199 | Deliberative | DPP b/c reveals planning on ENY plan; balance of Rodriguez factors weighs against disclosure |
| 344 | NYCPRIV00171 | Attorney Client;Work Product;Deliberative | WP b/c prepared in anticipation of potential HUD litigation and for settlement strategy; no substantial need; not A/C; do not need to reach DPP |

| | | | |
|---|---|---|---|
| 345 | NYCPRIV01898 | Legislative;Deliberative | Not DPP or LP b/c does not reveal internal deliberations about policy, rather, this is notes of a meeting |
| 346 | NYCPRIV04729 | Attorney Client | A/C b/c reflects leagal advice requested and conveyed |
| 347 | NYCPRIV05930 | Deliberative | DPP b/c reflect discussions on con plan planning; balance of Rodriguez factors weighs against disclosure |
| 348 | NYCPRIV05945 | Deliberative | DPP b/c reflect discussions on con plan planning; balance of Rodriguez factors weighs against disclosure |
| 349 | NYCPRIV05955 | Deliberative | Not DPP b/c does not reveal deliberations about policy; rather reveals work assignments |
| 350 | NYCPRIV06065 | Attorney Client;Deliberative | A/C b/c reveals discussion with counsel re: regulatory compliance and pending legislation and impact on policy; no need to reach DPP |