UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SHAUNA NOEL and EMMANUELLA SENAT,

        Plaintiffs,

    -against-

CITY OF NEW YORK,

        Defendant.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2019

**ORDER**

**15-CV-05236 (LTS) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On November 25, 2019, the parties appeared for a status conference.  As discussed on the record, the following order is entered:

**Response Letter.**  Plaintiffs' response, if any, to the City's November 25, 2019 letter (ECF No. 839) is due by **December 3, 2019**.

**Document Production.**  The City is directed to produce an informal copy of the document discussed during today's conference as soon as practicable.

**Expert Discovery.**  To the extent that the City anticipates any changes to their expert's submissions, the City is directed to file a letter on ECF informing Plaintiffs and the Court as to the changes as soon as practicable but no later than **December 6, 2019**.  Any changes to the expert report also shall be produced to Plaintiffs by **December 6, 2019**.

**SO ORDERED.**

Dated: November 25, 2019
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge