UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SHAUNA NOEL and EMMANUELLA SENAT,

                Plaintiffs,

  -against-

CITY OF NEW YORK,

                Defendant.
----------------------------------------------------------------X

**ORDER CONVERTING STATUS CONFERENCE TO A TELEPHONE CONFERENCE**

**15-CV-05236 (LTS) (KHP)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/21/2020

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Status Conference in this matter scheduled for **Wednesday, January 22, 2020 at 2:00 p.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line. Please dial 212-805-0234.

    **SO ORDERED.**

Dated: January 21, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge