USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SHAUNA NOEL and EMMANUELLA SENAT,

            Plaintiffs,

  -against-

CITY OF NEW YORK,

            Defendant.
-------------------------------------------------------------------X

**ORDER**

**15-CV-05236 (LTS) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On January 22, 2020, the parties appeared telephonically for a status conference. As discussed on the record, the parties shall provide a status letter by no later than **February 5, 2020** regarding the necessity of additional time to brief anticipated dispositive motions in light of information from Dr. Beveridge's supplemental report.

**SO ORDERED.**

Dated: January 22, 2020
       New York, New York

                                   KATHARINE H. PARKER
                                   United States Magistrate Judge