UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

NOEL ET AL.,

                            Plaintiff(s),                 15-CV-5236-LTS- KHP

    -v-

CITY OF NEW YORK ET AL.,

                            Defendant(s).
-------------------------------------------------------------X

## ORDER

In light of the anticipated summary judgement motion, the final pretrial conference scheduled for March 13, 2020, is rescheduled to a control date of **Friday, November 20, 2020, at 11:30 a.m.** The related consultation and submission deadlines are suspended pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       March 4, 2020

                                                        /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                                       United States District Judge