## Exhibit 3 - Projects by CD Typology, with CD Typology Demographic Data

| CD Typology | CD Preference Area | HC Project No. | No. of Lottery Awards | CD Preference Area Population | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Population | % White | % Black | % Asian | % Hispanic | % All Other |
| Majority Hispanic | BK04 | 28 | 8 | 140,999 | 16.22 | 20.16 | 6.15 | 55.79 | 1.68 |
| Majority Hispanic | BK04 | 90 | 17 | 140,999 | 16.22 | 20.16 | 6.15 | 55.79 | 1.68 |
| Majority Hispanic | BK04 | 117 | 3 | 140,999 | 16.22 | 20.16 | 6.15 | 55.79 | 1.68 |
| Majority Hispanic | BK04 | 132 | 3 | 140,999 | 16.22 | 20.16 | 6.15 | 55.79 | 1.68 |
| Majority Hispanic | BK04 | 135 | 3 | 140,999 | 16.22 | 20.16 | 6.15 | 55.79 | 1.68 |
| Majority Hispanic | BK04 | 301 | 3 | 140,999 | 16.22 | 20.16 | 6.15 | 55.79 | 1.68 |
| Majority Hispanic | BX01 | 85 | 157 | 110,923 | 1.89 | 28.88 | 0.62 | 67.17 | 1.44 |
| Majority Hispanic | BX01 | 91 | 125 | 110,923 | 1.89 | 28.88 | 0.62 | 67.17 | 1.44 |
| Majority Hispanic | BX01 | 100 | 13 | 110,923 | 1.89 | 28.88 | 0.62 | 67.17 | 1.44 |
| Majority Hispanic | BX01 | 253 | 135 | 110,923 | 1.89 | 28.88 | 0.62 | 67.17 | 1.44 |
| Majority Hispanic | BX01 | 257 | 133 | 110,923 | 1.89 | 28.88 | 0.62 | 67.17 | 1.44 |
| Majority Hispanic | BX01 | 261 | 64 | 110,923 | 1.89 | 28.88 | 0.62 | 67.17 | 1.44 |
| Majority Hispanic | BX02 | 5 | 38 | 57,278 | 1.12 | 25.66 | 0.78 | 71.44 | 0.99 |
| Majority Hispanic | BX02 | 126 | 140 | 57,278 | 1.12 | 25.66 | 0.78 | 71.44 | 0.99 |
| Majority Hispanic | BX03 | 8 | 151 | 64,405 | 1.20 | 37.32 | 0.63 | 59.80 | 1.04 |
| Majority Hispanic | BX03 | 23 | 20 | 64,405 | 1.20 | 37.32 | 0.63 | 59.80 | 1.04 |
| Majority Hispanic | BX03 | 93 | 17 | 64,405 | 1.20 | 37.32 | 0.63 | 59.80 | 1.04 |
| Majority Hispanic | BX03 | 120 | 66 | 64,405 | 1.20 | 37.32 | 0.63 | 59.80 | 1.04 |
| Majority Hispanic | BX03 | 147 | 64 | 64,405 | 1.20 | 37.32 | 0.63 | 59.80 | 1.04 |
| Majority Hispanic | BX03 | 196 | 209 | 64,405 | 1.20 | 37.32 | 0.63 | 59.80 | 1.04 |
| Majority Hispanic | BX03 | 250 | 77 | 64,405 | 1.20 | 37.32 | 0.63 | 59.80 | 1.04 |
| Majority Hispanic | BX03 | 275 | 147 | 64,405 | 1.20 | 37.32 | 0.63 | 59.80 | 1.04 |
| Majority Hispanic | BX03 | 289 | 5 | 64,405 | 1.20 | 37.32 | 0.63 | 59.80 | 1.04 |
| Majority Hispanic | BX03 | 316 | 112 | 64,405 | 1.20 | 37.32 | 0.63 | 59.80 | 1.04 |
| Majority Hispanic | BX03, BX04 | 18 | 45 | 223,477 | 1.56 | 31.65 | 1.42 | 63.88 | 1.49 |
| Majority Hispanic | BX04 | 11 | 83 | 159,072 | 1.71 | 29.35 | 1.74 | 65.53 | 1.67 |
| Majority Hispanic | BX04 | 22 | 111 | 159,072 | 1.71 | 29.35 | 1.74 | 65.53 | 1.67 |
| Majority Hispanic | BX04 | 216 | 15 | 159,072 | 1.71 | 29.35 | 1.74 | 65.53 | 1.67 |
| Majority Hispanic | BX04 | 218 | 8 | 159,072 | 1.71 | 29.35 | 1.74 | 65.53 | 1.67 |
| Majority Hispanic | BX04 | 219 | 8 | 159,072 | 1.71 | 29.35 | 1.74 | 65.53 | 1.67 |
| Majority Hispanic | BX04 | 284 | 56 | 159,072 | 1.71 | 29.35 | 1.74 | 65.53 | 1.67 |
| Majority Hispanic | BX04, BX09 | 247 | 101 | 342,200 | 2.16 | 29.64 | 4.38 | 61.49 | 2.33 |
| Majority Hispanic | BX05 | 84 | 19 | 143,861 | 1.47 | 25.24 | 1.61 | 70.46 | 1.22 |
| Majority Hispanic | BX05 | 102 | 7 | 143,861 | 1.47 | 25.24 | 1.61 | 70.46 | 1.22 |
| Majority Hispanic | BX05 | 107 | 20 | 143,861 | 1.47 | 25.24 | 1.61 | 70.46 | 1.22 |
| Majority Hispanic | BX05 | 131 | 14 | 143,861 | 1.47 | 25.24 | 1.61 | 70.46 | 1.22 |
| Majority Hispanic | BX05 | 171 | 49 | 143,861 | 1.47 | 25.24 | 1.61 | 70.46 | 1.22 |
| Majority Hispanic | BX05 | 320 | 5 | 143,861 | 1.47 | 25.24 | 1.61 | 70.46 | 1.22 |
| Majority Hispanic | BX05, BX09 | 277 | 28 | 326,988 | 2.08 | 27.84 | 4.44 | 63.47 | 2.16 |
| Majority Hispanic | BX06 | 20 | 139 | 95,483 | 6.69 | 26.16 | 1.16 | 64.79 | 1.20 |
| Majority Hispanic | BX06 | 27 | 20 | 95,483 | 6.69 | 26.16 | 1.16 | 64.79 | 1.20 |
| Majority Hispanic | BX06 | 145 | 10 | 95,483 | 6.69 | 26.16 | 1.16 | 64.79 | 1.20 |
| Majority Hispanic | BX06 | 181 | 42 | 95,483 | 6.69 | 26.16 | 1.16 | 64.79 | 1.20 |
| Majority Hispanic | BX06 | 313 | 7 | 95,483 | 6.69 | 26.16 | 1.16 | 64.79 | 1.20 |

| CD Typology | CD Preference Area | HC Project No. | No. of Lottery Awards | CD Preference Area Population | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Population | % White | % Black | % Asian | % Hispanic | % All Other |
| Majority Hispanic | BX07 | 114 | 7 | 136,568 | 6.35 | 16.21 | 5.22 | 70.24 | 1.98 |
| Majority Hispanic | BX07 | 116 | 18 | 136,568 | 6.35 | 16.21 | 5.22 | 70.24 | 1.98 |
| Majority Hispanic | BX07 | 199 | 56 | 136,568 | 6.35 | 16.21 | 5.22 | 70.24 | 1.98 |
| Majority Hispanic | BX09 | 118 | 106 | 183,128 | 2.56 | 29.89 | 6.67 | 57.97 | 2.90 |
| Majority Hispanic | BX09 | 141 | 95 | 183,128 | 2.56 | 29.89 | 6.67 | 57.97 | 2.90 |
| Majority Hispanic | MN12 | 92 | 6 | 220,205 | 18.30 | 9.03 | 2.67 | 68.34 | 1.67 |
| Majority Hispanic | MN12 | 110 | 41 | 220,205 | 18.30 | 9.03 | 2.67 | 68.34 | 1.67 |
| Majority Hispanic | QN04 | 86 | 6 | 178,010 | 6.70 | 6.30 | 33.14 | 52.22 | 1.64 |
| Majority Asian | QN07 | 16 | 142 | 242,159 | 24.95 | 2.14 | 53.04 | 17.58 | 2.29 |
| Majority Black | BK02, BK03, BK08, BK16 | 185 | 51 | 438,627 | 23.44 | 52.35 | 4.97 | 16.30 | 2.94 |
| Majority Black | BK03 | 95 | 47 | 135,201 | 19.43 | 56.78 | 3.41 | 17.96 | 2.41 |
| Majority Black | BK03 | 148 | 8 | 135,201 | 19.43 | 56.78 | 3.41 | 17.96 | 2.41 |
| Majority Black | BK03 | 180 | 7 | 135,201 | 19.43 | 56.78 | 3.41 | 17.96 | 2.41 |
| Majority Black | BK03, BK08 | 99 | 16 | 231,813 | 19.18 | 58.52 | 3.67 | 15.81 | 2.82 |
| Majority Black | BK03, BK08 | 150 | 14 | 231,813 | 19.18 | 58.52 | 3.67 | 15.81 | 2.82 |
| Majority Black | BK05 | 24 | 22 | 179,274 | 3.31 | 55.49 | 3.74 | 35.16 | 2.30 |
| Majority Black | BK05 | 125 | 143 | 179,274 | 3.31 | 55.49 | 3.74 | 35.16 | 2.30 |
| Majority Black | BK05 | 170 | 221 | 179,274 | 3.31 | 55.49 | 3.74 | 35.16 | 2.30 |
| Majority Black | BK05 | 272 | 255 | 179,274 | 3.31 | 55.49 | 3.74 | 35.16 | 2.30 |
| Majority Black | BK05 | 279 | 189 | 179,274 | 3.31 | 55.49 | 3.74 | 35.16 | 2.30 |
| Majority Black | BK08 | 88 | 78 | 96,613 | 18.83 | 60.96 | 4.04 | 12.79 | 3.38 |
| Majority Black | BK08 | 258 | 23 | 96,613 | 18.83 | 60.96 | 4.04 | 12.79 | 3.38 |
| Majority Black | BK09 | 182 | 5 | 110,329 | 23.05 | 63.33 | 2.06 | 9.09 | 2.47 |
| Majority Black | BK16 | 140 | 33 | 83,109 | 2.94 | 72.70 | 1.67 | 21.33 | 1.37 |
| Majority Black | BK16 | 186 | 39 | 83,109 | 2.94 | 72.70 | 1.67 | 21.33 | 1.37 |
| Majority Black | BK16 | 206 | 71 | 83,109 | 2.94 | 72.70 | 1.67 | 21.33 | 1.37 |
| Majority Black | BK16 | 237 | 86 | 83,109 | 2.94 | 72.70 | 1.67 | 21.33 | 1.37 |
| Majority Black | BX12 | 124 | 201 | 176,849 | 6.27 | 61.70 | 3.45 | 26.07 | 2.51 |
| Majority Black | BX12 | 198 | 61 | 176,849 | 6.27 | 61.70 | 3.45 | 26.07 | 2.51 |
| Majority Black | BX12 | 263 | 59 | 176,849 | 6.27 | 61.70 | 3.45 | 26.07 | 2.51 |
| Majority Black | BX12 | 286 | 14 | 176,849 | 6.27 | 61.70 | 3.45 | 26.07 | 2.51 |
| Majority Black | MN10 | 10 | 51 | 112,939 | 14.68 | 54.86 | 3.07 | 24.17 | 3.22 |
| Majority Black | MN10 | 12 | 28 | 112,939 | 14.68 | 54.86 | 3.07 | 24.17 | 3.22 |
| Majority Black | MN10 | 89 | 99 | 112,939 | 14.68 | 54.86 | 3.07 | 24.17 | 3.22 |
| Majority Black | MN10 | 106 | 18 | 112,939 | 14.68 | 54.86 | 3.07 | 24.17 | 3.22 |
| Majority Black | MN10 | 109 | 20 | 112,939 | 14.68 | 54.86 | 3.07 | 24.17 | 3.22 |
| Majority Black | MN10 | 137 | 17 | 112,939 | 14.68 | 54.86 | 3.07 | 24.17 | 3.22 |
| Majority Black | MN10 | 146 | 10 | 112,939 | 14.68 | 54.86 | 3.07 | 24.17 | 3.22 |
| Majority Black | MN10 | 176 | 49 | 112,939 | 14.68 | 54.86 | 3.07 | 24.17 | 3.22 |
| Majority Black | MN10 | 201 | 20 | 112,939 | 14.68 | 54.86 | 3.07 | 24.17 | 3.22 |
| Majority Black | MN10 | 226 | 34 | 112,939 | 14.68 | 54.86 | 3.07 | 24.17 | 3.22 |
| Majority Black | MN10 | 231 | 46 | 112,939 | 14.68 | 54.86 | 3.07 | 24.17 | 3.22 |
| Majority Black | MN10 | 260 | 30 | 112,939 | 14.68 | 54.86 | 3.07 | 24.17 | 3.22 |

| CD Typology | CD Preference Area | HC Project No. | No. of Lottery Awards | CD Preference Area Population ||||||
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Population | % White | % Black | % Asian | % Hispanic | % All Other |
| Majority Black | MN10 | 278 | 44 | 112,939 | 14.68 | 54.86 | 3.07 | 24.17 | 3.22 |
| Majority Black | QN12 | 82 | 46 | 239,955 | 1.62 | 64.01 | 10.64 | 16.06 | 7.67 |
| Majority Black | QN12 | 83 | 100 | 239,955 | 1.62 | 64.01 | 10.64 | 16.06 | 7.67 |
| Majority Black | QN12 | 173 | 53 | 239,955 | 1.62 | 64.01 | 10.64 | 16.06 | 7.67 |
| Majority White | BK01 | 4 | 78 | 187,804 | 60.08 | 5.69 | 6.74 | 25.14 | 2.35 |
| Majority White | BK01 | 14 | 45 | 187,804 | 60.08 | 5.69 | 6.74 | 25.14 | 2.35 |
| Majority White | BK01 | 87 | 4 | 187,804 | 60.08 | 5.69 | 6.74 | 25.14 | 2.35 |
| Majority White | BK01 | 94 | 105 | 187,804 | 60.08 | 5.69 | 6.74 | 25.14 | 2.35 |
| Majority White | BK01 | 115 | 38 | 187,804 | 60.08 | 5.69 | 6.74 | 25.14 | 2.35 |
| Majority White | BK01 | 195 | 19 | 187,804 | 60.08 | 5.69 | 6.74 | 25.14 | 2.35 |
| Majority White | BK01 | 211 | 92 | 187,804 | 60.08 | 5.69 | 6.74 | 25.14 | 2.35 |
| Majority White | BK01 | 212 | 7 | 187,804 | 60.08 | 5.69 | 6.74 | 25.14 | 2.35 |
| Majority White | BK01 | 225 | 32 | 187,804 | 60.08 | 5.69 | 6.74 | 25.14 | 2.35 |
| Majority White | BK01 | 230 | 30 | 187,804 | 60.08 | 5.69 | 6.74 | 25.14 | 2.35 |
| Majority White | BK01 | 232 | 95 | 187,804 | 60.08 | 5.69 | 6.74 | 25.14 | 2.35 |
| Majority White | BK01 | 256 | 3 | 187,804 | 60.08 | 5.69 | 6.74 | 25.14 | 2.35 |
| Majority White | BK01 | 267 | 3 | 187,804 | 60.08 | 5.69 | 6.74 | 25.14 | 2.35 |
| Majority White | BK01 | 268 | 7 | 187,804 | 60.08 | 5.69 | 6.74 | 25.14 | 2.35 |
| Majority White | BK01 | 281 | 10 | 187,804 | 60.08 | 5.69 | 6.74 | 25.14 | 2.35 |
| Majority White | BK01 | 304 | 39 | 187,804 | 60.08 | 5.69 | 6.74 | 25.14 | 2.35 |
| Majority White | BK01 | 310 | 102 | 187,804 | 60.08 | 5.69 | 6.74 | 25.14 | 2.35 |
| Majority White | BK06 | 188 | 3 | 131,658 | 62.60 | 9.13 | 6.71 | 16.77 | 4.79 |
| Majority White | BK13 | 9 | 111 | 113,667 | 56.36 | 11.33 | 14.39 | 15.39 | 2.54 |
| Majority White | MN01 | 202 | 22 | 73,927 | 63.92 | 3.55 | 21.05 | 7.43 | 4.04 |
| Majority White | MN02 | 255 | 29 | 80,194 | 75.91 | 2.04 | 12.92 | 5.96 | 3.17 |
| Majority White | MN02 | 270 | 41 | 80,194 | 75.91 | 2.04 | 12.92 | 5.96 | 3.17 |
| Majority White | MN04 | 7 | 40 | 89,295 | 56.48 | 7.92 | 14.78 | 18.37 | 2.45 |
| Majority White | MN04 | 17 | 78 | 89,295 | 56.48 | 7.92 | 14.78 | 18.37 | 2.45 |
| Majority White | MN04 | 19 | 142 | 89,295 | 56.48 | 7.92 | 14.78 | 18.37 | 2.45 |
| Majority White | MN04 | 172 | 117 | 89,295 | 56.48 | 7.92 | 14.78 | 18.37 | 2.45 |
| Majority White | MN04 | 193 | 51 | 89,295 | 56.48 | 7.92 | 14.78 | 18.37 | 2.45 |
| Majority White | MN04 | 251 | 60 | 89,295 | 56.48 | 7.92 | 14.78 | 18.37 | 2.45 |
| Majority White | MN04 | 262 | 17 | 89,295 | 56.48 | 7.92 | 14.78 | 18.37 | 2.45 |
| Majority White | MN04 | 285 | 34 | 89,295 | 56.48 | 7.92 | 14.78 | 18.37 | 2.45 |
| Majority White | MN04 | 287 | 61 | 89,295 | 56.48 | 7.92 | 14.78 | 18.37 | 2.45 |
| Majority White | MN04 | 298 | 85 | 89,295 | 56.48 | 7.92 | 14.78 | 18.37 | 2.45 |
| Majority White | MN05 | 142 | 64 | 106,409 | 65.32 | 3.31 | 19.08 | 9.16 | 3.13 |
| Majority White | MN05 | 224 | 61 | 106,409 | 65.32 | 3.31 | 19.08 | 9.16 | 3.13 |
| Majority White | MN05 | 269 | 43 | 106,409 | 65.32 | 3.31 | 19.08 | 9.16 | 3.13 |
| Majority White | MN06 | 133 | 19 | 109,621 | 68.51 | 3.43 | 14.95 | 9.83 | 3.27 |
| Majority White | MN06 | 189 | 14 | 109,621 | 68.51 | 3.43 | 14.95 | 9.83 | 3.27 |
| Majority White | MN07 | 136 | 55 | 170,171 | 65.15 | 6.25 | 9.03 | 16.93 | 2.63 |
| Majority White | MN07 | 194 | 127 | 170,171 | 65.15 | 6.25 | 9.03 | 16.93 | 2.63 |
| Majority White | MN08 | 208 | 48 | 217,906 | 75.64 | 2.33 | 9.88 | 9.46 | 2.69 |

| CD Typology | CD Preference Area | HC Project No. | No. of Lottery Awards | CD Preference Area Population | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Population | % White | % Black | % Asian | % Hispanic | % All Other |
| Plurality Hispanic | BX08 | 290 | 7 | 92,586 | 38.85 | 10.07 | 4.32 | 44.05 | 2.70 |
| Plurality Hispanic | MN09 | 29 | 98 | 102,003 | 26.47 | 22.08 | 8.58 | 39.43 | 3.44 |
| Plurality Hispanic | MN09 | 179 | 21 | 102,003 | 26.47 | 22.08 | 8.58 | 39.43 | 3.44 |
| Plurality Hispanic | MN09 | 223 | 77 | 102,003 | 26.47 | 22.08 | 8.58 | 39.43 | 3.44 |
| Plurality Hispanic | MN09 | 229 | 65 | 102,003 | 26.47 | 22.08 | 8.58 | 39.43 | 3.44 |
| Plurality Hispanic | MN11 | 2 | 36 | 157,002 | 16.25 | 33.36 | 7.44 | 40.66 | 2.29 |
| Plurality Hispanic | MN11 | 13 | 170 | 157,002 | 16.25 | 33.36 | 7.44 | 40.66 | 2.29 |
| Plurality Hispanic | MN11 | 21 | 119 | 157,002 | 16.25 | 33.36 | 7.44 | 40.66 | 2.29 |
| Plurality Hispanic | MN11 | 96 | 89 | 157,002 | 16.25 | 33.36 | 7.44 | 40.66 | 2.29 |
| Plurality Hispanic | MN11 | 108 | 87 | 157,002 | 16.25 | 33.36 | 7.44 | 40.66 | 2.29 |
| Plurality Hispanic | MN11 | 138 | 31 | 157,002 | 16.25 | 33.36 | 7.44 | 40.66 | 2.29 |
| Plurality Hispanic | MN11 | 215 | 7 | 157,002 | 16.25 | 33.36 | 7.44 | 40.66 | 2.29 |
| Plurality Hispanic | MN11 | 222 | 16 | 157,002 | 16.25 | 33.36 | 7.44 | 40.66 | 2.29 |
| Plurality Hispanic | MN11 | 236 | 3 | 157,002 | 16.25 | 33.36 | 7.44 | 40.66 | 2.29 |
| Plurality Hispanic | MN11 | 248 | 2 | 157,002 | 16.25 | 33.36 | 7.44 | 40.66 | 2.29 |
| Plurality Hispanic | QN02 | 111 | 911 | 122,814 | 29.53 | 2.01 | 31.67 | 34.25 | 2.54 |
| Plurality Hispanic | QN02 | 299 | 25 | 122,814 | 29.53 | 2.01 | 31.67 | 34.25 | 2.54 |
| Plurality Hispanic | QN09 | 1 | 96 | 140,472 | 16.45 | 5.91 | 27.13 | 43.21 | 7.30 |
| Plurality Black | BK01, BK03, BK04, BK05, BK16, BK17 | 210 | 29 | 861,514 | 20.14 | 45.72 | 4.17 | 27.92 | 2.06 |
| Plurality Black | BK03, BK04, BK16 | 192 | 19 | 359,308 | 14.36 | 46.09 | 4.08 | 33.58 | 1.88 |
| Plurality Black | BX06, BX12 | 75 | 27 | 272,332 | 6.42 | 49.24 | 2.65 | 39.65 | 2.05 |
| Plurality Black | MN09, MN10 | 105 | 22 | 214,942 | 20.28 | 39.30 | 5.68 | 31.41 | 3.32 |
| Plurality Black | MN10, MN11 | 121 | 12 | 269,941 | 15.60 | 42.36 | 5.61 | 33.76 | 2.68 |
| Plurality Black | MN10, MN11 | 234 | 13 | 269,941 | 15.60 | 42.36 | 5.61 | 33.76 | 2.68 |
| Plurality Black | QN14 | 311 | 52 | 123,012 | 35.09 | 35.14 | 3.46 | 24.40 | 1.92 |
| Plurality Black | QN14 | 317 | 100 | 123,012 | 35.09 | 35.14 | 3.46 | 24.40 | 1.92 |
| Plurality White | BK02 | 149 | 19 | 123,705 | 45.20 | 27.12 | 9.62 | 13.84 | 4.21 |
| Plurality White | BK02 | 183 | 197 | 123,705 | 45.20 | 27.12 | 9.62 | 13.84 | 4.21 |
| Plurality White | BK02 | 220 | 220 | 123,705 | 45.20 | 27.12 | 9.62 | 13.84 | 4.21 |
| Plurality White | BK02 | 315 | 23 | 123,705 | 45.20 | 27.12 | 9.62 | 13.84 | 4.21 |
| Plurality White | BK02, BK03, BK06, BK08 | 276 | 170 | 487,176 | 37.52 | 37.20 | 6.01 | 15.57 | 3.70 |
| Plurality White | BK02, BK06, BK07 | 98 | 8 | 369,694 | 45.57 | 13.13 | 12.37 | 25.21 | 3.72 |
| Plurality White | MN03 | 80 | 30 | 165,962 | 35.64 | 6.87 | 30.32 | 24.27 | 2.88 |
| Plurality White | MN03 | 175 | 16 | 165,962 | 35.64 | 6.87 | 30.32 | 24.27 | 2.88 |
| Plurality White | QN01 | 25 | 105 | 181,668 | 45.86 | 8.36 | 16.12 | 26.85 | 2.81 |
| Plurality White | QN01 | 271 | 5 | 181,668 | 45.86 | 8.36 | 16.12 | 26.85 | 2.81 |
| Plurality White | QN01 | 300 | 5 | 181,668 | 45.86 | 8.36 | 16.12 | 26.85 | 2.81 |