**Exhibit 4 - CD Typologies, with Project Counts and Demographics**

| CD Typology | No. of Lotteries | % White | % Black | % Asian | % Hispanic | % All Other |
|---|---|---|---|---|---|---|
| Majority White | 40 | 60.65 | 6.34 | 11.67 | 18.78 | 2.56 |
| Majority Black | 38 | 7.66 | 58.97 | 3.98 | 26.44 | 2.96 |
| Majority Hispanic | 52 | 2.62 | 30.24 | 1.75 | 63.95 | 1.45 |
| Majority Asian | 1 | 24.95 | 2.14 | 53.04 | 17.58 | 2.29 |
| Plurality White | 11 | 43.11 | 25.26 | 11.01 | 16.80 | 3.82 |
| Plurality Black | 8 | 26.27 | 39.40 | 3.87 | 28.33 | 2.13 |
| Plurality Hispanic | 18 | 24.46 | 14.50 | 20.80 | 37.41 | 2.84 |
| All Lotteries | 168 | 23.32 | 28.58 | 9.17 | 36.46 | 2.48 |