**Exhibit 5 – Distribution of NYC White Population by Census tract and CD boundaries overlaid (2013-17 ACS)**

