**Exhibit 9 - Demographic Distribution of Entrants by Insiders, Outsiders, and Total, and by CD Typology**

**Section 1a - Demographic Distribution of Insider Entrants by CD Typology (counts)**

| CD Typology | White | Black | Hispanic | Asian | Refused | All Other | Total |
|---|---|---|---|---|---|---|---|
| Majority White | 16,025 | 6,619 | 26,288 | 3,108 | 4,426 | 3,877 | 60,343 |
| Majority Black | 3,071 | 72,485 | 24,802 | 1,812 | 7,443 | 8,579 | 118,192 |
| Majority Hispanic | 1,197 | 26,785 | 49,692 | 1,027 | 3,712 | 3,605 | 86,018 |
| Majority Asian | 92 | 137 | 612 | 2,953 | 286 | 279 | 4,359 |
| Plurality White | 3,519 | 10,875 | 7,054 | 1,890 | 2,320 | 2,341 | 27,999 |
| Plurality Black | 1,393 | 18,809 | 9,941 | 406 | 2,077 | 2,452 | 35,078 |
| Plurality Hispanic | 2,700 | 9,987 | 15,556 | 2,106 | 2,105 | 2,531 | 34,985 |
| All Typologies | 27,997 | 145,697 | 133,945 | 13,302 | 22,369 | 23,664 | 366,974 |

**Section 1b - Demographic Distribution of Insider Entrants** (demographic group as percentage of all insiders in CD typology)

| CD Typology | White | Black | Hispanic | Asian | Refused | All Other | Total |
|---|---|---|---|---|---|---|---|
| Majority White | 26.56% | 10.97% | 43.56% | 5.15% | 7.33% | 6.42% | 100.00% |
| Majority Black | 2.60% | 61.33% | 20.98% | 1.53% | 6.30% | 7.26% | 100.00% |
| Majority Hispanic | 1.39% | 31.14% | 57.77% | 1.19% | 4.32% | 4.19% | 100.00% |
| Majority Asian | 2.11% | 3.14% | 14.04% | 67.74% | 6.56% | 6.40% | 100.00% |
| Plurality White | 12.57% | 38.84% | 25.19% | 6.75% | 8.29% | 8.36% | 100.00% |
| Plurality Black | 3.97% | 53.62% | 28.34% | 1.16% | 5.92% | 6.99% | 100.00% |
| Plurality Hispanic | 7.72% | 28.55% | 44.46% | 6.02% | 6.02% | 7.23% | 100.00% |
| All Typologies | 7.63% | 39.70% | 36.50% | 3.62% | 6.10% | 6.45% | 100.00% |

**Section 2a - Demographic Distribution of Outsider Entrants by CD Typology  (counts)**

| CD Typology | White | Black | Hispanic | Asian | Refused | All Other | Total |
|---|---|---|---|---|---|---|---|
| Majority White | 219,449 | 760,550 | 785,431 | 159,335 | 134,893 | 165,635 | 2,225,293 |
| Majority Black | 93,625 | 659,585 | 574,103 | 73,383 | 89,439 | 111,174 | 1,601,309 |
| Majority Hispanic | 57,655 | 587,510 | 625,930 | 50,259 | 72,715 | 90,236 | 1,484,305 |
| Majority Asian | 1,419 | 11,578 | 11,499 | 5,188 | 2,346 | 1,963 | 33,993 |
| Plurality White | 48,754 | 198,748 | 171,111 | 34,270 | 33,102 | 39,618 | 525,603 |
| Plurality Black | 17,607 | 104,636 | 96,621 | 14,152 | 14,080 | 19,006 | 266,102 |
| Plurality Hispanic | 52,041 | 272,484 | 281,501 | 39,713 | 43,428 | 52,979 | 742,146 |
| All Typologies | 490,550 | 2,595,091 | 2,546,196 | 376,300 | 390,003 | 480,611 | 6,878,751 |

**Section 2b - Demographic Distribution of Outsider Entrants** (demographic group as percentage of all outsiders in CD typology)

| CD Typology | White | Black | Hispanic | Asian | Refused | All Other | Total |
|---|---|---|---|---|---|---|---|
| Majority White | 9.86% | 34.18% | 35.30% | 7.16% | 6.06% | 7.44% | 100.00% |
| Majority Black | 5.85% | 41.19% | 35.85% | 4.58% | 5.59% | 6.94% | 100.00% |
| Majority Hispanic | 3.88% | 39.58% | 42.17% | 3.39% | 4.90% | 6.08% | 100.00% |
| Majority Asian | 4.17% | 34.06% | 33.83% | 15.26% | 6.90% | 5.77% | 100.00% |
| Plurality White | 9.28% | 37.81% | 32.56% | 6.52% | 6.30% | 7.54% | 100.00% |
| Plurality Black | 6.62% | 39.32% | 36.31% | 5.32% | 5.29% | 7.14% | 100.00% |
| Plurality Hispanic | 7.01% | 36.72% | 37.93% | 5.35% | 5.85% | 7.14% | 100.00% |
| All Typologies | 7.13% | 37.73% | 37.02% | 5.47% | 5.67% | 6.99% | 100.00% |

**Section 3a - Demographic Distribution of All Entrants by CD Typology  (counts)**

| CD Typology | White | Black | Hispanic | Asian | Refused | All Other | Total |
|---|---|---|---|---|---|---|---|
| Majority White | 235,474 | 767,169 | 811,719 | 162,443 | 139,319 | 169,512 | 2,285,636 |
| Majority Black | 96,696 | 732,070 | 598,905 | 75,195 | 96,882 | 119,753 | 1,719,501 |
| Majority Hispanic | 58,852 | 614,295 | 675,622 | 51,286 | 76,427 | 93,841 | 1,570,323 |
| Majority Asian | 1,511 | 11,715 | 12,111 | 8,141 | 2,632 | 2,242 | 38,352 |
| Plurality White | 52,273 | 209,623 | 178,165 | 36,160 | 35,422 | 41,959 | 553,602 |
| Plurality Black | 19,000 | 123,445 | 106,562 | 14,558 | 16,157 | 21,458 | 301,180 |
| Plurality Hispanic | 54,741 | 282,471 | 297,057 | 41,819 | 45,533 | 55,510 | 777,131 |
| All Typologies | 518,547 | 2,740,788 | 2,680,141 | 389,602 | 412,372 | 504,275 | 7,245,725 |

**Section 3b - Demographic Distribution of All Entrants** (demographic group as percentage of all insiders and outsiders in CD typology)

| CD Typology | White | Black | Hispanic | Asian | Refused | All Other | Total |
|---|---|---|---|---|---|---|---|
| Majority White | 10.30% | 33.56% | 35.51% | 7.11% | 6.10% | 7.42% | 100.00% |
| Majority Black | 5.62% | 42.57% | 34.83% | 4.37% | 5.63% | 6.96% | 100.00% |
| Majority Hispanic | 3.75% | 39.12% | 43.02% | 3.27% | 4.87% | 5.98% | 100.00% |
| Majority Asian | 3.94% | 30.55% | 31.58% | 21.23% | 6.86% | 5.85% | 100.00% |
| Plurality White | 9.44% | 37.87% | 32.18% | 6.53% | 6.40% | 7.58% | 100.00% |
| Plurality Black | 6.31% | 40.99% | 35.38% | 4.83% | 5.36% | 7.12% | 100.00% |
| Plurality Hispanic | 7.04% | 36.35% | 38.22% | 5.38% | 5.86% | 7.14% | 100.00% |
| All Typologies | 7.16% | 37.83% | 36.99% | 5.38% | 5.69% | 6.96% | 100.00% |