# Exhibit 10 - Demographic Distribution of Apparently Eligible Applicants by Insiders, Outsiders, and Total, and by CD Typology

### Section 1a - Demographic Distribution of Insider Apparently Eligible Applicants by CD Typology (counts)

| CD Typology | White | Black | Hispanic | Asian | Refused | All Other | Total |
|---|---|---|---|---|---|---|---|
| Majority White | 8,317 | 3,317 | 13,725 | 1,590 | 2,295 | 1,989 | 31,233 |
| Majority Black | 1,418 | 32,443 | 11,670 | 902 | 3,559 | 3,907 | 53,899 |
| Majority Hispanic | 491 | 11,901 | 20,250 | 446 | 1,631 | 1,606 | 36,325 |
| Majority Asian | 38 | 69 | 253 | 1,636 | 149 | 157 | 2,302 |
| Plurality White | 2,139 | 6,305 | 3,471 | 980 | 1,415 | 1,367 | 15,677 |
| Plurality Black | 675 | 8,755 | 4,525 | 186 | 1,000 | 1,203 | 16,344 |
| Plurality Hispanic | 1,448 | 4,282 | 6,529 | 1,039 | 1,057 | 1,197 | 15,552 |
| All Typologies | 14,526 | 67,072 | 60,423 | 6,779 | 11,106 | 11,426 | 171,332 |

### Section 1b - Demographic Distribution of Insider Apparently Eligible Applicants (demographic group as percentage of all insiders in CD typology)

| CD Typology | White | Black | Hispanic | Asian | Refused | All Other | Total |
|---|---|---|---|---|---|---|---|
| Majority White | 26.63% | 10.62% | 43.94% | 5.09% | 7.35% | 6.37% | 100.00% |
| Majority Black | 2.63% | 60.19% | 21.65% | 1.67% | 6.60% | 7.25% | 100.00% |
| Majority Hispanic | 1.35% | 32.76% | 55.75% | 1.23% | 4.49% | 4.42% | 100.00% |
| Majority Asian | 1.65% | 3.00% | 10.99% | 71.07% | 6.47% | 6.82% | 100.00% |
| Plurality White | 13.64% | 40.22% | 22.14% | 6.25% | 9.03% | 8.72% | 100.00% |
| Plurality Black | 4.13% | 53.57% | 27.69% | 1.14% | 6.12% | 7.36% | 100.00% |
| Plurality Hispanic | 9.31% | 27.53% | 41.98% | 6.68% | 6.80% | 7.70% | 100.00% |
| All Typologies | 8.48% | 39.15% | 35.27% | 3.96% | 6.48% | 6.67% | 100.00% |

### Section 2a - Demographic Distribution of Outsider Apparently Eligible Applicants by CD Typology (counts)

| CD Typology | White | Black | Hispanic | Asian | Refused | All Other | Total |
|---|---|---|---|---|---|---|---|
| Majority White | 98,348 | 333,170 | 338,190 | 72,261 | 61,407 | 74,106 | 977,482 |
| Majority Black | 41,007 | 275,661 | 239,137 | 33,192 | 39,929 | 48,435 | 677,361 |
| Majority Hispanic | 24,102 | 232,489 | 253,980 | 21,821 | 31,673 | 37,703 | 601,768 |
| Majority Asian | 657 | 5,215 | 5,301 | 2,802 | 1,098 | 926 | 15,999 |
| Plurality White | 23,903 | 82,792 | 71,148 | 15,908 | 15,449 | 18,047 | 227,247 |
| Plurality Black | 8,859 | 48,913 | 44,827 | 7,064 | 7,045 | 9,227 | 125,935 |
| Plurality Hispanic | 24,387 | 113,817 | 118,546 | 18,158 | 19,678 | 23,322 | 317,908 |
| All Typologies | 221,263 | 1,092,057 | 1,071,129 | 171,206 | 176,279 | 211,766 | 2,943,700 |

### Section 2b - Demographic Distribution of Outsider Apparently Eligible Applicants (demographic group as percentage of all outsiders in CD typology)

| CD Typology | White | Black | Hispanic | Asian | Refused | All Other | Total |
|---|---|---|---|---|---|---|---|
| Majority White | 10.06% | 34.08% | 34.60% | 7.39% | 6.28% | 7.58% | 100.00% |
| Majority Black | 6.05% | 40.70% | 35.30% | 4.90% | 5.89% | 7.15% | 100.00% |
| Majority Hispanic | 4.01% | 38.63% | 42.21% | 3.63% | 5.26% | 6.27% | 100.00% |
| Majority Asian | 4.11% | 32.60% | 33.13% | 17.51% | 6.86% | 5.79% | 100.00% |
| Plurality White | 10.52% | 36.43% | 31.31% | 7.00% | 6.80% | 7.94% | 100.00% |
| Plurality Black | 7.03% | 38.84% | 35.60% | 5.61% | 5.59% | 7.33% | 100.00% |
| Plurality Hispanic | 7.67% | 35.80% | 37.29% | 5.71% | 6.19% | 7.34% | 100.00% |
| All Typologies | 7.52% | 37.10% | 36.39% | 5.82% | 5.99% | 7.19% | 100.00% |

### Section 3a - Demographic Distribution of All Apparently Eligible Applicants by CD Typology (counts)

| CD Typology | White | Black | Hispanic | Asian | Refused | All Other | Total |
|---|---|---|---|---|---|---|---|
| Majority White | 106,665 | 336,487 | 351,915 | 73,851 | 63,702 | 76,095 | 1,008,715 |
| Majority Black | 42,425 | 308,104 | 250,807 | 34,094 | 43,488 | 52,342 | 731,260 |
| Majority Hispanic | 24,593 | 244,390 | 274,230 | 22,267 | 33,304 | 39,309 | 638,093 |
| Majority Asian | 695 | 5,284 | 5,554 | 4,438 | 1,247 | 1,083 | 18,301 |
| Plurality White | 26,042 | 89,097 | 74,619 | 16,888 | 16,864 | 19,414 | 242,924 |
| Plurality Black | 9,534 | 57,668 | 49,352 | 7,250 | 8,045 | 10,430 | 142,279 |
| Plurality Hispanic | 25,835 | 118,099 | 125,075 | 19,197 | 20,735 | 24,519 | 333,460 |
| All Typologies | 235,789 | 1,159,129 | 1,131,552 | 177,985 | 187,385 | 223,192 | 3,115,032 |

### Section 3b - Demographic Distribution of All Apparently Eligible Applicants (demographic group as percentage of all insiders and outsiders in CD typology)

| CD Typology | White | Black | Hispanic | Asian | Refused | All Other | Total |
|---|---|---|---|---|---|---|---|
| Majority White | 10.57% | 33.36% | 34.89% | 7.32% | 6.32% | 7.54% | 100.00% |
| Majority Black | 5.80% | 42.13% | 34.30% | 4.66% | 5.95% | 7.16% | 100.00% |
| Majority Hispanic | 3.85% | 38.30% | 42.98% | 3.49% | 5.22% | 6.16% | 100.00% |
| Majority Asian | 3.80% | 28.87% | 30.35% | 24.25% | 6.81% | 5.92% | 100.00% |
| Plurality White | 10.72% | 36.68% | 30.72% | 6.95% | 6.94% | 7.99% | 100.00% |
| Plurality Black | 6.70% | 40.53% | 34.69% | 5.10% | 5.65% | 7.33% | 100.00% |
| Plurality Hispanic | 7.75% | 35.42% | 37.51% | 5.76% | 6.22% | 7.35% | 100.00% |
| All Typologies | 7.57% | 37.21% | 36.33% | 5.71% | 6.02% | 7.16% | 100.00% |