## Ex 12 - Insider-Share Percentages for Each Demographic Group Among Entrants, Apparently Eligible Applicants, Actual Awardees, and Simulated Awardees, by CD Typology

### Section 1 - Entrant Insider Percentages

| CD Typology | White | Black | Hispanic | Asian | Refused | All Other | Total |
|---|---|---|---|---|---|---|---|
| Majority White | 6.81% | 0.86% | 3.24% | 1.91% | 3.18% | 2.29% | 2.64% |
| Majority Black | 3.18% | 9.90% | 4.14% | 2.41% | 7.68% | 7.16% | 6.87% |
| Majority Hispanic | 2.03% | 4.36% | 7.36% | 2.00% | 4.86% | 3.84% | 5.48% |
| Majority Asian | 6.09% | 1.17% | 5.05% | 36.27% | 10.87% | 12.44% | 11.37% |
| Plurality White | 6.73% | 5.19% | 3.96% | 5.23% | 6.55% | 5.58% | 5.06% |
| Plurality Black | 7.33% | 15.24% | 9.33% | 2.79% | 12.86% | 11.43% | 11.65% |
| Plurality Hispanic | 4.93% | 3.54% | 5.24% | 5.04% | 4.62% | 4.56% | 4.50% |
| All Typologies | 5.40% | 5.32% | 5.00% | 3.41% | 5.42% | 4.69% | 5.06% |

### Section 2 - Apparently Eligible Insider Percentages

| CD Typology | White | Black | Hispanic | Asian | Refused | All Other | Total |
|---|---|---|---|---|---|---|---|
| Majority White | 7.80% | 0.99% | 3.90% | 2.15% | 3.60% | 2.61% | 3.10% |
| Majority Black | 3.34% | 10.53% | 4.65% | 2.65% | 8.18% | 7.46% | 7.37% |
| Majority Hispanic | 2.00% | 4.87% | 7.38% | 2.00% | 4.90% | 4.09% | 5.69% |
| Majority Asian | 5.47% | 1.31% | 4.56% | 36.86% | 11.95% | 14.50% | 12.58% |
| Plurality White | 8.21% | 7.08% | 4.65% | 5.80% | 8.39% | 7.04% | 6.45% |
| Plurality Black | 7.08% | 15.18% | 9.17% | 2.57% | 12.43% | 11.53% | 11.49% |
| Plurality Hispanic | 5.60% | 3.63% | 5.22% | 5.41% | 5.10% | 4.88% | 4.66% |
| All Typologies | 6.16% | 5.79% | 5.34% | 3.81% | 5.93% | 5.12% | 5.50% |

### Section 3 - Actual Awardee Insider Percentages

| CD Typology | White | Black | Hispanic | Asian | Refused | All Other | Total |
|---|---|---|---|---|---|---|---|
| Majority White | 60.70% | 21.83% | 48.91% | 44.81% | 41.88% | 44.22% | 45.05% |
| Majority Black | 33.33% | 52.55% | 40.48% | 33.33% | 49.06% | 49.35% | 47.70% |
| Majority Hispanic | 23.33% | 40.78% | 47.84% | 40.63% | 35.53% | 37.31% | 43.79% |
| Majority Asian | 0.00% | 0.00% | 25.81% | 72.00% | 57.14% | 62.50% | 50.00% |
| Plurality White | 51.83% | 60.20% | 50.69% | 40.00% | 51.09% | 47.14% | 51.63% |
| Plurality Black | 50.00% | 49.61% | 43.18% | 40.00% | 45.45% | 40.91% | 46.35% |
| Plurality Hispanic | 52.68% | 34.62% | 49.49% | 50.00% | 46.49% | 49.31% | 46.94% |
| All Typologies | 54.00% | 43.40% | 46.78% | 47.69% | 44.53% | 45.51% | 46.26% |

### Section 4 - Simulated Awardee Insider Percentages

| CD Typology | White | Black | Hispanic | Asian | Refused | All Other | Total |
|---|---|---|---|---|---|---|---|
| Majority White | 71.02% | 27.86% | 51.36% | 46.65% | 54.99% | 48.46% | 49.95% |
| Majority Black | 26.10% | 58.86% | 39.73% | 23.77% | 52.03% | 47.60% | 49.74% |
| Majority Hispanic | 21.35% | 47.81% | 55.13% | 21.41% | 46.35% | 40.83% | 49.78% |
| Majority Asian | 26.57% | 9.39% | 25.81% | 79.40% | 46.45% | 54.14% | 48.86% |
| Plurality White | 49.75% | 55.02% | 45.42% | 44.37% | 50.47% | 48.84% | 49.85% |
| Plurality Black | 43.14% | 58.55% | 40.16% | 18.95% | 52.97% | 50.31% | 49.74% |
| Plurality Hispanic | 52.10% | 40.36% | 52.06% | 59.92% | 49.87% | 48.03% | 49.70% |
| All Typologies | 55.49% | 48.60% | 49.94% | 47.52% | 50.74% | 46.81% | 49.78% |