## Exhibit 17 - Moves Sought by Apparently Eligible Applicants (by Demographic Group Pairings), Net-Integrative Effect Disaggregated as between Insiders and Outsiders

**(Counts)**

| NOT SCALED | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Groups | Effect | Number | cd_pref | Net | Groups | Effect | Number | cd_pref | Net | Groups | Effect | Number | cd_pref | Net |
| W vs. AA Section 3 | Segregate | 72797 | 0 | -358187 | W vs. AA Section 3 | Segregate | 1618 | 1 | -5609 | W vs. AA Section 3 | Segregate | 74415 | Any | -363796 |
| W vs. AA Section 3 | No Effect | 645987 | 0 | | W vs. AA Section 3 | No Effect | 52171 | 1 | | W vs. AA Section 3 | No Effect | 698158 | Any | |
| W vs. AA Section 3 | Integrate | 430984 | 0 | | W vs. AA Section 3 | Integrate | 7227 | 1 | | W vs. AA Section 3 | Integrate | 438211 | Any | |
| W vs. AA Section 3 | Not In Group | 1240841 | 0 | | W vs. AA Section 3 | Not In Group | 61975 | 1 | | W vs. AA Section 3 | Not In Group | 1302816 | Any | |
| W vs. A Section 3 | Segregate | 53278 | 0 | -64058 | W vs. A Section 3 | Segregate | 1838 | 1 | -598 | W vs. A Section 3 | Segregate | 55116 | Any | -64656 |
| W vs. A Section 3 | No Effect | 180866 | 0 | | W vs. A Section 3 | No Effect | 14988 | 1 | | W vs. A Section 3 | No Effect | 195854 | Any | |
| W vs. A Section 3 | Integrate | 117336 | 0 | | W vs. A Section 3 | Integrate | 2436 | 1 | | W vs. A Section 3 | Integrate | 119772 | Any | |
| W vs. A Section 3 | Not In Group | 2039129 | | | W vs. A Section 3 | Not In Group | 103729 | 1 | | W vs. A Section 3 | Not In Group | 2142858 | Any | |
| W vs. H Section 3 | Segregate | 108002 | 0 | -301581 | W vs. H Section 3 | Segregate | 3329 | 1 | -8041 | W vs. H Section 3 | Segregate | 111331 | Any | -309622 |
| W vs. H Section 3 | No Effect | 612327 | 0 | | W vs. H Section 3 | No Effect | 46498 | 1 | | W vs. H Section 3 | No Effect | 658825 | Any | |
| W vs. H Section 3 | Integrate | 409583 | 0 | | W vs. H Section 3 | Integrate | 11370 | 1 | | W vs. H Section 3 | Integrate | 420953 | Any | |
| W vs. H Section 3 | Not In Group | 1260697 | 0 | | W vs. H Section 3 | Not In Group | 61794 | 1 | | W vs. H Section 3 | Not In Group | 1322491 | Any | |
| AA vs. H Section 3 | Segregate | 265344 | 0 | -358681 | AA vs. H Section 3 | Segregate | 5476 | 1 | -2033 | AA vs. H Section 3 | Segregate | 270820 | Any | -360714 |
| AA vs. H Section 3 | No Effect | 990859 | 0 | | AA vs. H Section 3 | No Effect | 83068 | 1 | | AA vs. H Section 3 | No Effect | 1073927 | Any | |
| AA vs. H Section 3 | Integrate | 624025 | 0 | | AA vs. H Section 3 | Integrate | 7509 | 1 | | AA vs. H Section 3 | Integrate | 631534 | Any | |
| AA vs. H Section 3 | Not In Group | 510381 | 0 | | AA vs. H Section 3 | Not In Group | 26938 | 1 | | AA vs. H Section 3 | Not In Group | 537319 | Any | |
| AA vs. A Section 3 | Segregate | 63270 | 0 | -349939 | AA vs. A Section 3 | Segregate | 1148 | 1 | -2273 | AA vs. A Section 3 | Segregate | 64418 | Any | -352212 |
| AA vs. A Section 3 | No Effect | 625317 | 0 | | AA vs. A Section 3 | No Effect | 49549 | 1 | | AA vs. A Section 3 | No Effect | 674866 | Any | |
| AA vs. A Section 3 | Integrate | 413209 | 0 | | AA vs. A Section 3 | Integrate | 3421 | 1 | | AA vs. A Section 3 | Integrate | 416630 | Any | |
| AA vs. A Section 3 | Not In Group | 1288813 | 0 | | AA vs. A Section 3 | Not In Group | 68873 | 1 | | AA vs. A Section 3 | Not In Group | 1357686 | Any | |
| H vs. A Section 3 | Segregate | 100362 | 0 | -258359 | H vs. A Section 3 | Segregate | 2002 | 1 | -7941 | H vs. A Section 3 | Segregate | 102364 | Any | -266300 |
| H vs. A Section 3 | No Effect | 622857 | 0 | | H vs. A Section 3 | No Effect | 42354 | 1 | | H vs. A Section 3 | No Effect | 665211 | Any | |
| H vs. A Section 3 | Integrate | 358721 | 0 | | H vs. A Section 3 | Integrate | 9943 | 1 | | H vs. A Section 3 | Integrate | 368664 | Any | |
| H vs. A Section 3 | Not In Group | 1308669 | 0 | | H vs. A Section 3 | Not In Group | 68692 | 1 | | H vs. A Section 3 | Not In Group | 1377361 | Any | |

## Exhibit 17 - Moves Sought by Apparently Eligible Applicants (by Demographic Group Pairings), Net-Integrative Effect Disaggregated as between Insiders and Outsiders

### (Percentages)

| NOT-SCALED RESULTS TRANSLATED TO PERCENTAGES | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Groups | Effect* | Percentage | cd_pref | Net | Groups | Effect | Percentage | cd_pref | Net | Groups | Effect | Percentage | cd_pref | Net | Relative percentage** |
| W vs. AA Section 3 | Segregate | 6.33% | 0 | -31.15% | W vs. AA Section 3 | Segregate | 2.65% | 1 | -9.19% | W vs. AA Section 3 | Segregate | 6.15% | Any | -30.05% | 29.51% |
| W vs. AA Section 3 | No Effect | 56.18% | 0 | | W vs. AA Section 3 | No Effect | 85.50% | 1 | | W vs. AA Section 3 | No Effect | 57.66% | Any | | |
| W vs. AA Section 3 | Integrate | 37.48% | 0 | | W vs. AA Section 3 | Integrate | 11.84% | 1 | | W vs. AA Section 3 | Integrate | 36.19% | Any | | |
| W vs. AA Section 3 | Not In Group | N/A | 0 | | W vs. AA Section 3 | Not In Group | N/A | 1 | | W vs. AA Section 3 | Not In Group | N/A | Any | | |
| W vs. A Section 3 | Segregate | 15.16% | 0 | -18.23% | W vs. A Section 3 | Segregate | 9.54% | 1 | -3.10% | W vs. A Section 3 | Segregate | 14.87% | Any | -17.44% | 17.03% |
| W vs. A Section 3 | No Effect | 51.46% | 0 | | W vs. A Section 3 | No Effect | 77.81% | 1 | | W vs. A Section 3 | No Effect | 52.83% | Any | | |
| W vs. A Section 3 | Integrate | 33.38% | 0 | | W vs. A Section 3 | Integrate | 12.65% | 1 | | W vs. A Section 3 | Integrate | 32.31% | Any | | |
| W vs. A Section 3 | Not In Group | N/A | 0 | | W vs. A Section 3 | Not In Group | N/A | 1 | | W vs. A Section 3 | Not In Group | N/A | Any | | |
| W vs. H Section 3 | Segregate | 9.56% | 0 | -26.69% | W vs. H Section 3 | Segregate | 5.44% | 1 | -13.14% | W vs. H Section 3 | Segregate | 9.35% | Any | -25.99% | 49.23% |
| W vs. H Section 3 | No Effect | 54.19% | 0 | | W vs. H Section 3 | No Effect | 75.98% | 1 | | W vs. H Section 3 | No Effect | 55.31% | Any | | |
| W vs. H Section 3 | Integrate | 36.25% | 0 | | W vs. H Section 3 | Integrate | 18.58% | 1 | | W vs. H Section 3 | Integrate | 35.34% | Any | | |
| W vs. H Section 3 | Not In Group | N/A | 0 | | W vs. H Section 3 | Not In Group | N/A | 1 | | W vs. H Section 3 | Not In Group | N/A | Any | | |
| AA vs. H Section 3 | Segregate | 14.11% | 0 | -19.08% | AA vs. H Section 3 | Segregate | 5.70% | 1 | -2.12% | AA vs. H Section 3 | Segregate | 13.70% | Any | -18.25% | 11.10% |
| AA vs. H Section 3 | No Effect | 52.70% | 0 | | AA vs. H Section 3 | No Effect | 86.48% | 1 | | AA vs. H Section 3 | No Effect | 54.34% | Any | | |
| AA vs. H Section 3 | Integrate | 33.19% | 0 | | AA vs. H Section 3 | Integrate | 7.82% | 1 | | AA vs. H Section 3 | Integrate | 31.96% | Any | | |
| AA vs. H Section 3 | Not In Group | N/A | 0 | | AA vs. H Section 3 | Not In Group | N/A | 1 | | AA vs. H Section 3 | Not In Group | N/A | Any | | |
| AA vs. A Section 3 | Segregate | 5.74% | 0 | -31.76% | AA vs. A Section 3 | Segregate | 2.12% | 1 | -4.20% | AA vs. A Section 3 | Segregate | 5.57% | Any | -30.47% | 13.22% |
| AA vs. A Section 3 | No Effect | 56.75% | 0 | | AA vs. A Section 3 | No Effect | 91.56% | 1 | | AA vs. A Section 3 | No Effect | 58.38% | Any | | |
| AA vs. A Section 3 | Integrate | 37.50% | 0 | | AA vs. A Section 3 | Integrate | 6.32% | 1 | | AA vs. A Section 3 | Integrate | 36.04% | Any | | |
| AA vs. A Section 3 | Not In Group | N/A | 0 | | AA vs. A Section 3 | Not In Group | N/A | 1 | | AA vs. A Section 3 | Not In Group | N/A | Any | | |
| H vs. A Section 3 | Segregate | 9.28% | 0 | -23.88% | H vs. A Section 3 | Segregate | 3.69% | 1 | -14.62% | H vs. A Section 3 | Segregate | 9.01% | Any | -23.44% | 61.24% |
| H vs. A Section 3 | No Effect | 57.57% | 0 | | H vs. A Section 3 | No Effect | 78.00% | 1 | | H vs. A Section 3 | No Effect | 58.54% | Any | | |
| H vs. A Section 3 | Integrate | 33.16% | 0 | | H vs. A Section 3 | Integrate | 18.31% | 1 | | H vs. A Section 3 | Integrate | 32.45% | Any | | |
| H vs. A Section 3 | Not In Group | N/A | 0 | | H vs. A Section 3 | Not In Group | N/A | 1 | | H vs. A Section 3 | Not In Group | N/A | Any | | |

* "Not in group" not included in calculation

**CP beneficiary net percentage as percentage of non-beneficiary net percentage