UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- x

SHAUNA NOEL AND EMMANUELLA SENAT,

                                        Plaintiffs,

            -against-

THE CITY OF NEW YORK,

                                     Defendant.

--------------------------------------------------------------------- x

15 CV 5236 (LTS)(KHP)

**DEFENDANT'S NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT**

                       **PLEASE TAKE NOTICE** that, that upon the annexed Declaration of Frances Polifione, dated August 14, 2020, the exhibits annexed thereto, and Defendant's Memorandum of Law in Opposition to the Plaintiffs' Motion for Partial Summary Judgment and in Support of Defendant's Cross-Motion for Summary Judgment, dated August 14, 2020, and upon the Declaration of Vicki Been, dated August 14, 2020, the Declaration of Bernard R. Siskin, dated August 13, 2020, the Declaration of Edward Goetz, dated August 13, 2020, Declaration of Margaret Brown, dated August 14, 2020, Defendant's Response to Plaintiffs' Rule 56.1(a) Statement of Material Facts, and Defendant's Rule 56.1 Statement of Material Facts, and all prior papers and proceedings herein, the undersigned will move this Court before the Honorable Laura Taylor Swain, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, as soon as counsel can be heard, for an order pursuant to Rule 56(a) of the Federal Rules of Civil Procedure for a judgment dismissing the claims set forth in the Second Amended Complaint (ECF 469), together with such other and further relief as the Court deems just, fair and equitable.

Pursuant to the Honorable Laura Taylor Swain's Individual Practice Rule (A)(2)(b)(ii), the undersigned certifies that Defendant has complied with Rule (A)(2)(b)(i)(1) and has used its best efforts to resolve informally the matters raised in this submission.

**PLEASE TAKE FURTHER NOTICE**, that in accordance with the Honorable Laura Taylor Swain's May 5, 2020 order (ECF 890), Plaintiffs' opposition to this motion must be filed on or before October 9, 2020, Defendant's reply is to be filed on or before November 17, 2020, and Plaintiffs' sur-reply is to be filed on or before December 3, 2020.

Dated:      New York, New York
            August 14, 2020

                                    JAMES E. JOHNSON
                                    Corporation Counsel of the
                                       City of New York
                                    Attorney for Defendant
                                    100 Church Street
                                    New York, New York, 10007
                                    (212) 356-4371

                                    By:    /s/ _____
                                           Melanie V. Sadok
                                           Assistant Corporation Counsel

TO:    **By ECF**
       Craig Gurian, Esq.
       Mariann Meier Wang, Esq.
       *Attorneys for Plaintiffs*