UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

NOEL ET AL.,

                              Plaintiff(s),                    15CV5236-LTS- KHP

    -v-

CITY OF NEW YORK ET AL.,

                              Defendant(s).
-------------------------------------------------------------X

**ORDER**

In light of the pending motion(s), the final pretrial conference scheduled for November 20, 2020, is rescheduled to **January 22, 2021, at 11:00 a.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
         November 5, 2020

                                                        /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      United States District Judge