```
                                                            1
             UNITED STATES DISTRICT COURT

           SOUTHERN DISTRICT OF NEW YORK

   ---------------------------------x
   JANELL WINFIELD, TRACEY STEWART
   and SHAUNA NOEL,

                Plaintiffs,

           -against-              Civil Action No.:
                                  15-CV-5236 (LTS)(KHP)
   CITY OF NEW YORK,

                Defendant.
   ---------------------------------x



                    DEPOSITION OF

                      VICKI BEEN

                 New York, New York

                   August 2, 2017

                     8:58 a.m.






   Reported by:
   JUDITH CASTORE, CLR
   Job No.51317
```

137

1        BEEN

2        from New York -- I think it's from

3        New York Law School.  The file is

4        too big . Put on a physical piece

5        of physical medium, but we're

6        happy to upload a copy to you.

7        We'll do that as promptly as we

8        can.

9            MS. SADOK:  Thank

10       you.(Whereupon a video is shown to

11       all parties in the conference

12       room.)

13       Q    Was that you, Ms. Been,

14  giving your City Hall breakfast talk?

15       A    It was.

16            (Document, headed Excerpt of

17       Commissioner Vicki Been Talk at

18       City Law Breakfast, Nov. 13, 2015,

19       was marked Plaintiff's Exhibit 34,

20       for identification, as of this

21       date.)

22       Q    So we transcribed a little

23  snippet from what you just heard.  And

24  the first thing I want to clarify is

25  that this is talking about, in part,

```
                                                           138
 1                        BEEN
 2      people's fears about what may happen if
 3      they stay, correct?
 4               MS. SADOK:  Objection.I would
 5           like to state for the record that
 6           we object to this as we haven't
 7           been able to compare your snippet
 8           with the video transcript.
 9           A    Yes, it applies to people who
10      are currently in the neighborhood, yes.
11      I don't know. It also applies to people
12      who have left the neighborhood but
13      still have feelings about the
14      neighborhood.I was really referring to
15      the work that people like Lance Freeman
16      Malo Hutson have done about the feeling
17      that the neighborhood is no longer one
18      that they recognize or one that they
19      feel has -- it's changed.
20           Q    But when you said, So they
21      worry that even if they stay --
22           A    Right.
23           Q    -- those are people who are
24      there now?
25           A    Right.
```

```
                                                    139
1                        BEEN
2          Q    And what's come before that
3     is your reference to there being
4     different demographics, correct?
5               MS. SADOK:  Objection.
6          A    The people who were coming in
7     may look different; may be wealthier;
8     may have different demographics; may
9     have different interests and desires.
10    That's what that's referring to.
11         Q    So they worry because of
12    those foregoing things?
13         A    Um-hum, yes.
14         Q    And so part of that is
15    different racial or ethnic groups?
16         A    Maybe.
17         Q    Well, as you said before, you
18    weren't just talking about age when you
19    were talking about demographics, right?
20         A    No.
21              MS. SADOK:  Objection.
22         Q    And you are not talking here
23    about income. You separated income out?
24              MS. SADOK:  Objection.
25         Q    Correct?
```

140

```
1                    BEEN
2            MS. SADOK:  Objection.
3        A    I'm sorry.  Is your
4   question -- what is your question?  By
5   demographics do I include race an
6   ethnicity?  Yes.
7        Q    And what else were including
8   in it when you said that?
9            MS. SADOK:  Objection.
10       Q    May have different
11  demographics?
12       A    Can be age; education;
13  poverty status; household composition;
14  family status. Demographics is a pretty
15  broad category.
16       Q    And you were just talking
17  about each of those possibilities
18  equally?
19           MS. SADOK:  Objection.
20       A    I lumped them all together.
21       Q    Well, you didn't lump income
22  together.  You put income out in the
23  wealthier category, correct?
24       A    That's correct.
25       Q    And you're saying that race
```

141

1               BEEN
2  and ethnicity were not prime among the
3  different demographics that we're
4  talking about?
5          MS. SADOK:  Objection.
6      A    They are -- race and
7  ethnicity are part of demographics.
8      Q    When you were making the
9  reference, different racial and ethnic
10 demographics was not a central part of
11 what were you talking about?
12         MS. SADOK:  Objection.
13     A    I didn't parse it in that
14 way, Mr. Gurian.  I'm talking about
15 demographics.  I didn't parse it out.
16     Q    Well, from what you know
17 either as a planner or as head of HPD,
18 is race or ethnicity a characteristic
19 that may be picked out or discerned
20 more easily than education level, say?
21         MS. SADOK:  Objection.
22     A    I just want to be clear, I'm
23 not a planner. But I assume you mean in
24 my work as -- on land use certainly
25 race and ethnicity may be easier to --

```
                                                     142
1                        BEEN
2       I think your words were pick out --
3       than education levels, yes.
4            Q    And in your spoken version of
5       it, you specifically referenced that
6       the people who are coming in may look
7       different.
8            A    Um-hum.
9            Q    Look different how?
10           A    They could be older; they
11      could be younger; they could be -- have
12      more purple or green hair than the
13      existing residents; they may be
14      different races.  All of those things.
15      I didn't specify.
16           Q    I'm asking you what you were
17      thinking about.
18           A    All of those things.
19           Q    Equally?
20                MS. SADOK:  Objection.
21           Q    Let me put it this way:
22                You were thinking about
23      purple hair and -- strike that.
24                Let's talk about a
25      neighborhood that's disproportionately
```

143

1           BEEN
2    African American. Have you been in any
3    such neighborhoods where there is real
4    and raw fear of displacement?
5        A    Yes.
6        Q    And the concern in those
7    neighborhoods about the people who were
8    coming in may look different might be
9    that they have green hair or white skin
10   with equal likelihood as between them?
11           MS. SADOK:  Objection.
12       A    I don't know what people in a
13   community are thinking. That's not -- I
14   don't have that capacity.
15       Q    Well, your whole presentation
16   was trying to -- this portion of your
17   presentation was trying to explain what
18   people's concerns were about
19   neighborhood change. And --
20       A    -- about displacement.
21       Q    Well, I think we've been over
22   this. There is a worry that even if
23   they stay -- my words now -- there is a
24   problem -- your words -- the
25   demographics, the look and feel of

144

1                    BEEN
2     their neighborhood, the sense of the
3     neighborhood may change.So you are
4     trying to characterize what is driving
5     the worries of people in a
6     neighborhood. Aren't you doing that
7     here?
8              MS. SADOK:  Objection.
9         A    I'm trying to explain why
10    there -- why the fear of displacement
11    is real and raw. That was the purpose
12    of that slide.
13        Q    But what you did was
14    talked -- in part was talk about people
15    who, even if they stay, the
16    demographics, the look and feel of
17    their neighborhood, sense of the
18    neighborhood, may change.
19        A    Yes.
20        Q    And that's because, in part,
21    the people who are coming in may look
22    different.And so my question now is .
23    When presenting that you considered the
24    green or purple hair at an equivalent
25    level of worry as someone being of a

```
                                                        145
1                       BEEN
2       different racial or ethnic background?
3               MS. SADOK:  Objection. Asked
4           and answered.
5           Q    Please answer.
6           A    I do not know which is a
7       greater fear. I do not know. I know
8       that people fear displacement because
9       they see differences.
10          Q    Did you have a view during
11      your time as HPD commissioner as to
12      whether the green or purple hair on the
13      one hand or a different race or
14      ethnicity from a dominant race or
15      ethnicity in the neighborhood was more
16      of a worry or fear?
17              MS. SADOK:  Objection.
18          A    I don't know.
19              MS. SADOK:  Asked and
20          answered.
21          A    As I have said, I don't know
22      what is in the heads of the people in
23      the neighborhood. I know what they say.
24          Q    I understand that. But I'm
25      asking you how you have thought about
```

146

1                        BEEN

2    it as HPD commissioner.

3              Did you think that there was

4    the same level of concern in a minority

5    community about the newcomer having

6    green or purple hair or whether the

7    newcomer was of a different race or

8    ethnicity?

9              MS. SADOK:  Objection.

10       A    To go back to the beginning

11   of this discussion, Mr. Gurian, people

12   fear displacement.  And one of the

13   reasons they fear displacement is that

14   they see a neighborhood changing around

15   them. And when they see people who look

16   different, whether it's green hair or

17   race or age or whatever, they think

18   those are not the people who used to be

19   here.  Therefore, they think to

20   themselves, There must be displacement.

21   People who were here are not here now.

22   The people who are here now were not

23   here before, therefore, there must be

24   displacement.

25       Q    I'm afraid that wasn't the

147

BEEN

answer to my question. I will redirect your attention back to the people who were staying who you have explained in the slide have worries based on people looking different. Are you with me?

A I'm with you. I'm not sure you are with me.

Q That's fine. Let me ask the question. So those worriers who were staying because people were coming in looked different, all I'm asking is:

At your role as HPD when you thought about these worries, did you think that the worry about green or purple hair color was as much of a worry as race or ethnicity of the newcomer?

MS. SADOK: Objection. Asked and answered multiple times already.

A As I said before, I don't know.

Q If I were -- perhaps this would help. If I were asking the

```
                                                      148
 1                        BEEN
 2      question, Do you know?  A responsive
 3      answer would be, I don't know. That
 4      wasn't my question.
 5              MS. SADOK:  Please don't
 6          direct the witness on how to
 7          answer your questions.
 8              MR. GURIAN:  I'm sorry.
 9          Unfortunately, the record will
10          reflect that the witness has
11          repeatedly been unresponsive.  So
12          I'm trying to wrap up this line of
13          questioning.
14          Q   So I'm just asking you when
15      you thought about it, the worries of
16      the stayers during your time as HPD
17      commissioner, did you believe that the
18      level of worry about green or purple
19      hair was as much or more than the worry
20      about the newcomers' race or ethnicity?
21              MS. SADOK:  Objection. Asked
22          and answered.
23          A   So I think the problem that
24      we're having is that you seem to assume
25      that the people who stay don't fear
```

```
                                                              149
 1                    BEEN
 2      displacement.And the point that I am
 3      making in this discussion is that the
 4      people who stay have a real and raw
 5      fear of displacement. And one of the
 6      reasons that they have a real and raw
 7      fear of displacement is that they see
 8      the neighborhood is changing and the
 9      people in the neighborhood are
10      changing.  And they worry that they may
11      be one of the ones who leaves, right?
12              And I don't think that it
13      matters to them whether it's a person
14      who looks different because of race or
15      a person looks different because of
16      their hair is different.  They are
17      different than what was there before.
18      Which signals to people that there has
19      been displacement.  That's what I was
20      concerned about.  So -- all right?
21      That's what I was concerned about.
22          Q   So you just said that it --
23              MR. GURIAN:  Read back the
24          answer.
25                  (Whereupon, the record was
```

```
                                                              312

 1
 2      STATE OF  New York    )
 3                            )  :ss
 4      COUNTY OF New York    )
 5
 6
 7           I, VICKI BEEN, the witness
 8      herein, having read the foregoing
 9      testimony of the pages of this deposition,
10      do hereby certify it to be a true and
11      correct transcript, subject to the
12      corrections, if any, shown on the attached
13      page.
14
15                    _____
16                         VICKI BEEN
17
18
19
20      Sworn and subscribed to before me,
21      this  18th  day of September, 2017.
22
23      _____
24           Notary Public
25
```

KRISTIN E SILBERMAN
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01SI6137116
COMM. EXP. Feb. 22, 2018

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

313

C E R T I F I C A T I O N

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

       I, JUDITH CASTORE, Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

       That VICKI BEEN, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that this transcript of such examination is a true record of the testimony given by such witness.

       I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

       IN WITNESS WHEREOF, I have hereunto set my hand this 8th day of August, 2017.

                                      *Judith Castore*
                                      JUDITH CASTORE