Page 1

```
 1            UNITED STATES DISTRICT COURT
 2            SOUTHERN DISTRICT OF NEW YORK
 3   ----------------------------------x
     JANELL WINFIELD, TRACEY STEWART
 4   and SHAUNA NOEL,
 5                Plaintiffs,
 6        -against-              Civil Action No.:
                                 15-CV-5236 (LTS)(KHP)
 7   CITY OF NEW YORK,
 8                Defendant.
     ----------------------------------x
 9
10
                     April 10, 2018
11                   9:20 a.m.
12
13
14        VIDEOTAPED DEPOSITION of VICKI BEEN, held
15   at the law offices of the Anti-Discrimination
16   Center, located at 1745 Broadway, New York, New
17   York 10019, before Anthony Giarro, a Registered
18   Professional Reporter and a Notary Public of the
19   State of New York.
20
21
22
23
24
25
```

Page 22

1  VICKI BEEN
2  at you and say, Well, what do you mean by
3  that?
4  　　　　But if you ask people, would
5  you like a more economically, racially
6  ethnically diverse community? Then I
7  think there is support for that. I think
8  there is a lot of support for that.
9  　Q　　So getting community support
10 for that is not difficult?
11 　A　　No. I don't think it's -- I
12 mean, does everybody support it? No.
13 But is it difficult? No. I don't think
14 so.
15 　Q　　Did you come to understand
16 during your tenure as HPD commissioner
17 that there are parts of the city where
18 opposition to racial or ethnic
19 integration is particularly high?
20 　　　　MS. SADOK: Objection.
21 　A　　I think that opposition to
22 racial, ethnic, religious integration in
23 some parts of Brooklyn that are heavily
24 occupied by the Jewish community is
25 sometimes difficult.

VICKI BEEN

1
2  would have similar demographics is what
3  you're saying?
4            MS. SADOK:  Objection.
5       A       No.  The radius idea was
6  rejected primarily because it's a
7  nightmare to administer.  People don't
8  understand it, people can't rely on it,
9  you know, et cetera.  So it doesn't help
10 with the fear of displacement.  If you
11 can't figure out, are you going to be in
12 the circle or not; right?  So that was
13 rejected for those reasons.
14            I don't recall the
15 specifics.  But I think that when we
16 combined different community districts,
17 we did not find that you were seen much
18 racial -- that you were seeing sufficient
19 racial difference to make it worth the
20 effort.
21      Q      Did you explore the
22 alternative of selecting a district or
23 districts in addition to the district in
24 which the housing was located, such that
25 there would be a significant change in

```
                                              Page 209
 1                    VICKI BEEN
 2      the overall racial balance, even if that
 3      meant going to noncontiguous community
 4      districts?
 5                 MS. SADOK:  Objection.
 6           A     Yes.  We did consider
 7      noncontiguous community districts.  I
 8      don't recall the details.  But I do
 9      recall we considered noncontiguous.
10           Q     Just in the way New York is
11      organized, surely sometimes you can come
12      up with a community district
13      compensation -- you can come up with a
14      set of community districts where the
15      combined demographics are very different
16      from the demographics of the community
17      district in which the project is located;
18      isn't that right?
19                 MS. SADOK:  Objection.
20           A     Yes.
21           Q     So why was that approach
22      rejected?
23                 MS. SADOK:  Objection.  I
24            don't know that it's on the record of
25            whether or not that was considered or
```

1                    VICKI BEEN
2     rejected.
3          A       It was considered, it was
4     rejected.  To the best of my
5     recollection, it was rejected primarily
6     because in order to reduce the political
7     salience of displacement, try to assuage
8     people's concerns about displacement,
9     they need to be able to see what the
10    preference is going to be.  So if we were
11    constructing it for each project, that
12    wouldn't satisfy those objectives.
13         Q       I want to ask you something
14    about that.  But first, I want to find
15    out because you said primarily.
16               What were the other reasons,
17    if any?
18         A       I don't recall all the
19    different reasons.  I recall the main
20    reason.  We had many discussions about
21    many different options.  And I don't
22    recall every single reason.
23         Q       I'm going to ask you about
24    this particular option.  And if the
25    answer is different for the different

Page 217

1         VICKI BEEN
2     Q      Why wouldn't it be possible
3  since projects are announced on a
4  case-by-case basis to make a decision,
5  okay, this development is going to be in
6  a highly African American but much less
7  Latino and white community district to
8  find those demographically compensatory
9  districts; you with me so far?
10    A      I think so.
11    Q      And then be able to present
12 it to the public in the very same way
13 that you do now.  There's going to be --
14 you can feel better about displacement,
15 this project is going to help people in
16 these three community districts who may
17 feel at risk of displacement.
18           MS. SADOK:  Objection.
19    A      I mean, one of the criteria
20 that we use that I think is critically
21 important is that any system be both
22 objective and predictable and perceived
23 as objective and predictable.  And
24 anytime we start --
25    Q      Tinkering?

Page 218

1        VICKI BEEN
2     A    -- jerrymandering or
3  tinkering or that kind of thing, people
4  think that's just a political decision,
5  they're protecting this person, they're
6  protecting -- you know, they're
7  jerrymandering; right?  And that
8  concerned us.
9     Q    But isn't a principal basis
10 of the policy a political judgment as to
11 how to get support?  Doesn't that leave
12 hundreds of thousands of people who
13 applied out of community district with
14 the impression they're being left behind
15 because the politics of New York City
16 demand that they be left behind?
17           MS. SADOK:  Objection.
18    A    I don't know what's in the
19 minds of other people.  I have not heard
20 that expressed.
21    Q    We had this discussion last
22 time.  You were just a moment ago when
23 you were justifying the rejection of an
24 alternative relying on what you believed
25 people would perceive.

Page 219

1        VICKI BEEN
2             So clearly, you may not know
3   what's in the mind of others, but you try
4   to figure out what the perception of
5   others is, don't you?
6        A    Mm-hmm.
7        Q    So what about the perception
8   of New Yorkers -- whether or not it's
9   been expressed to you or not -- that
10  people are being disadvantaged by a
11  political judgment of who gets
12  preference?
13            MS. SADOK: Objection.
14       A    I don't think that that's
15  the way people think about the Community
16  Preference.
17            MS. SADOK: Can we take a
18       quick one last break? I know we're
19       getting close to the end.
20            MR. GURIAN: Okay.
21            THE VIDEOGRAPHER: The time
22       is 1653. We are off the record.
23            (A short recess was taken.)
24            THE VIDEOGRAPHER: The time
25       is 1658. We are on the record.

```
STATE OF New York    )
                     ) :ss
COUNTY OF New York   )
```

I, VICKI BEEN, the witness herein, having read the foregoing testimony of the pages of this deposition, do hereby certify it to be a true and correct transcript, subject to the corrections, if any, shown on the attached page.

_____
VICKI BEEN

Sworn and subscribed to before me, this 25th day of May, 2018.

_____
Notary Public

KRISTIN E SILBERMAN
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01SI6137116
COMM. EXP. 2/22/22

Page 236

C E R T I F I C A T I O N

I, ANTHONY GIARRO, a Shorthand Reporter and a Notary Public, do hereby certify that the foregoing witness, VICKI BEEN, was duly sworn on the date indicated, and that the foregoing, to the best of my ability, is a true and accurate transcription of my stenographic notes.

I further certify that I am not employed by nor related to any party to this action.

ANTHONY GIARRO