| From: | Kensky, Susan (HPD) <, PII |
|---|---|
| Sent: | August 22, 2014 10:00 AM |
| To: | Been, Vicki |
| Cc: | Press, Jordan |
| Subject: | Re: Culver El, Boro Park, Bklyn |

OK; back on Monday.

Susan Kensky
Assistant Commissioner / New Construction
NYC Department of Housing Preservation and Development
100 Gold Street 9M4
NY NY 10038

**From:** Been, Vicki
**Sent:** Friday, August 22, 2014 07:45 AM
**To:** Kensky, Susan (HPD)
**Cc:** Press, Jordan
**Subject:** Re: Culver El, Boro Park, Bklyn

Susan,

Let's talk about this when you get settled back in.

Thanks.
Vicki

**From:** <Kensky>, "Susan (HPD)" PII
**Date:** Wednesday, August 20, 2014 at 5:14 PM
**To:** Vicki Been < PII
**Subject:** Re: Culver El, Boro Park, Bklyn

According to Jack Hammer, we have projects that have included 4 bedroom units, but not exclusively 4 bedrooms. Brad Lander was the council member when this project went through ULURP, and he doesn't think that the size of the proposed homes was an issue at that time. If memory serves correctly, the household size in this CD iS the highest in the city.

Susan Kensky
Assistant Commissioner / New Construction
NYC Department of Housing Preservation and Development
100 Gold Street 9M4



Exhibit 43
8/2/17 DL

NY NY 10038

**From:** Been, Vicki
**Sent:** Wednesday, August 20, 2014 07:48 AM
**To:** Kensky, Susan (HPD)
**Subject:** Re: Culver El, Boro Park, Bklyn

Thanks. Sorry to keep asking Qs on this, but what is the history of the 4 br condo design? Have we done that elsewhere? Did we or they do any market analysis to support?

I'm concerned about fair housing issues.

Vb

---

**From:** <Kensky>, "Susan (HPD)" < PII
**Date:** Tuesday, August 19, 2014 at 9:10 AM
**To:** Vicki Been       PII       >
**Cc:** Eric Enderlin <       PII       David Quart <       PII       >
**Subject:** Re: Culver El, Boro Park, Bklyn

AHC, NYCHP, and Bank of Princeton are requiring phased closing because of market risk. The bank is requiring benchmarks of units sold as a condition of funding phase 2. As a matter of policy we don't convey property if financing is required but not secured.

Susan Kensky
Assistant Commissioner / New Construction
NYC Department of Housing Preservation and Development
100 Gold Street 9M4
NY NY 10038

---

**From:** Been, Vicki
**Sent:** Tuesday, August 19, 2014 08:27 AM
**To:** Kensky, Susan (HPD)
**Cc:** Enderlin, Eric (HPD); Quart,David
**Subject:** Re: Culver El, Boro Park, Bklyn

Susan,

What would be required to move it to a one-phase project? The developer needs to get financing, or he has it lined up and we need to close on it?

Thanks, Vicki

Sent from my iPad

On Aug 19, 2014, at 2:36 AM, "Kensky, Susan (HPD)" ·       PII       wrote:

We have bank financing only on the first phase.
I am trying to find out if Bloomberg was in the negotiations. This project was approved by the current mayor when he was the council member, but not sure to what extent he was personally involved.


Susan Kensky
Assistant Commissioner / New Construction
NYC Department of Housing Preservation and Development
100 Gold Street 9M4
NY NY 10038

---

**From:** Been, Vicki
**Sent:** Monday, August 18, 2014 03:50 PM
**To:** Enderlin, Eric (HPD); Kensky, Susan (HPD)
**Cc:** Quart, David
**Subject:** Re: Culver El, Boro Park, Bklyn

I was too cryptic in my FYI -- the issue is whether we can go forward with both phases together? Also, how did it come to be that the units are all 4 bedroom condos -- was that negotiated with the mayor's involvement? Is there any precedent for that?

Vicki

Sent from my iPad

On Aug 18, 2014, at 11:21 AM, "Been, Vicki" PII wrote:

fyi

Sent from my iPad

Begin forwarded message:

**From:** B PII
**Date:** August 18, 2014 at 10:48:07 AM EDT
**To:** "Been, Vicki" · PII
**Cc:** "Glen, Alicia" · PII    "Wolfe, Emma" PII
**Subject: Re: Culver El, Boro Park, Bklyn**


Agree with your plan, but want it to move fast. This is long overdue. I can help with the community

----- Original Message -----
From: Been, Vicki [mailto: PII
Sent: Sunday, August 17, 2014 03:24 PM

To: B
Cc: Glen, Alicia; Wolfe, Emma
Subject: Re: Culver El, Boro Park, Bklyn

We were about to close on the first phase of the project, but the closing is on hold for the moment. That is one of the community boards that is the least racially diverse in the City, and would therefore have to share the community board preference with adjacent boards under the agreement we are negotiating with HUD to end their fair housing investigation of HPD and City Planning. CM Greenfield is very unhappy about having to share the preference, but I have explained to him, to CM Lander (it is in his council district) and to the speaker's team that to go ahead with a preference only for CB12 will end any chance of our settling the investigation with HUD, and result in an immediate new lawsuit (which we would likely lose). We are meeting with the Speaker, then with CM Greenfield in the next week to talk through options.

I'm looping in Alicia and Emma because we have all been talking through the strategy.

Vicki


Sent from my iPad

On Aug 17, 2014, at 2:41 PM, "B" < PII > wrote:

Could you pls get me an update on this affordable housing project? I've been working on it since I was in the City Council and I hear there are still no shovels in the ground

Confidential

NYC_0053605