| | | |
|---|---|---|
| **From:** | Murphy, Matthew (HPD) | PII |
| ( | PII | |
| **Sent:** | October 23, 2017 12:42 PM | |
| **To:** | Capperis, Sean (HPD) | |
| **Subject:** | FW: Language for potential use in 2.0 | |

--
Matthew Murphy
Department of Housing Preservation & Development
Assistant Commissioner of Strategic Planning
PII

**From:** Howard Slatkin (DCP)
**Sent:** Saturday, October 21, 2017 3:52 PM
**To:** Murphy, Matthew (HPD); Rohlfing, Elizabeth (HPD)
**Subject:** Language for potential use in 2.0

Here is some language for passages in the plan I commented on during the meeting. They may be unnecessary, so please feel free to use or not use as makes sense.

**Get ahead of speculators** [Divisive language about black hats and white hats tends to come back to bite government. Suggest "Build a firewall against displacement"] in fast-changing neighborhood by helping non-profits purchasetraditional rent-stabilized apartment buildings and keep them affordable to current residents.

********

Community-Driven Anti-Displacement Strategies

Speculation BASED ON AN EXPECTATION THAT RENTS CAN BE RAISED CONTRIBUTES TO THE RISK OF displacement in many neighborhoods. [there isn't any sound analysis about displacement, its magnitude or causes in different neighborhoods. But we do know that betting on future higher rent rolls is a problem.] Few City tools have been able to confront those forces when they impact housing outside formal affordable housing programs. The City is standing up new programs that will enable community-based non-profit organizations and working class New Yorkers to buy more buildings and homes—making sure New Yorkers can put down deep roots and stay in their communities for the long haul.

*******

*Putting space for people ahead of space for cars [Alternative idea, to emphasize achieving both preservation and new construction: "Build on existing affordability"]*

Confidential
NYC_0167221

[Edits to first paragraph:]
Many affordable developments constructed a half-century ago were built as islands in a sea of parking. Yet their residents often have some of the lowest rates of car ownership in the city. Those underused parking lots are an opportunity not only to provide new housing and reconnect neighborhoods, but to help stabilize and sustain the older affordable buildings alongside them as well.


Sent from my iPhone

Confidential
NYC_0167222