**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
SHAUNA NOEL and EMMANUELLA SENAT,

Plaintiffs,

     -against-                          15-CV-5236 (LTS) (KHP)

CITY OF NEW YORK,

Defendant.
------------------------------------------------------------------x

### [PROPOSED] ORDER GRANTING
### LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
### LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF
### <u>PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT</u>

     Upon consideration of the Motion of Lawyers' Committee for Civil Rights Under Law

for Leave to File Amicus Curiae Brief in Support of Plaintiffs' Motion for Summary Judgment,

the amicus curiae brief submitted therewith, it is hereby:

     **ORDERED** that the Motion is **GRANTED**; and it is **FURTHER ORDERED** that the

Clerk is directed to file the amicus curiae brief submitted with the Motion for Leave to File.

Dated: _____, 202_

                                     _____
                                     United States District / Magistrate Judge