UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SHAUNA NOEL and EMMANUELLA SENAT,

Plaintiffs,

    -against-                                          15-CV-5236 (LTS) (KHP)

CITY OF NEW YORK,

Defendant.
-------------------------------------------------------------x

### ORDER GRANTING
### LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
### LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF
### PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Upon consideration of the Motion of Lawyers' Committee for Civil Rights Under Law for Leave to File Amicus Curiae Brief in Support of Plaintiffs' Motion for Summary Judgment, the amicus curiae brief submitted therewith, it is hereby:

**ORDERED** that the unopposed Motion is **GRANTED**; and it is **FURTHER**

**ORDERED** that the Amicus shall file the brief on the ECF system, linked to this Order.

DE# 931 resolved.

SO ORDERED.

Dated:   January 2  , 2021

                                                          Laura Taylor Swain
                                                          United States District / ~~Magistrate Judge~~