UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

NOEL ET AL.,

                        Plaintiff(s),                    15CV5236-LTS- KHP

            -v-

CITY OF NEW YORK ET AL.,

                        Defendant(s).
-------------------------------------------------------------X


**O**RDER


        In light of the pending motion(s), the final pretrial conference scheduled for January 22,

2021, is rescheduled to **April 23, 2021, at 11:00 a.m.** in Courtroom 17C.


        SO ORDERED.


Dated:  New York, New York
        January 14, 2021


                                             /s/  Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            United States District Judge