# Anti-Discrimination Center, Inc.

"One Community, No Exclusion"

March 3, 2021

Hon. Laura Taylor Swain
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Letter-motion requesting excess pages in brief
                  Noel and Senat v. City of New York, 15-CV-5236 (LTS) (KHP)

Your Honor:

     I am co-counsel for plaintiffs, and we are now at the final round of briefing (due March 12th) in connection with plaintiffs' motion for partial summary judgment and defendant's cross-motion for summary judgment. I write to request permission to submit a 54-page brief in reply to defendant's 68-page brief. Defendant consents to this request.

                                          Respectfully submitted,

                                          *Craig Gurian*

                                           Craig Gurian
                                           Co-Counsel for Plaintiffs