# ANTI-DISCRIMINATION CENTER, INC.

"One Community, No Exclusion"

March 8, 2021

Hon. Laura Taylor Swain
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Summary judgment briefing now complete; link available
              <u>Noel and Senat v. City of New York</u>, 15-CV-5236 (LTS) (KHP)

Your Honor:

      With the filings by plaintiffs made earlier today (ECF 946 - ECF 949), briefing in connection with plaintiffs' motion for partial summary judgment and defendant's cross-motion for summary judgment is now complete.

      A link to copies of all papers[1] will be forwarded to Chambers along with a courtesy copy of this letter.

      On the following pages, I provide a listing of the filings.

      Respectfully submitted,

*Craig Gurian*

Craig Gurian
Co-Counsel for Plaintiffs

---

[1] In two cases, redacted filings had been supplanted by non-redacted filings. Only the non-redacted filings are being referenced or provided.

Listing of filings

This listing is organized is seven sections, the first six relating to the cross-motions, and the seventh relating to defendant's motion to exclude Professor Orfield. It corresponds to the folders and files contained with those folders found at the link provided.

The sixth section represents the papers filed today.

When one clicks on the link provided, selects "download all," downloads the zipped file, and then expands that file, the folders will appear in numerical order if the downloads folder is sorted by name.

1. P motion for partial SJ

| | | |
|---|---|---|
| 1A | ECF 881 | P notice of motion |
| 1B | ECF 881-1 | P 56.1 statement ("P56.1") |
| 1C | ECF 882 | P memorandum of law ("PI Brief") |
| 1D | ECF 883 | Beveridge declaration, part 1 – declaration & exhibits ("BD") |
| 1E | ECF 884 | Beveridge declaration, part 2 – sources and methodology appendix |
| 1F | ECF 885 | Gurian declaration |

2. D opp to P motion, D cross-motion for SJ

| | | |
|---|---|---|
| 2A | ECF 896 | D notice of cross-motion |
| 2B | ECF 897 | Siskin declaration ("SD") |
| 2C | ECF 898 | Goetz declaration ("Goetz Aug. 2020 Dec") |
| 2D | ECF 899 | Been declaration ("Been Aug. 2020 Dec") |
| 2E | ECF 900 | Brown declaration |
| 2F | ECF 901 | D responses and objections to P56.1 statement ("P56.1DR") |
| 2G | ECF 902 | D memorandum of law ("DOX Brief") |
| 2H | ECF 903 | Polifone declaration, part 1, with exhibits |
| 2I | ECF 904 | D 56.1 statement ("D56.1") |
| 2J | ECF 905 | Polifone declaration, part 2 (exhibits found in Item 2K) |
| 2K | ECF 905-1 to 905-26 | Exhibits to Polifone declaration, part 2 |

3. P reply to D opp; P opp to D cross-motion

| | | |
|---|---|---|
| 3A | ECF 928 | P memorandum of law, unredacted per ECF 926 order ("PRO Brief") |
| 3B | ECF 913 | Orfield declaration ("Orfield Oct. 2020 Dec") |
| 3C | ECF 914 | Beveridge declaration ("BROD") |
| 3D | ECF 915 | Gurian legislative materials declaration ("Gurian LM Dec") |
| 3E | ECF 917 | P objections and responses to D56.1 statement ("D56.1PR") |
| 3F | ECF 927 | Maldonado declaration, unredacted per ECF 926 order ("MD") |

4. Lawyers' Committee *amicus*

| | | |
|---|---|---|
| 4A | ECF 935 | Lawyer's Committee *Amicus* ("LC Brief") |

2

(continued next page)

5. D reply to P opp to D cross-motion

| | | |
|---|---|---|
| 5A | ECF 939 | Siskin declaration ("SD 2021") |
| 5B | ECF 940 | Goetz declaration ("EG 2021") |
| 5C | ECF 941 | D memorandum of law ("DREP Brief") |
| 5D | ECF 943 | Polifione declaration |

6. P sur-reply

| | | |
|---|---|---|
| 6A | ECF 946 | Maldonado declaration ("MD 2021") |
| 6B | ECF 947 | Krysan declaration ("MK") |
| 6C | ECF 948 | Beveridge declaration ("BD 2021") |
| 6D | ECF 949 | P memorandum of law in sur-reply ("PS Brief") |

7. D motion to exclude Professor Orfield

| | | |
|---|---|---|
| 7A | ECF 893 | D notice of motion to exclude Professor Orfield |
| 7B | ECF 894 | Dalal declaration in support |
| 7C | ECF 895 | D memorandum of law in support |
| 7D | ECF 920 | P memorandum of law in opposition |
| 7E | ECF 921 | Gregorio declaration in opposition |
| 7F | ECF 942 | D reply memorandum of law in support |