UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

NOEL ET AL.,

                          Plaintiff(s),                  15CV5236-LTS- KHP

     -v-

CITY OF NEW YORK ET AL.,

                          Defendant(s).
-------------------------------------------------------------X

**ORDER**

In light of the pending motion(s), the final pretrial conference scheduled for April 23, 2021, is rescheduled to **July 23, 2021, at 11:30 a.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
       April 19, 2021

                                                          /s/  Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                        United States District Chief Judge