UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

NOEL ET AL.,

                      Plaintiff(s),            15CV5236-LTS- KHP

    -v-

CITY OF NEW YORK ET AL.,

                      Defendant(s).
-------------------------------------------------------------X

## ORDER

In light of the pending motion(s), the final pretrial conference scheduled for July 23, 2021, is rescheduled to **October 8, 2021, at 11:30 a.m.** in Courtroom 17C.

SO ORDERED.

Dated:  New York, New York
         July 9, 2021

                                                  /s/  Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                United States District Chief Judge