UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

NOEL ET AL.,

                        Plaintiff(s),                  15CV5236-LTS- KHP

      -v-

CITY OF NEW YORK ET AL.,

                        Defendant(s).
-------------------------------------------------------------X

## ORDER

In light of the pending motion(s), the final pretrial conference scheduled for October 8, 2021, is rescheduled to **January 28, 2022, at 11:30 a.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
         September 24, 2021

                                              /s/  Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             United States District Chief Judge