UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

NOEL ET AL.,

                        Plaintiff(s),                  15CV5236-LTS- KHP

      -v-

CITY OF NEW YORK ET AL.,

                        Defendant(s).
-------------------------------------------------------------X

## ORDER

In light of the pending motion(s), the final pretrial conference scheduled for January 28, 2022, is rescheduled to **April 29, 2022, at 11:30 a.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
          January 18, 2022

                                                   /s/  Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                                 United States District Chief Judge