UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NOEL ET AL.,

                          Plaintiff(s),                    15CV5236-LTS- KHP

              -v-

CITY OF NEW YORK ET AL.,

                          Defendant(s).
------------------------------------------------------------X


**<u>ORDER</u>**


      In light of the pending motion(s), the final pretrial conference scheduled for April 29, 2022,

is rescheduled to **July 29, 2022, at 11:30 a.m.** in Courtroom 17C.


      SO ORDERED.


Dated:  New York, New York
        April 18, 2022


                                              /s/  Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             United States District Chief Judge


CV Order resched conf date pend mot 8.frm  version 5/22/09