UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

NOEL ET AL.,

                            Plaintiff(s),                  15CV5236-LTS- KHP

    -v-

CITY OF NEW YORK ET AL.,

                            Defendant(s).
-------------------------------------------------------------X

## ORDER

      In light of the pending motion(s), the final pretrial conference scheduled for July 29, 2022, is rescheduled to **October 7, 2022, at 11:30 a.m.** in Courtroom 17C.

      SO ORDERED.

Dated:  New York, New York
         July 19, 2022

                                                    /s/  Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                                 United States District Chief Judge