# ROGER DANIEL MALDONADO

## **MEMO ENDORSED**

September 12, 2022

Hon. Laura Taylor Swain
United States District Judge
500 Pearl Street
New York, New York 10007

Re: *Noel and Senat v. City of New York*, 15-CV-5236 (LTS) (KHP)

Your Honor:

    Pursuant to Local Civil Rule 1.4, I respectfully request that my appearance as counsel for plaintiffs in the above-referenced matter be terminated.

    In my capacity as an attorney with the Anti-Discrimination Center ("ADC"), I appeared in this action by filing a Notice of Appearance on December 23, 2016 (ECF No. 58). As I am no longer associated with ADC and am about to commence a new position with New York State, I can no longer serve as co-counsel for plaintiffs. (Plaintiffs have been advised that I will no longer be able to act as co-counsel.)

    Terminating my appearance will neither affect the posture of this case nor prejudice plaintiffs because plaintiffs will continue to be represented by ADC (Craig Gurian) and by Cuti Hecker Wang LLP (Mariann Wang and Heather Gregorio).

    I am not asserting a retaining or charging lien in this matter.

    Therefore, I respectfully request that the appearance of Roger D. Maldonado as counsel in this action be terminated.

Respectfully submitted,

*/s/ Roger D. Maldonado*

Roger D. Maldonado

The foregoing request is granted. The Clerk of Court is respectfully directed to update the docket accordingly. Dkt. No. 958 resolved.

**SO ORDERED:**

/s/ Laura Taylor Swain 9/13/2022
Hon. Laura Taylor Swain, U.S.D.J.

14 MAIN STREET, APT. 3, DOBBS FERRY, N.Y. 10522
(914) 772-6488
ROGER.D.MALDONADO@GMAIL.COM