UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NOEL ET AL.,

                  Plaintiff(s),             15CV5236-LTS- KHP

        -v-

CITY OF NEW YORK ET AL.,

                  Defendant(s).
------------------------------------------------------------X


## ORDER


In light of the pending motion(s), the final pretrial conference scheduled for October 7, 2022, is rescheduled to **January 13, 2023, at 11:30 a.m.** in Courtroom 17C.


     SO ORDERED.


Dated:  New York, New York
        September 23, 2022


                        /s/  Laura Taylor Swain
                       LAURA TAYLOR SWAIN
                       United States District Chief Judge