UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

NOEL ET AL.,

                        Plaintiff(s),                  15CV5236-LTS- KHP

   -v-

CITY OF NEW YORK ET AL.,

                        Defendant(s).
-------------------------------------------------------------X

## ORDER

In light of the pending motion(s), the final pretrial conference scheduled for January 13, 2023, is rescheduled to **April 28, 2023, at 11:00 a.m.** in Courtroom 17C.

SO ORDERED.

Dated:  New York, New York
          January 4, 2023

                                                  /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                United States District Chief Judge