```
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

NOEL ET AL.,

                         Plaintiff(s),                15CV5236-LTS- KHP

    -v-

CITY OF NEW YORK ET AL.,

                        Defendant(s).
-------------------------------------------------------------X

## ORDER

      In light of the pending motion(s), the final pretrial conference scheduled for April 28, 2023, is rescheduled to **June 16, 2023, at 10:00 a.m.** in Courtroom 17C.

      SO ORDERED.

Dated:  New York, New York
         April 19, 2023

                                                          /s/  Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      United States District Chief Judge