```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  SHAUNA NOEL and EMMANUELLA SENAT,

                                       Plaintiffs,         ORDER SCHEDULING TELEPHONE
                                                           CONFERENCE
                     -against-
                                                           15-CV-5236 (LTS)
  CITY OF NEW YORK,

                                       Defendant.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for settlement purposes (docket no. 974). A telephone conference will be held on **Friday, June 16, 2023 at 3:00 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

SO ORDERED.

Dated: May 8, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge