

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: __05/31/2023__

**MEMO ENDORSED**

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

MELANIE V. SADOK
Administrative Law Division
Tel:  (212) 356-4371
msadok@law.nyc.gov

May 12, 2023

Honorable Katherine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Noel, et al. v. City of New York, 15 CV 5236 (LTS)(KHP)

Dear Judge Parker:

  This office represents the City of New York in the above-referenced case. In accordance with the Courtroom Deputy's instructions, I am writing to request a new date for the pre-settlement call, which is currently scheduled for June 16, 2023 at 3:00 P.M. (ECF 975). Unfortunately, we are not available that day due to personal conflicts. In order to avoid another potential conflict, we respectfully request that the pre-settlement call be held on May 23rd (PM only), May 30th, June 6th (AM only), June 13th, June 14th, or June 20th (AM only). Plaintiffs' counsel has confirmed their availability for these dates. We hope that the Court will be able to accommodate this request. This is the first request to change the date of this call, and Plaintiffs consent to this request.

.

Respectfully,

*Melanie V. Sadok*

Melanie V. Sadok
Assistant Corporation Counsel

**APPLICATION GRANTED:** The Pre-settlement Telephone Conference in this matter scheduled for Friday, June 16, 2023, at 3:00 p.m. is hereby rescheduled to Tuesday, June 20, 2023 at 11:00 a.m. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. Please dial (866) 434-5269; access code 4858267.

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

05/31/2023