USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/05/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHAUNA NOEL and EMMANUELLA SENAT,

                      Plaintiffs,

  -against-

CITY OF NEW YORK,

                      Defendant.
-----------------------------------------------------------------X

**ORDER RESCHEDULING TELEPHONE CONFERENCE**

15-CV-5236 (LTS)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for settlement purposes (docket no. 30). The telephone conference scheduled on Tuesday, June 20, 2023, at 11:00 a.m. in advance of a settlement conference is hereby rescheduled to **Tuesday, June 20, 2023 at 11:30 a.m.** The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: June 5, 2023
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge