```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SHAUNA NOEL and EMMANUELLA SENAT,

                                    Plaintiffs,

                 -against-

CITY OF NEW YORK,

                                   Defendant.
----------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT STATUS TELEPHONE CONFERENCE**

15-CV-5236 (LTS)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       A settlement status telephone conference in this matter is hereby scheduled for **Monday, February 5, 2024, at 4:00 p.m.** At the scheduled time, counsel for the parties shall dial the Court's conference line at **866-434-5269, Access Code 4858267**.

       SO ORDERED.

Dated: November 16, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge