# Anti-Discrimination Center, Inc.

"One Community, No Exclusion"

**CONFIDENTIAL – FOR SETTLEMENT PURPOSES ONLY**

January 19, 2024

VIA EMAIL

**MEMO ENDORSED**

Hon. Laura Taylor Swain
Chief Judge, U.S. District Court
   for the Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: Stipulation and Order
> Noel v. City of New York, 15-CV-5236 (LTS/KHP)

Your Honor:

    I write on behalf of all counsel with the positive development that the parties have an executed a Stipulation and Order ("S&O") to settle this case. The parties respectfully request that Your Honor review and So Order the accompanying S&O. We have not filed it on ECF as a Proposed Order, [REDACTED]

    As such, we jointly request that the requirement that we file the S&O as a Proposed Order be waived, and that both this letter and the S&O remain *in camera* until the latter is So Ordered by Your Honor and filed on ECF.

    As Your Honor can well imagine, the parties would be grateful for the Court's prompt attention to this matter to resolve this longstanding case.

The foregoing requests are granted. The Court will file this endorsed letter on ECF following the filing of the So-Ordered S&O.
SO ORDERED.  1/21/2024
/s/ Laura Taylor Swain, Chief USDJ

Respectfully submitted,

*Craig Gurian*

Craig Gurian
Co-counsel for plaintiffs