UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

SHAUNA NOEL and
EMMANUELLA SENAT,

      Plaintiffs,

  -v-                                                No. 15-CV-5236-LTS

CITY OF NEW YORK,

      Defendant.

-------------------------------------------------------x

ORDER

      Plaintiffs have informed the Court that they have executed an agreement assigning their remaining rights in and to the Stipulation and Order (docket entry no. 1002 (the "S&O")) to the Anti-Discrimination Center, Inc. ("ADC"). (Docket entry no. 1005; see also docket entry no 1005-1 (the "Agreement").) The Agreement purports to assign to the ADC Plaintiffs' "remaining rights in and to the S&O, including the rights to seek to interpret and enforce the terms of the S&O, and to evaluate and to defend against where necessary any effort by defendant to modify the terms of the S&O" for "the sums of $30,000 each as financial consideration for them" to enter the Agreement. (Agreement ¶¶ 1, 5.) Plaintiffs requested that the Court "So Order" the Agreement and modify the case caption accordingly. The Court directed Plaintiffs to submit supplemental briefing concerning (1) whether ADC would have standing to pursue Plaintiffs' "rights to seek to interpret and enforce the terms of the S&O, and to evaluate and to defend against where necessary any effort by defendant to modify the terms of the S&O[,]" and (2) whether the proposed transaction complies with NYRCPA 1.8(a) and 1.8(i). (Docket entry no. 1006 at 3.)

The Court is in receipt of Plaintiffs' submission in response to the Court's request for further briefing (docket entry no. 1013) and Defendant's letter indicating that it takes no position on the request (docket entry no. 1016The parties are directed to appear by counsel for a conference with the Court on **March 27, 2025, at 11:00 a.m.** in Courtroom 17C to further discuss the issues described herein.

SO ORDERED.

Dated: March 3, 2025
      New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge